**AMERICAN ARBITRATION ASSOCIATION**
Commercial Arbitration Tribunal

In the Matter of the Arbitration between

Re: 13 117 Y 00858 11
Datran Media Corp.
and
ModernAd Media
fka PureAds



## AWARD OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated November 29, 2007, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, do hereby, AWARD, as follows:

Respondent (*ModernAd Media fka PureAds*) shall pay to Claimant (*Datran Media Corp.*), as full settlement of its claims submitted to this Arbitration, $1,572,500.

Respondent shall also pay to Claimant, as reasonable attorneys' fees and expenses, $324,234.85.

Respondent's counterclaims are denied.

The administrative fees of the American Arbitration Association totaling $20,150.00 and the compensation of the arbitrator totaling $132,250.00 shall be borne by Respondent. Therefore, Respondent shall reimburse Claimant the sum of $77,575.00, representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by Claimant.

All of such amounts shall bear pre- and post-Award interest at the rates set forth in, and calculated in accordance with the stipulation of the Parties dated December 19, 2012. For the purpose of the determination of interest, (i) the amount paid in settlement of Claimant's claim shall be deemed to have been due to Claimant in 17 equal monthly payments commencing on the due day of the August 2010 monthly invoice and (ii) all other amounts to be paid to Claimant under this Award shall be deemed due as of the date of this Award.

The above sums are to be paid on or before 90 days from the date of this Award.

This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

___January 8, 2013___
Date

_____
Thomas D. Halket

I, Thomas D. Halket, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

___January 8, 2013___
Date

_____
Thomas D. Halket

# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Tribunal

In the Matter of the Arbitration between:

Re: 13 117 Y 00858 11
    Datran Media Corp.                                 ("Claimant")
    and
    ModernAd Media                                 ("Respondent")
    fka PureAds

## DISPOSITION OF APPLICATION FOR MODIFICATION OF AWARD

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated November 29, 2007, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, and having previously rendered an Award dated January 8, 2013, (the "*Award*") and Mr. Lewis, on behalf of Claimant, having filed two e-mails dated January 10, 2013 in support of an application for modification, and Mr. Hill-Ries, on behalf of Claimant, having filed an e-mail dated January 10, 2013 in support of an application for modification and Mr. Potts, on behalf of Respondent, having filed three e-mails dated January 10, 2013 in response to the application for modification, do hereby, DECIDE, as follows:

1) A computational error was made in the Award.

2) Accordingly, the portion of the Award "Respondent shall also pay to Claimant, as reasonable attorneys' fees and expenses, $324,234.85." is deleted and replaced by "Respondent shall also pay to Claimant, as reasonable attorneys' fees and expenses, $429,701.23."

In all other respects the Award is reaffirmed and remains in full force and effect.

1/18/13
Date

Thomas D. Halket

I, Thomas D. Halket, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

1/18/13
Date

Thomas D. Halket