SUPREME COURT FOR THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP. | )<br>)<br>) |
| Petitioner, | ) Index No. 150655/2013 |
| v. | ) NOTICE OF ENTRY |
| MODERNAD MEDIA, LLC, f/k/a PUREADS LLC | )<br>)<br>) |
| Respondent. | ) |

PLEASE TAKE NOTICE that the attached is a true copy of a judgment in this matter that was entered in the office of the Clerk of the Supreme Court, County of New York, on the 12th day of June, 2013.

Dated: June 17, 2013

By: _____
Brett E. Lewis
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Petitioner,
Pulsepoint, Inc.*

TO:
Lydecker Diaz
1221 Brickell Ave, 19th Floor
Miami, Florida 33131
Attn: Roland Potts, Esq.
    Emaniel Galimidi, Esq.
*Attorneys for Repondent, ModernAd Media*

EXHIBIT "B"

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT: _____ Justice

PART 39

Index Number : 150655/2013
PULSEPOINT, INC.
vs.
MODERNAD MEDIA LLC
SEQUENCE NUMBER : 001
CONFIRM AWARD

**FILED**
JUN 12 2013
COUNTY CLERK'S OFFICE
NEW YORK

INDEX NO. _____
MOTION DATE _____
MOTION SEQ. NO. _____

The following papers, numbered 1 to _____, were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____
Answering Affidavits — Exhibits _____ | No(s). _____
Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that this motion is to confirm the award of the Arbitrator is granted on default, and the award is confirmed. It is hereby ADJUDGED that petitioner Pulsepoint, Inc. f/k/a Datran Media Corp.* does recover from respondent ModernAd Media f/k/a Pure Ads LLC having an address at 101 N. Federal Highway, Suite 500, Boca Raton, Florida 33432, the amount of $1,572,500. plus interest at the rate of 9% per annum from January 18, 2013, to be calculated by the Clerk in the amount of $56,222.26 together with reasonable attorneys' fees and expenses as awarded by the Arbitrator in his modified award dated January 18, 2013 in the amount of $429,701.23, FOR A TOTAL SUM OF $2,058,423.49 and petitioner shall have execution therefor.

Dated: 5/20/13

_____, J.S.C.

1. CHECK ONE: ........................ ☒ CASE DISPOSED ☐ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: ........... MOTION IS: ☒ GRANTED ☐ DENIED ☐ GRANTED IN PART ☐ OTHER
3. CHECK IF APPROPRIATE: ............ ☐ SETTLE ORDER ☐ SUBMIT ORDER
   ☐ DO NOT POST ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE

Norman Goodman
Clerk of the Court

*See address of petitioner and full caption on page 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 150655/13

Pulse point, Inc. f/k/a Datran Media Corp

Plaintiff,

-against-

Modernad Media LLC, f/k/a Pulseads LLC

Defendants.

Judgment

Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, N.Y. 11201
718-243-9323
attorney for petitioner

FILED AND DOCKETED
AT N.Y. CO. CLKS OFFICE
JUN 12 2013
3:30 PM

DOCKETED BY

Application of:

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,

        Petitioner,

For an Order Pursuant to CPLR Article 75 Confirming an Arbitration Award

        -against-

MODERNAD MEDIA LLC, f/k/a PUREADS LLC

        Respondent and Counterclaimant.

---

\* Petitioner:  Pulsepoint, Inc., f/k/a Datran Media Corp
                345 Hudson Street, 5th floor
                New York, NY 10014

Respondent:  ModernAd Media LLC f/k/a PureAds LLC