Dear Partner,

By now you have probably heard that I have formed a new company, Acquinity Interactive, along with two former ModernAd Media executives, Greg Van Horn and Josh Greenberg. Acquinity, through the acquisition of certain strategic assets of ModernAd, will become a leader in intelligent internet advertising and customer acquisition by utilizing our proprietary technology engine to turn online users into leads and customers when they are most likely to convert.

So what does this mean for you?

If you are an advertiser, your existing campaigns will remain unaffected and you will continue to receive the quality leads and customers you have counted on for years. In addition, you will now have access to even more users as we expand our various products, promotions, and channels. Your current account manager will be following up with you in the weeks to come to discuss the expanded opportunities and we look forward to continuing to be your source for growth in the coming year!

If you are a publisher, your existing campaigns will remain unaffected and we welcome you to a new era in monetization! Over the course of 2011 we will be releasing new promotions and products that convert at higher rates and make YOU more money than ever before. We have spent the last four years perfecting the formula that will be your platform for success and more profitable media in 2011. We can't unveil all the secrets just yet, but they are coming soon and your existing account manager will be in touch in the weeks to come.

We look forward to having you as a partner of Acquinity Interactive in 2011 and beyond. Over the course of the next few weeks we will be reaching out to complete the integration into our new entity and answer any questions you may have. Of course, feel free to contact myself or your existing account manager if you need anything. Be sure to watch out for some exciting announcements in the coming weeks and months... It's going to be a fun year!

Wishing you all success in 2011!

Best,

Gary Jonas

---

**Gary Jonas**
Chief Executive Officer



2200 SW 10th St.
Deerfield Beach, FL 33442
ph. 954-312-4708
mo. 561-809-7175



EXHIBIT "C"