Will



**PUREADS**

2701 NW Boca Raton Blvd
Ste 111
Boca Raton, FL, 33431
Tel: 561-750-5131
Fax: 561-750-5156

# FAX

| To: | Pat Aspra | From: | Warren R... |
|---|---|---|---|
| Fax: | 512-857-0368 | Pages: | 21 |
| Phone: | | Date: | 01/09/08 |
| Re: | Skylist Agreement | cc: | |

Comments: Storm Post Questionnaire



EXHIBIT "E"

**Attachment F**

**Skylist Hosted Services**

This Attachment F ("Attachment F" or "Attachment") to the Datran Media Master Services Agreement ("Agreement") shall be binding on the parties to this Attachment F. The terms of the Agreement shall be incorporated by reference into this Attachment shall be deemed to refer to Skylist, Inc. ("Skylist"). All capitalized terms not otherwise defined in this Attachment shall have the meanings as defined in the Agreement. To the extent any terms herein are inconsistent with any terms in the Agreement; the terms of this Attachment F shall govern.

**1.     Services.**

1.1.     Skylist shall provide Company with access to technology to be used in connection with email marketing services (the "Service") subject to the terms of the Agreement and this Attachment, the prices set forth in this Attachment, and the Acceptable Use Policy ("AUP") attached hereto as Schedule 1.  Company may obtain optional professional services from Skylist, as set forth in Schedules 2 and 3 hereto.

1.2.     Skylist shall provide Company with its proprietary inventory management service, provided that Company (a) permits Skylist to profile Company's email database ("Inventory"), including an aggregate description of the data elements and the identity of Company's brand, and (b) is willing to receive appraisals of Company's Inventory from Skylist, with no obligation to accept such valuation.  Should Company not comply with (a) and/or (b) herein, at any time, or should Company elect not to receive the inventory management service, Company's access to the service will be disabled.  Further, such service shall expire ninety (90) days from the date of execution of this Attachment.

**2.     Right to Modify.**  The Schedules to this Attachment may be supplemented, modified or amended (each a "Revision") by Skylist at any time at its sole discretion, and each such revision will be effective thirty (30) days after it has been sent to Company.  If any Revision is not acceptable to Company, Company may terminate this Attachment as provided herein.  Company's continued use of the Services under this Attachment after the effective date of such Revision shall be deemed to constitute acceptance of such Revision.

**3.     Activation and Use of Service.**

3.1.     Upon execution of this Attachment, Skylist shall provide Company with an account name and a password which will allow access to the Service.  Company will use the Service as an Independent Content Provider ("ICP").  As an ICP, Company shall be liable and responsible for any and all activities conducted through its account by Company or, if applicable, by Company's users, whether or not such activities have been authorized by Company.

3.2.     Upon Skylist's request, Company shall provide Skylist with accurate and complete registration information with respect to Company's use of the Service (including the identity of Company's authorized users and their passwords) and promptly update such information as changes occur.

3.3.     Company's failure to provide or update its registration information shall constitute a material breach of this Attachment and shall be grounds for Skylist to terminate this Attachment or terminate the right of any person associated with Company to use the Service

(including any person using the Service through Company's account with or without Company's authority).

3.4.    Skylist support contact information is provided in Schedule 4, attached hereto.

**4.    Charges/Payment.**

4.1.    Company will be charged for use of the Service as set forth in this Section.  All prices are subject to change at any time.  Pricing requires a twelve (12) month contract.

**Setup:**

| Qty | Item Number | Item Description | Unit Price |
|---|---|---|---|
| 1 | SP-PRO-350 | StormPost Enterprise Setup, (Hosted) | $10,000 |
| | SP-CRD-999 | 12 Month Contract Discount | ($2,000) |
| | | Total Setup | $8,000 |

*StormPost Enterprise Setup (Hosted) includes setup of one (5) brand (registration of five (5) domains and up to fourty (40) IP addresses), two (2) hours of basic remote training, four (4) hours of integration consulting, site configuration, email ramping plan, basic whitelist and ISP feedback loop setup.

**Ongoing Costs:**
Pricing will be based on the number of messages sent per month

A specified cost per thousand email messages sent multiplied by the number of email messages sent per month divided by 1,000 will be the monthly charge, unless the monthly minimum has not been reached.  Monthly charges will be finalized on the last day of the month using the following calculation:

Cost per 1,000 email messages sent multiplied by the number of email message sent used for the entire month divided by 1,000.

| Qty | Item Number | Item Description | Unit Price | Monthly Minimum |
|---|---|---|---|---|
| <20,000,00 | SP-ASP-235 | StormPost Enterprise, $0.30 CPM | $0.30 | $6,000 |
| 20,000,001-40,000,000 | SP-ASP-230 | StormPost Enterprise, $0.25 CPM | $0.25 | $7,500 |
| >40,000,001 | SP-ASP-225 | StormPost Enterprise, $0.20 CPM | $0.20 | $8,000 |
| 1 | SP-PRO-327 | StormPost Delivery Consulting (Tier 1) | N/A | $1,500 |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

**StormPost Enterprise Delivery Consulting:**

Delivery Consulting is comprised of periodic sessions with a delivery consultant. During these sessions, the consultants may review delivery reports with the client, discuss findings, answering questions, make recommendations and/or share best practices. A written synopsis of each meeting will be delivered to the client via email. Additionally, consultants will spend time working actionable items and performing ISP Relation activities. This service does not include black list mediation. Any hours spent above and beyond the specified hours will be billed at a predetermined rate based on tier. Delivery Consulting is billed on a monthly basis and offered at four pricing tiers based on general mailing practices.

- Tier 1 – One (1) session per month, plus up to four (4) hours of additional work.
  - $1,500 per month
  - $300 per hour
- Tier 2 – Two (2) sessions per month, plus up to eight (8) hours of additional work.
  - $3,000 per month
  - $260 per hour
- Tier 3 – Three (3) sessions per month, plus up to sixteen (16) hours of additional work.
  - $5,000 per month
  - $245 per hour
- Tier 4 – Four (4) sessions per month, plus up to twenty-four (24) hours of additional work.
  - $7,500 per month
  - $200 per hour

4.2.    The monthly charge shall be the greater of (a) the number of email messages sent for the monthly period or (b) the Monthly Minimum. In event Company exceeds the Monthly Minimum, any additional email message sent beyond the Monthly Minimum will be charged at the next higher tier. For example, Company sends forty (40) million email messages. The first ten (10) million email messages are charged at a $1.00 CPM and the remaining thirty (30) million email messages are charged at a $0.90 CPM for a total monthly charge of $37,000.00

4.3.    Payment for monthly minimum bills shall be due on the first day of each month, including any extra changes from the previous month. Monthly fees are nonrefundable and nontransferable to additional monthly periods.

4.4.    In the event Company pays the applicable fees by credit card and Company performs a chargeback on such fees, Company shall be liable to Skylist for an amount equal to two times the applicable fee.

4.5.    Company shall be responsible for all charges arising out of its use of the Service whether or not Company authorizes such use.

**5.    Use of Service Content.**

5.1.    Company may charge its users under separate agreements for use of any information, communications, software, photos, video, graphics, music, sounds and other

material and services provided by Company (collectively referred to as the "Content") through the Service.

5.2.    Company acknowledges that Skylist is not responsible for and does not give any assurance to any person with respect to the validity, value, usefulness or accuracy of the Content. Company and any person using Company's account shall bear any risk associated with the Content. Skylist has the right to monitor the use of the Service, including the Content. However, Skylist does not prescreen, censor or review any Content prior to its appearance on the Service. Skylist has the right (but not the obligation) to require Company to remove, prohibit or discontinue any Content on the Service which Skylist, in its sole discretion, determines to be harmful, offensive or otherwise in violation of Schedule 1, as may be amended from time to time.

5.3.    Company understands and acknowledges that Skylist does not insert specific language on any email deployment or the Services that may be required by state or federal laws (i.e. ADV: in the subject line of an email).

5.4.    The Service shall be used solely to support Company's own internal operations. The Service shall not be (a) sold or licensed to or used by any third party or (b) used as a service bureau or for commercial time-sharing.

## 6.    Intellectual Property Rights.

6.1.    <u>Content Subject to Rights</u>. Company agrees, and will require each of its users to agree, that it will only transmit Content on the Service that it has the appropriate rights to transmit.

6.2.    <u>Lawful Use</u>. Company recognizes and agrees that Skylist at its sole discretion may monitor any and all areas of the Service to oversee compliance with this Attachment and the AUP, and Company will so inform its users that their use of the Service will constitute consent to such monitoring. If Company or any of its users restricts or inhibits any other Company or user of the Service, Skylist may, at its sole discretion, terminate or limit the right of Company or Company's user to use the Service.

6.3.    <u>Domain Names and Unsubscribe Pages</u>. Skylist may provide domain names ("Domain Names") and unsubscribe web pages ("Unsubscribe Pages") hereunder. Unless otherwise agreed in writing, each such Domain Name and Unsubscribe Page shall be the property of Skylist. Notwithstanding Skylist's ownership, Company shall be responsible for Company's use of the Domain Names including, but not limited to Content contained on the web pages under the Domain Name.

7.    **International Usage.** Company acknowledges that its use of the Service allows access to Content originating from other customers, ICPs and third parties located in countries other than the United States. Company agrees that its access to and use of such Content may be governed (in addition to this Attachment and Schedule 1) by separate terms and operating policies, which conform to appropriate and applicable national laws and customs.

8.    **Warranty.** Company agrees that by transmitting or allowing the transmission of any Content on the Service, Company, Company's users and clients automatically warrant that Skylist has the royalty free, perpetual, irrevocable, nonexclusive worldwide right to transmit and display such Content in whole or in part on the Service. Company must obtain the consent of its

clients to the covenants provided in this Section by requiring such persons to perform sign-on procedures, which will confirm their agreement to and acceptance of these conditions.

9. **Indemnification.** Company agrees to defend, indemnify and hold harmless Skylist, its affiliated companies, licensees, employees, and ICPs from all liabilities, claims, causes of action and expenses, including reasonable attorneys' fees and internal expenses, arising out of Company's use of the Service, use of any Domain Names, breach of Schedule 1 by Company or Company's users, transmission of any Content on the Service whether or not such use was authorized by Company (including any claim that the Content was deceptive), use of the Service to send unsolicited commercial email (as determined in Skylist's sole discretion) or a claim that Company sent unsolicited commercial email, or the failure to remove a user from the Service when requested. Skylist reserves the right to approve Company's counsel to defend any such claims, which approval shall not be unreasonably withheld, and to approve any settlement agreement that is not fully covered by applicable insurance. Skylist shall cooperate with Company in the defense of any claims at Company's expense.

## 10. Term and Termination.

10.1. _Term_. The initial term of this Attachment is twelve (12) months, beginning upon execution of this Attachment and ending the later of (i) twelve (12) months thereafter or (ii) the last day of the month following the twelve (12) month anniversary. Upon conclusion of the initial term, the Services shall automatically renew for additional twelve (12) month terms unless Company provides written notice of termination thirty (30) days prior to the end of the then current term.

10.2. _Termination_. The following grounds for termination supplement and are in addition to the termination provision set forth in the Agreement.

10.2.1. By Skylist if Company (a) sends any unsolicited commercial email or (b) violates any state, federal or other laws, in either case as determined in Skylist's sole discretion.

10.2.2. By Company if Skylist modifies Section 4 of this Attachment and the revision is not reasonably acceptable to Company.

10.3. Upon termination or expiration of this Attachment (a) Skylist shall deliver to Company a text file containing all valid Company-owned email addresses in the Skylist system, provided the termination is not for Company's uncured breach of the Agreement or this Attachment; and (b) Company shall immediately pay the lowest Monthly Minimum fee described in Section 4.1 multiplied by the remaining months in the then-current commitment period, provided the termination is not caused by Skylist's uncured material breach of the Agreement or this Attachment. Termination of this Attachment and/or the Agreement shall not relieve Company's obligation to pay all fees that have accrued or are otherwise owed by Company under this Attachment or the Agreement. In the event termination occurs within one (1) year from execution of this Attachment, Company shall pay Skylist the difference between the Total Setup Fee and the Standard Setup Fee (each as described in Section 4.1).

10.4. Skylist may immediately suspend Company's use of the Service if deemed reasonably necessary by Skylist to prevent any harm to Skylist's network, its business or its other customers, based on Company's misuse or alleged misuse of the Service, provided that Skylist shall promptly provide notice to Company of the suspension and the reason(s) therefore and provide Company an opportunity to cure, if practicable, depending on the nature of such misuse.

Company acknowledges and agrees that during any cure period described in this paragraph, Company shall be required to make all payments for the Services when due in accordance with this Attachment.

**11.** **Data.**

11.1. Company shall provide all source data for the email addresses uploaded to the Service ("Source Data"). The Source Data shall contain at a minimum, the IP address and url where the individual registered to receive messages and the time-stamp of such signup.

11.2. Skylist shall have the right to retain records of all data pertaining to use of the Service by Company or Company's users including, but not limited to, usage, activity logs, and click-throughs. Skylist may disclose such data to third parties provided it is grouped with other Skylist clients' data and is presented in aggregate form. Skylist shall retain all rights in and to the aggregate data after termination or expiration of this Attachment.

11.3. Notwithstanding the confidentiality provisions in the Agreement, Skylist may disclose usage information about specific email addresses and Content to respond to abuse complaints from other mail administrators, law enforcement agencies, courts, or any other governmental agency.

11.4. Notwithstanding anything to the contrary in the Agreement, Skylist will use all data in a manner consistent with Skylist's and Company's privacy policies.

**12.** **Publicity.** Skylist may (a) use Company's name and logo in any press release or marketing material that merely states that Company is a customer of Skylist, either on an individual basis or as part of a list of some or all of Skylist's other customers, and (b) display Company's name and logo on Skylist's website(s) and publicly available customer lists.

**13.** **Sole Provider.** During the term of this Attachment, Skylist shall be the sole provider of email marketing hosting services to Company. Company agrees that it shall not use any other hosting services from any third party other than the Services provided by Skylist hereunder.

The parties hereto agree to the foregoing as evidenced by their signatures below.

| SKYLIST, INC. | PUREADS |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _Worren Rustin_ |
| Title: _____ | Title: _CFO_ |
| Date: _____ | Date: _01/09/08_ |

# SCHEDULE 1

## Acceptable Use Policy

Company must sign this Acceptable Use Policy that sets the terms for use of the Skylist systems. Violation of the Acceptable Use Policy is cause for termination of any agreement between Skylist and Company.

**Every mailing must adhere to the following best practices:**

- Only be sent to lists of **opt-in** (preferably double opt-in) recipients
- **Immediately** honor any removal or unsubscribe requests
- Provide a **physical mailing address** in case a subscriber wants to contact you by mail.
- Provide **source information** on every recipient to be able to prove opt-in status
- State **how the e-mail addresses opted in** and whether the message is a recurring mailing or a one-time notification
- Company agrees to include language in the unsubscribe message of each of the emails it sends to its members or users indicating where each member opted in to receive mail from Company. (For example: John, you are receiving this email from Company Name because you opted in to receive special offers at www.yourdomain.com on xx/xx/2003 from 12.234.42.23.)
- Every message is required to have clear and working unsubscribe instructions at the top or bottom of the message. The message headers automatically contain the List-Unsubscribe header defined in RFC 2369.

**To prevent abuse of the system, the AUP also stipulates that all mail sent through the system must:**

- **Never** confuse or mangle the Internet headers
- **Never** harass, threaten or cause distress, unwanted attention or discomfort to a person or entity.
- **Not contain** or transmit sexually explicit images or other content that is offensive.
- **Not contain** or transmit any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, or hateful content or content which is racially, ethnically or otherwise objectionable, or which infringes upon the rights of any third party.
- **Not impersonate** any person, including but not limited to, an official of Skylist or an information provider, or communicate under a false name or a name not entitled or authorized to use.
- **Not violate** (intentionally or unintentionally) any applicable local, state, national or international law, including but not limited to any regulations having the force of law.
- **Not send one-time mailings** to a list of members after which the membership is deleted and recreated later. The membership must be a permanent list to which new members subscribe or unsubscribe themselves. This list may be maintained in an external system.

**Violation:**

*In the event Company violates these terms in Skylist's sole discretion, Skylist may terminate services. Company should be aware that Company is responsible for the behavior of Company's list members.*

Agreed to By Company:

By: _____
(Signature)

_____Warren Rustin_____
(Name typed or printed)

_____CFO_____
(Title)

_____01/09/07_____
(Date)

## SCHEDULE 2
### Optional Professional Services

Professional Services Hourly Rate schedule:

| OFFERING | DESCRIPTION | HOURLY RATE |
|---|---|---|
| Design Services | Datran Media Professional Services (DMPS) graphic design team works with clients to provide design services for email content and related registration and landing pages. | $150 |
| Onsite Training | DMPS consultants travel to Customer locations to deliver product training in group sessions. Training covers both general usage as well as client specific scenarios. | $3,000 / Day + expenses |
| Remote Training | DMPS consultants deliver product training via phone or web conferencing. | $500 / hour |
| Integration Consulting | DMPS consultants advise Customers on the alternatives available for integrating legacy systems with Datran Media products and manage the actual implementation projects. | $250 / hour or fixed bid |
| Custom Reports | One time or recurring custom reports | $250 / hour (2 hour minimum) or fixed bid |
| General Consulting | Work performed in response to requests that is not covered by a prepaid service or Statement of Work (SOW), but is part of the core offerings of DMPS, will be billed at an hourly rate. This includes, but is not limited to, setup of additional domains and IPs, assisting with removing blocks, and informal, phone based training. | $250 |
| Brand Configuration | DMPS consultants work with clients to request white listing and certifications and also to set up necessary feedback loops. Included with Delivery Consulting. Only available to StormPost customers without delivery consulting | $250 / hour $2,500 / 5 domains or 1 brand |

| Delivery Issue Mitigation | DMPS consultants work with Customers to attempt to remove Customer domains from various industry blacklists.  Being registered on a blacklist can significantly impact a company's ability to deliver successful email campaigns. | Major blacklists - $25,000 + $500 / hour<br>Mid level blacklists - $5,000 + $250 / hour<br>Minor blacklists - $1000 + $250 / hour |
| --- | --- | --- |
| Add On Services | Additional site (1 brand and up to 5 IPs)<br>Additional brand (up to 5 IPs) | $2,500 + $500 per month increase in support cost $2,500 |

Please, fill out the form below. For clarification on terms and definitions, please see page 9



# StormPost Client Questionnaire

## Company Name: PureAds, LLC.

## A) Mailing History

### 1) Mailing Contents Classification

|  | Sent in the Past | Currently Sent | Plan to Send | First Party | Third Party Promotions | Standalone Promotions |
|---|---|---|---|---|---|---|
| Acquisition | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ |
| Retention | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ |
| Cross Sell /Up Sell | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ |
| Transactional | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ |
| Other | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

If sending mailings of type "other", please, describe:

## B) History of Previous Mailings

### 1) Your company currently sends email using:

(Mark all that apply)

☐ An internal system

☐ Third-party software

☐ An ESP—Email Service Provider

Please, specify mailer or ESP(s) used?

2) **What mailing domain(s) and IP(s) are used to send mail?**

| Domains | IP(s) | Are these dedicated to company mailings? (Y/N) | How long has it been sending? | Does "From" address match domain? (Y/N) |
|---------|-------|:---:|------|:---:|
| | | ☐ | | ☐ |
| | | ☐ | | ☐ |
| | | ☐ | | ☐ |
| | | ☐ | | ☐ |
| | | ☐ | | ☐ |
| | | ☐ | | ☐ |
| | | ☐ | | ☐ |

3) **Please, provide a few examples of the "From" address(es) in the Header(s) of your mailings:**

4) **How frequently do you send mailings?**

5) **Number of email messages you plan to send per month?**
20 - 60 messages per list.

6) **Does your company implement any frequency caps?**

☒ Yes   ☐ No   TYPE: 2 - 3 per 24 hours

7) **Does your company have a process for verifying the *true* owner of an email address (i.e., using a confirmation message)?** ☐ Yes ☐ No
If so, please, explain below?

8) Currently, what type of reporting do you have available for your

mailings? (Mark all that apply )

☐ Scheduled          ☐ Block Bounce

☐ Delivered          ☐ Opens

☐ Clicks             ☐ Opt-Outs

☐ Unsubscribes       ☐ Other

☐ Hard Bounce        ☐ Soft Bounce

If "Other", please, explain below?

9) Will your company be able to provide member dates of? (Mark all that apply)

☒ Date last opened    ☒ Date last clicked

☒ Unsub date          ☒ Optout date

☒ Date set to invalid (hard bounce)

10) Will your company be able to provide date last sent per member?  ☒ Yes  ☐ No

11) If your current reporting system does *not* break down bounces

into categories (i.e., Hard, Soft, and Block), then how does your

current system process bounces?

(If this question does not apply then skip to the next question.)

12) If your current reporting system breaks down bounces into

Hard, Soft, Block Bounces, then what are the bounce thresholds to remove Soft,

Hard, and Block Bounces?

(If this question does not apply then skip to the  next question.)

13) **How does your current platform process unsubscribe requests?**

14) **Unsubscribe requests are processed on a:**

(Check One Please)

☐ Global Level (i.e., unsubscribed from all lists)

☒ List Level (i.e., only from the list associated with the request)

☐ Both Global and List Level

15) **What type of unsubscribe mechanism(s) are used currently?**

(Mark all that apply)

☐ An unsub email address

☐ One click link

☐ Link to preference page

☐ Replies to sent emails

☐ Online preference page requiring users to login

☐ Other:

16) **How does your current system handle responses from recipients to any email campaigns?**

17) **Does your company use third party suppression list to purge against when sending mailings?** ☐ Yes   ☐ No

18) **Are any of the following Authentication Measures setup for mailing domains and IPs?** (Mark all that apply)

☐ Sender ID

☐ SPF Records

☐ Domain Keys

☐ DKIM

## C) Delivery Challenges

**1) Are any mailing domains/IPs currently on a Blacklist(s)?** ☐ Yes   ☐ No

    a) If Yes, please, specify domain, IP(s), and Blacklist(s) below:

    b) Actions taken if any domains are currently on Blacklist(s)?

*(If Mailing History Exists then fill out the rest of the section; otherwise, skip to the Data Source section.)*

**2)** What kind of challenges have you had in the past with major domains (i.e., Yahoo, Hotmail, AOL, etc.), if any? Or, are you able to mail consistently to most domains?

**3)** Are any mailing domains and IP(s) whitelisted with any ISPs?

☐ Yes   ☐ No

a) If Yes, then list below:

**4)** Are any feedback loops set up to receive member complaints (e.g., when a recipient reports mail as junk or spam)?

a) If so, which feedback loops are setup?

b) If so, how are complaints processed?

c) If so, what domains/IPs are you processing these complaints for currently?

d) If so, what complaint rate(s) exist?

5) **Are any of the following reputation services currently in use for any mailing domains/IPs?** (Mark all that apply)

☐ Sender Score Certified

☐ Goodmail

☐ Habeas

☐ Other:

6) **Are your lists divided into segments (i.e., source, domain, etc.), to aid in dealing with any delivery challenges?** ☐ Yes  ☐ No

a) If yes, then, **please further describe** how you currently segment your lists?

7) **Does your company send welcome messages to new list members?**

☐ Yes   ☐ No

If Yes, then, welcome messages are sent in:

☐ Real-time   ☐ The next day

☐ N/A   ☐ Other

## D) Data Source

### 1) Please, provide URLs where list members currently register:

*Note: If there are a large number of URLs, please, specify how many URLs are involved in registration below – (please, note if this is an actual or approximate number) AND Provide at least 3 URLs or enough to cover each data source category (see below) so we can review each signup process in full.*

| Signup URLs | Privacy Policy | What category is your collection process? | Does your company own the opt-in sites? (Y/N) | Is any data purchased? (Y/N) | How many records on list? | Date of oldest record on list |
|---|---|---|---|---|---|---|
| http://www.brandnameamerica.com/?PromoID=15644 | http://www.brandnameamerica.com/privacy.asp | We currently only have optin but we will begin using a DOI method with Stormpost | ☒ | ☐ | 3MM this is across all sites | No earlier than 06/01/2007 |
| http://www.brandnameamerica.com/privacy.asp | http://www.brandnamerewards.com/privacy.asp | We currently only have optin but we will begin using a DOI method with Stormpost | ☒ | ☐ | | |
| http://www.surveyrewardscenter.com/?PromoID=15166 | http://www.surveyrewardscenter.com/privacy.asp | We currently only have optin but we will begin using a DOI method with Stormpost | ☐ | ☐ | | |

**\*\*Categorize the collection process using one of the following:** Double Opt-in, Opt-in with Verification, Opt-in, Pre-Selected Opt-in with Verification, Pre-Selected Opt-in, Co-registration, or Other *(See the Appendix for more information on the different collection process categories)*

**If there are a large number of URLs, please, specify how many URLs below:**

## E) Data Management

1) **Do you archive or collect any of the following data for email subscriptions:**

   (Mark all that apply)

   ☒ Source sign-up IP address

   ☒ Sign-up date and time

   ☒ Source sign-up URL

2) **Is the source sign-up IP address, sign-up date and time, or source sign-up URL complete for all members?** ☒ Yes  ☐ No

3) **If your data is co-registration or comes from multiple sources, then is your data:**

   (Mark all that apply )

   ☐ Mixed together and mailed as one list

   ☒ Segmented by Source, Domain, and/or Date and mailed to individually

   ☐ Other        Describe:

4) **Do you OR have you shared any data with other partners?**

☒ Yes  ☐ No

   a) If 'Yes', then, how many providers are you sharing this data with?

      2 Partners - Datran & MediaWhiz

   b) If 'Yes', then, how do members unsubscribe from partner/affiliate communications?

They unsubscribe from the partners directly.

5) Does your company offer list management services (rent, share, lease, or buy 3rd party data) for other companies? ☐ Yes ☒ No

8) What is the approximate number of new members added to your list(s) per day?

40 - 50,000

## Appendix: Definitions

**Member Responses** – responses generated when a recipient replies to an email communication. In the context of this questionnaire, we refer to a member response as all recipient emails received in response to your email marketing communications.

**Hard Bounce** – a bounce defined as a permanent error such as user@domain.com does not exist or invalid address.

**Soft Bounce** – a bounce indicating a transient error for a particular address that may be resolved in future attempts to deliver mail to that address. Examples include "exceed storage allocation" or attempting to send to a mail server that is unreachable.

**Frequency Caps** – limits defining the maximum rate at which a member receives email communications. The simplest form of a frequency cap is a rule which governs the number of mailings an individual member can receive over a set number of days.

**Double Opt-in** – also known as confirmed opt-in, an email address collection practice where the sender emails the new subscriber prior to adding them to their list. The recipient then is typically required to click on a link with in the email to confirm that they would like to be subscribe to your list. The purpose of this is to obtain consent to send messages to which the subscriber opted-in.

**Opt-in with Verification** – similar to Double Opt-in, in that the new subscriber is sent an email verifying their preferences, the only difference is that the new subscriber is not required to take action on the verification email. Once this email is sent, communications may commence.

**Single Opt-in** – also known as unconfirmed opt-in, an email address collection practice in which a recipient actively requests to receive defined sender communications. With this collection process, the sender does not confirm the subscription.

**Pre-Selected Opt-in** – a collection process with a pre-checked subscription box, defaulting the member to being subscribed. This requires the member to uncheck the box to remove consent.

**Pre-Selected Opt-in with Verification** – a collection process with a pre-checked subscription box, defaulting the member to being subscribed. This requires the member to uncheck the box to remove consent. The new subscribers (people who have left the box checked) will receive an email verifying the registration. The email communications will commence after the verification email has been sent, but unlike double opt-in does not require the recipient action of confirming by clicking on a link in the email.

**Co-registration** – an email addresses collection practice in which the sender acquires email addresses through a marketing partner's web site.

**Co-reg with single partner sign-up** – data where the sender acquiring the email addresses is explicitly identified/branded at the point of email address collection.

**Co-reg w/ multiple partner sign-up** – data where multiple senders/brands acquire an address via one selection of a co-reg sign-up form.

**Purchased Data** – data purchased from another or multiple other providers.

**Feedback Loop** –purpose of this mechanism is to cleanse mailing lists so that users receive only wanted email and senders aren't negatively affected by complaints. This is accomplished by senders receiving feedback, usually an email, that identifies members who reported the sender's communication as junk mail or spam. The sender can then remove those recipients from their mailings.

**Complaint rate** – the percentage of members, for a particular ISP, reporting a sender's communication as *junk mail or spam divided by the amount of mail delivered to that ISP*. ISPs commonly calculate the complaint rate by using the number of emails delivered to the inbox and not the total delivered.

**AMENDMENT #3**
**TO**
**HOSTING SERVICES AGREEMENT**

**THIS AMENDMENT #1,** entered into November 2, 2009 (the "Amendment Effective Date") by and between Skylist, Inc. ("Skylist") and ModernAd Media ("Customer") modifies that certain Hosting Services Agreement dated November 29, 2007 (the "Agreement") by and between the parties as hereinafter set forth.

Upon the Amendment Effective Date, the parties agree that the Agreement is hereby modified as follows:

Replace the "Ongoing Cost" Section of Exhibit A with the following:

**EXHIBIT A**
**Hosted eMarketing Prices**

**Ongoing Costs:**

Fixed fee deployment with no cap on emails deployed per month.

| Qty | Item Number | Item Description | Unit Price | Monthly Minimums |
|------|------|------|------|------|
| Unlimited Email Sends (1) | SP-ASP-220 | StormPost Enterprise, Flat rate fee | $92,500 per month | $92,500 |

(1) Tier 2 Delivery Consulting and 24X7 System administration included. Annual software license upgrades per Amendment 1.

**Bandwidth, Co-Location and Hardware:**
This Agreement does not include bandwidth, co-location services or computer hardware.

**Term:** The initial term of this attachment is fourteen (14) months, beginning upon execution of this Attachment and ending the later of (i) fourteen (14) months thereafter or (ii) the last day of the month December 31, 2010. Upon conclusion of the initial term, the Services shall automatically renew for additional twelve (12) month term unless Company provides written notice of termination sixty (60) days prior to the end of the then current term.

**All other terms and conditions not expressly modified herein remain unchanged and in full force and effect.**

**IN WITNESS WHEREOF,** the parties hereto have caused their duly authorized representatives to set their hands to this Amendment #1.

FOR SKYLIST, INC.

BY: _____

NAME: Anthony O'Arra

TITLE: General Mgr.

DATE: 11/12/09

FOR MODERNAD MEDIA

BY: _____

NAME: Greg Van Hern

TITLE: COO

DATE: 11/10/2009