AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,

*Plaintiff(s)*

v().

7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC, et al

*Defendant(s)*

Civil Action No.

**13-61448-CV-(Marra**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Acquinity Interactive, LLC
by serving the Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, Fl 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy M. Hartley, Esq.
Hartley Law Offices, PLC
800 SE Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **July 10, 2013**

Steven M. Larimore
Clerk of Court

s/ Collette Quinones
Deputy Clerk
U.S. District Courts