# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 13-61448-CV-KAM

Plaintiff:
**PULSEPOINT, INC. F/K/A/ DATRAN MEDIA CORP.**
vs.
Defendant:
**7657030 CANADA INC., D/B/A ACQUINITY INTERACTIVE, LLC, F/K/A MODERNAD MEDIA LLC F/K/A PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC, ET AL**

For: Timothy Hartley, Esq
     HARTLEY LAW OFFICES, PLC

Received by Lightning Process Services on the 10th day of July, 2013 at 5:00 pm to be served on **7657030 CANADA, INC. BY SERVING CORPORATE CREATIONS NETWORK, INC., REGISTERED AGENT, 11380 PROSPERITY FARMS ROAD, #221E, PALM BEACH GARDENS, FL 33410.** I, Eric M Simen, do hereby affirm that on the 11 day of July, 2013 at 12:00 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT and EXHIBITS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Rahmen Rezvur as V.P. of Process.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

## RETURN OF SERVICE for 13-61448-CV-KAM

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____ 1117
Appointed in accordance with State Statutes

**Lightning Process Services**
10211 Pines Blvd. #101
Pembroke Pines, FL 33026
(954) 243-9579

Our Job Serial Number: 2013001527

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m