FILING FEE
PAID $150
pro hac vice FLSD004140
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

v.

CASE NO.: 0:13-CV-61448

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual, and JOHN DOES 1-100,

    Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELETRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

    COMES NOW, Plaintiff, PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP., by and through its undersigned counsel, and in accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brett E. Lewis, Esq. and Justin Mercer, Esq. of the law firm of Lewis & Lin, LLC, for purposes of appearance as co-counsel on behalf of Pulsepoint, Inc., f/k/a Datran Media Corp., Plaintiff in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brett E. Lewis, Esq. and Justin Mercer, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brett E. Lewis, Esq. and Justin Mercer, Esq. are not admitted to practice in the Southern District of Florida and are members in good standing of the State Bar of New York.

    2.    Movant, Timothy M. Hartley, Esq., of the law firm, Hartley Law Offices, PLC, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the

Case 0:13-cv-61448-BB   Document 19   Entered on FLSD Docket 07/18/2013   Page 2 of 6

Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of the Court, Brett E. Lewis, Esq. and Justin Mercer, Esq. have each made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Brett E. Lewis, Esq. and Justin Mercer, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to them at Brett E. Lewis, Esq., email: brett@iLawco.com and Justin Mercer, Esq., email: justin@iLawco.com.

WHEREFORE, Timothy M. Hartley, Esq., moves this Court to enter an Order allowing Brett E. Lewis, Esq. and Justin Mercer, Esq., to appear before this Court on behalf of Pulsepoint, Inc., f/k/a Datran Media Corp., Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brett E. Lewis, Esq., email: brett@iLawco.com and Justin Mercer, Esq., email: justin@iLawco.com.

Date: July 16, 2013

Respectfully Submitted,

*Timothy M. Hartley*

Timothy M. Hartley, Esq.
HARTLEY LAW OFFICES, PLC
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone (954) 357-9973
Facsimile (954) 357-2275
Email: Hartley@hartleylaw.net
FBN 979066

Hartley Law Offices, PLC
800 SE Third Avenue, Fourth Floor, Fort Lauderdale, Florida 33316

2

## CERTIFICATION OF BRETT E. LEWIS, ESQ.

Brett E. Lewis, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby verifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida, and (2) I am a member in good standing of State Bar of New York.

Brett E. Lewis, Esq.<br>
*LEWIS & LIN, LLC*<br>
Attorneys for Plaintiff<br>
45 Main Street, Suite 608<br>
Brooklyn, NY 11201<br>
Telephone: (718) 243-9323<br>
Email: brett@iLawco.com

## CERTIFICATION OF JUSTIN MERCER, ESQ.

Justin Mercer, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby verifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida, and (2) I am a member in good standing of State Bar of New York.

Justin Mercer, Esq.<br>
*LEWIS & LIN, LLC*<br>
Attorneys for Plaintiff<br>
45 Main Street, Suite 608<br>
Brooklyn, NY 11201<br>
tel. (718) 243-9323 Ext. 6<br>
fax. (718) 243-9326<br>
Email: justin@iLawco.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. mail and email this 17th day of July, 2013, on all counsel or parties of record on the service list.

*HARTLEY LAW OFFICES, PLC*
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone (954) 357-9973
Facsimile (954) 357-2275
Email: Hartley@hartleylaw.net

By:/s/Timothy M. Hartley, Esq.
Timothy M. Hartley
FBN 979066

CASE NO.: 0:13-CV-61448

## SERVICE LIST

Brett E. Lewis, Esq.  
***LEWIS & LIN, LLC***  
Attorneys for Plaintiff  
45 Main Street, Suite 608  
Brooklyn, NY 11201  
Telephone: (718) 243-9323  
Email: brett@iLawco.com

Justin Mercer, Esq.  
***LEWIS & LIN, LLC***  
Attorneys for Plaintiff  
45 Main Street, Suite 608  
Brooklyn, NY 11201  
tel. (718) 243-9323 Ext. 6  
fax. (718) 243-9326  
Email: justin@iLawco.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

       Plaintiff,                              CASE NO.:

       v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual, and JOHN DOES 1-100,

       Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brett E. Lewis, Esq. and Justin Mercer, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Brett E. Lewis, Esq. and Justin Mercer, Esq., may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Brett E. Lewis, Esq. at brett@iLawco.com and to Justin Mercer, Esq. at justin@iLawco.com.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____, day of July, 2013.

                                                _____
                                                Hon. Kenneth A. Marra
                                                United States District Judge

Copies furnished to:
All Counsel of Record

1