# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 13-61448-CV-KAM

Plaintiff:

**PULSEPOINT, INC. F/K/A/ DATRAN MEDIA CORP.**

vs.

Defendant:

**7657030 CANADA INC., D/B/A ACQUINITY INTERACTIVE, LLC, F/K/A MODERNAD MEDIA LLC F/K/A PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC, ET AL**

For: Timothy Hartley, Esq
HARTLEY LAW OFFICES, PLC

Received by Lightning Process Services on the 10th day of July, 2013 at 5:00 pm to be served on **WARREN RUSTIN, 851 N.E. 4TH AVENUE, BOCA RATON, FL 33432**. I, _Eric M Simon_, do hereby affirm that on the _19_ day of _July_, 20_13_ at _7:10 A_.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT and EXHIBITS** in accordance with state statutes in the manner marked below:

(✓) **INDIVIDUAL SERVICE:** Served the within-named person.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

( ) **POSTED SERVICE:** After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** W/male 50-60 6'0" 180lbs Salt pepper hair

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _1117_
Appointed in accordance with State Statutes

**Lightning Process Services**
10211 Pines Blvd. #101
Pembroke Pines, FL 33026
(954) 243-9579

Our Job Serial Number: 2013001525