UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-CIV-61448-MARRA

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

      Plaintiff,
v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100,

      Defendants.
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that ONIER LLOPIZ, JOAN CARLOS WIZEL, ROLAND POTTS, and the law firm of LYDECKER | DIAZ hereby enter their appearance as counsel for Defendants, 7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; and WARREN RUSTIN, an individual.

Copies of all future pleadings and correspondences should be sent to the undersigned counsel at the address written below.

By filing this Notice of Appearance, Defendants do not waive their right to challenge jurisdiction.

1

Dated: July 31, 2013.    Respectfully submitted,

LYDECKER | DIAZ
*Attorneys for Defendants*
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel.: (305) 416-3180
Fax: (305) 416-3190

By: /s/ Onier Llopiz
   Joan Carlos Wizel (FBN 37903)
   E-mail: jcw@lydeckerdiaz.com
   E-mail: rb@lydeckerdiaz.com
   Onier Llopiz (FBN 579475)
   E-mail: ol@lydeckerdiaz.com
   Roland Potts (FBN 087072)
   E-mail: rp@lydeckerdiaz.com
   E-mail: ag@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Copies of the foregoing will be served by electronic notification and/or U.S. Mail to the following listed below.

By: /s/ Onier Llopiz
   Onier Llopiz (FBN 579475)

## SERVICE LIST

| | |
|---|---|
| **Timothy M. Hartley** | **Brett E. Lewis** |
| Hartley Law Offices, PLC | Lewis & Lin, LLC |
| 800 SE third Avenue, Fourth Floor | 45 Main Street, Suite 608 |
| Fort Lauderdale, FL 33316 | Brooklyn, NY 11201 |
| Telephone: (954) 357-9973 | Telephone: (718) 243-9323 |
| E-mail:Hartley@hartleylaw.net | E-mail:brett@iLawco.com |