UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-CIV-61448-MARRA

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,
v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100,

    Defendants.
_____/

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, 7657030 CANADA INC., ACQUINITY INTERACTIVE, LLC, MODERNAD MEDIA LLC f/k/a PUREADS; WARREN RUSTIN, an individual (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1.(a)(1)(J), hereby move the Court to enter an Order granting this motion and allowing Defendants an enlargement of time until and including Friday, August 30, 2013, within which to file its response to Plaintiff's Complaint. The grounds supporting this motion are as follows:

    1.    On July 10, 2013, Plaintiff filed a six-count complaint against Defendants for: (1) Fraudulent Conveyance (FL UFTA § 726.105 (1)(a),(b)); (2) Fraudulent Conveyance (Chapter § 726.105(1)); (3) Fraudulent Conveyance (FL UFTA § 726.105 (1)(a),(b)); (4) Fraudulent Conveyance (Chapter § 726.106(1)); (5) De Facto Merger; and (6) Fraudulent Conveyance (FL UFTA § 726.108).

1

2. The undersigned counsel for Defendants, due to a number of issues, including but not limited to the lengthy allegations of this Complaint and other professional commitments, require additional time to file appropriate responsive pleadings and/or motions on their clients' behalf. Further, Defendants are currently finalizing their decisions on legal counsel. Defendants submit that these reasons constitute good cause for the requested extension.

3. By filing this unopposed Motion for Enlargement of Time, Defendants do not waive any of their respective defenses, nor do they submit to jurisdiction or venue. This Motion for Enlargement of Time is being sought to evaluate Plaintiff's Complaint, jurisdiction, and venue of the action.

4. Accordingly, Defendants respectfully request that this Court grant them thirty (30) additional days from July 31, 2013, until and including August 30, 2013 to respond to Plaintiff's Complaint.

5. This motion is submitted in good faith and not for the purpose of unnecessary delay. Granting the instant motion will not cause prejudice to the Court or to any party, but denying the motion will cause prejudice to Defendants.

6. Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants and Plaintiff have conferred on this matter, and counsel for the Plaintiff has no objection to Defendants' request for an enlargement of time to file their respective responsive pleadings and/or motions directed to Plaintiff's Complaint.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order granting this motion and extending the time for Defendants to respond to Plaintiff's Complaint until and including Friday, August 30, 2013. Pursuant to Local Rule 7.1(a)(2), a proposed Order granting this motion is attached hereto as Exhibit "A."

Dated: July 31, 2013.                    Respectfully submitted,

                                                         LYDECKER | DIAZ
*Attorneys for Defendants*
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel.: (305) 416-3180
Fax: (305) 416-3190

By: /s/ Onier Llopiz
    Joan Carlos Wizel (FBN 37903)
    E-mail: jcw@lydeckerdiaz.com
    E-mail: rb@lydeckerdiaz.com
    Onier Llopiz (FBN 579475)
    E-mail: ol@lydeckerdiaz.com
    Roland Potts (FBN 087072)
    E-mail: rp@lydeckerdiaz.com
    E-mail: ag@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Copies of the foregoing will be served by electronic notification and/or U.S. Mail to the following listed below.

By: /s/ Onier Llopiz
    Onier Llopiz (FBN 579475)

### SERVICE LIST

| **Timothy M. Hartley** | **Brett E. Lewis** |
|---|---|
| Hartley Law Offices, PLC | Lewis & Lin, LLC |
| 800 SE third Avenue, Fourth Floor | 45 Main Street, Suite 608 |
| Fort Lauderdale, FL 33316 | Brooklyn, NY 11201 |
| Telephone: (954) 357-9973 | Telephone: (718) 243-9323 |
| E-mail:Hartley@hartleylaw.net | E-mail:brett@iLawco.com |