UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-CIV-61448-MARRA

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

This matter is before the Court on the *Unopposed* Motion of Defendants, 7657030 CANADA INC., ACQUINITY INTERACTIVE, LLC, MODERNAD MEDIA LLC f/k/a PUREADS; WARREN RUSTIN, an individual, for an Extension of Time to file a response to Plaintiff's Complaint. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall have until and including, August 30, 2013, to respond to Plaintiff's Complaint

    DONE AND ORDERED this _____ day of _____, 2013.

                                              KENNETH A. MARRA
                                              UNITED STATES DISTRICT JUDGE

Copies to Counsel of record

