

2200 SW 10th Street, Deerfield Beach, FL 33442
ph. 954.312.4700

January 13, 2011

To Our Valued Customers:

As explained in the attached letter from our CEO Gary Jonas, we are pleased to announce that effective January 1, 2011 we have transitioned certain aspects of our operations from ModernaAd Media, LLC to Acquinity Interactive.

Please direct all future payments for 2011 campaigns and accounting correspondence to:

Acquinity Interactive
2200 SW 10th Street
Deerfield Beach, FL 33442

Our banking information for ACH and Wire payments is:

| Receiving Bank: | Acquinity Interactive |
|---|---|
| Harris, N.A. | Account #397-582-8 |
| 111 W. Monroe Street | RTN #0710-00288 |
| Chicago, IL 60603 | Swift #HATRUS44 |

ACH and Domestic Wire Routing Numbers are the same

Accounts Receivable - Phone: (954) 312-4725  Fax: (954) 312-4825
accountsreceivable@acquinityinteractive.com

We would appreciate you confirming receipt of this email along with any changes, if any, at your company including:
- Company name, address and phone number
- Accounts payable contact – name, phone number and email address
- Other contacts requiring invoice copies – name, phone number and email address

As Acquinity Interactive is a Canadian corporation, we have attached a W8 for your records.

If you have any questions regarding this transition, please do not hesitate to contact us.

Thank you,

Scott Modist
Chief Financial Officer

EXHIBIT "D"

Dear Partner,

By now you have probably heard that I have formed a new company, Acquinity Interactive, along with two former ModernAd Media executives, Greg Van Horn and Josh Greenberg. Acquinity, through the acquisition of certain strategic assets of ModernAd, will become a leader in intelligent internet advertising and customer acquisition by utilizing our proprietary technology engine to turn online users into leads and customers when they are most likely to convert.

So what does this mean for you?

If you are an advertiser, your existing campaigns will remain unaffected and you will continue to receive the quality leads and customers you have counted on for years. In addition, you will now have access to even more users as we expand our various products, promotions, and channels. Your current account manager will be following up with you in the weeks to come to discuss the expanded opportunities and we look forward to continuing to be your source for growth in the coming year!

If you are a publisher, your existing campaigns will remain unaffected and we welcome you to a new era in monetization! Over the course of 2011 we will be releasing new promotions and products that convert at higher rates and make YOU more money than ever before. We have spent the last four years perfecting the formula that will be your platform for success and more profitable media in 2011. We can't unveil all the secrets just yet, but they are coming soon and your existing account manager will be in touch in the weeks to come.

We look forward to having you as a partner of Acquinity Interactive in 2011 and beyond. Over the course of the next few weeks we will be reaching out to complete the integration into our new entity and answer any questions you may have. Of course, feel free to contact myself or your existing account manager if you need anything. Be sure to watch out for some exciting announcements in the coming weeks and months… It's going to be a fun year!

Wishing you all success in 2011!

Best,

Gary Jonas

---

**Gary Jonas**
Chief Executive Officer

**acquinity** INTERACTIVE

2200 SW 10th St.
Deerfield Beach, FL 33442
ph. 954-312-4708
mo. 561-809-7175