## AMERICAN ARBITRATION ASSOCIATION

```
-----------------------------------------x
PULSEPOINT, INC. f/k/a                    :
DATRAN MEDIA CORP.,                       :
                                          :
        Claimant,                         :   Case No.: 12 117 Y 858 11
v.                                        :
                                          :
MODERNAD MEDIA f/k/a PUREADS,             :
                                          :
        Respondent                        :
                                          :
-----------------------------------------x
```

### PROCEDURAL STIPULATION AND ORDER

The parties in the above captioned arbitration, by their attorneys, hereby stipulate and agree to the following:

1. Any amounts awarded due to a breach of the Master Services Agreement between the parties ("MSA Damages") shall bear interest at a rate of 1.5% per month, per Section 2.3.3 of that agreement. Such interest shall accumulate from the time such amounts were due to the party awarded to the time of the award in this matter.

2. Any amounts awarded other than the MSA Damages shall bear interest at the rate of 9% per annum from the time they were due, per N.Y. C.P.L.R. § 5004.

3. Post-award interest in this matter will accumulate at the rate of 9% per annum.

STIPULATED AND AGREED TO AS
OF THE DATE SET FORTH BELOW:

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP., Claimant

By: _____
    Brett Lewis

EXHIBIT "G"

1

MODERNAD MEDIA f/k/a PUREADS, Respondent

By: _____ for Onier Llopiz
Onier Llopiz

SO ORDERED AS OF THE
DATE SET FORTH BELOW:

_____
Arbitrator

Dated: December 19th, 2012