UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-CV-61448-KAM

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

    Defendants.
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, 7657030 CANADA INC., ACQUINITY INTERACTIVE, LLC, MODERNAD MEDIA LLC f/k/a PUREADS; WARREN RUSTIN, an individual ("Defendants"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1.(a)(1)(J), hereby move the Court to enter an Order granting this motion and allowing Defendants an enlargement of time until and including Friday, September 20, 2013, within which to file its response to Plaintiff's First Amended Complaint. The grounds supporting this motion are as follows:

    1.    On August 23, 2013, Plaintiff filed a seven count First Amended Complaint against Defendants for: (1) Fraudulent Conveyance (FL UFTA § 726.105 (1)(a), (b); (2) Fraudulent Conveyance (Chapter § 726.106 (1); (3) Fraudulent Conveyance (FL UFTA § 726.105 (1)(a), (b); (4) Fraudulent Conveyance (Chapeter § 726.106(1); (5) De Facto Merger; (6) De Facto Merger (Florida Common Law) (7) Fraudulent Conveyance (FL UFTA § 726.108).

2. By filing this unopposed Motion for Enlargement of Time, Defendants do not waive any of their respective defenses, nor do they submit to jurisdiction or venue. This Motion for Enlargement of Time is being sought to evaluate Plaintiff's First Amended Complaint, jurisdiction, and venue of the action.

3. The undersigned counsel for Defendants, due to a number of issues, including but not limited to the lengthy allegations of this First Amended Complaint and other professional commitments, require additional time to file appropriate responsive pleadings and/or motions on their client's behalf. Defendants submit that these reasons constitute good cause for the requested extension.

4. Accordingly, Defendants respectfully request that this Court grant it Fourteen (14) additional days from September 6, 2013, until and including September 20, 2013 to respond to Plaintiff's First Amended Complaint.

5. This motion is submitted in good faith and not for the purpose of unnecessary delay. Granting the instant motion will not cause prejudice to the Court or to any party, but denying the motion will cause prejudice to this Defendants.

6. Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants and Plaintiff have conferred on this matter, and counsel for the Plaintiff has agreed to Defendants' instant request for an enlargement of time to file their respective responsive pleadings and/or motions directed to Plaintiff's First Amended Complaint until and including September 20, 2013.

**WHEREFORE**, Defendants respectfully requests that this Court enter an Order granting this motion and extending the time for Defendants to respond to Plaintiff's First Amended Complaint until and including Friday, September 20, 2013. Pursuant to Local Rule 7.1(a)(2), a proposed Order granting this motion is attached hereto as Exhibit "A."

Dated this 3rd day of September, 2013.

                                                Respectfully submitted,

                                                LYDECKER | DIAZ
                                                Attorneys for Defendants
                                                1221 Brickell Avenue, 19th Floor
                                                Miami, Florida 33131
                                                (305) 416-3180 – Telephone
                                                (305) 416-3190 – Facsimile

                                                By:__Onier Llopiz_____
                                                Joan Carlos Wizel (FBN 37903)
                                                E-mail: jcw@lydeckerdiaz.com
                                                E-mail:rb@lydeckerdiaz.com
                                                Onier Llopiz (FBN 579475)
                                                E-mail: ol@lydeckerdiaz.com
                                                Roland Potts (FBN 087072)
                                                E-mail: rp@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies of the foregoing will be served by electronic notification and/or U.S. Mail to the following listed below.

                                                /s/Onier Llopiz_____
                                                ONIER LLOPIZ

*Service List*

| | |
|---|---|
| Timothy M. Hartley, Esq. | Brett E. Lewis, Esq. |
| **Hartley Law Offices, PLC** | **Lewis and Lin, LLC** |
| 800 SE third Avenue | 45 Main Street, Suite 608 |
| Fourth Floor | Brooklyn, NY 11201 |
| Fort Lauderdale, Florida  33316 | Telephone:(718) 243-9323 |
| Telephone: (954) 357-9973 | E-mail:brett@iLawco.com |