UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-CV-61448-KAM

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,
v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC;WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA, INC.

    Defendants.
_____/

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

This matter is before the Court on the *Unopposed* Motion of Defendants, 7657030 CANADA INC., ACQUINITY INTERACTIVE, LLC, MODERNAD MEDIA LLC f/k/a PUREADS; WARREN RUSTIN, an individual, for an Extension of Time to file their respective pleadings and/or motions directed to Plaintiff's First Amended Complaint. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants, 7657030 CANADA INC., ACQUINITY INTERACTIVE, LLC, MODERNAD MEDIA LLC f/k/a PUREADS; WARREN RUSTIN, an individual, have until and including, Friday, September 20, 2013, to respond to Plaintiff's First Amended Complaint.

DONE AND ORDERED this _____ day of _____, 2013.

_____
 KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record