*Exhibit "A" to Motion for Expedited Discovery*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,                                                     CASE NO.: 0:13-CV-61448

        v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

    Defendant.
_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION

**COMES NOW**, Plaintiff Pulsepoint, Inc., f/k/a Datran Media Corp. ("Datran" or "Plaintiff" or "CREDITOR"), by and through its undersigned counsel, and hereby requests Defendants 7657030 Canada, Inc., d/b/a Acquinity Interactive, f/k/a ModernAd Media LLC, f/k/a PureAds; ModernAd Media LLC; Acquinity Interactive, LLC; Warren Rustin; 8333947 Canada Inc., ("8333947 Canada"), and John Does 1-100 (the "Doe Defendants") (collectively "Defendants"), to produce where applicable the following items for inspection and/or copying within (30) days from the service date of this Request for Production.

### DOCUMENT REQUESTS

1. All Documents sufficient to identify any bank accounts held by each Defendant within the last seven (7) years.

2. Copies of all bank account records for each Defendant within the last seven (7) years.

3. All Documents relating to funds earned by a Defendant that were not deposited into a bank account.

**_Exhibit "A" to Motion for Expedited Discovery_**

4. Copies of each Defendants' foreign, federal, and State of Florida corporate Income Tax Returns, for the last seven (7) years.

5. Copies of each Defendants' financial statements, for the last seven (7) years.

6. The title certificates, registration certificates, bills of sale, and other evidence of ownership possessed by Defendants at any time with respect to any of the following described personal property owned by Defendants solely, or jointly as co-partners, or joint adventurer, in any business enterprise or owned by any corporation in which any Defendants have or had an interest:

    a. Motor vehicles of any type;

    b. Commercial, business or construction equipment of any type;

    c. Boats, launches, cruisers or other vessels of any type;

    d. Inventory of any stock of goods or equipment of any type.

7. All leases of real or personal property to which any of Defendants, including, without limitation, any and all parents, subsidiaries or affiliates owned by Defendants, in whole or in part, are or were a party, in the last five (5) years.

8. All Documents sufficient to identity any payments for the rent or lease of real or personal property to which any Defendants, including, without limitation, any and all parents, subsidiaries or affiliates owned Defendants, in whole or in part, were a party, in the last five (5) years.

9. All Documents evidencing the names of individuals serving as president or CEO of each Defendant, their dates of service in that position, and contact information, including address and telephone numbers, for each such individual.

10. All employment agreements, compensation agreements, commission agreements, performance evaluations, personnel files and W-2 forms regarding each Defendant's employment of Warren Rustin, Garry Jonas and Scott Modist.

11. All accounts receivable ledger(s), including all internal customer record(s), or other record(s) that set forth the names and addresses of all persons or business enterprises that are indebted to each Defendant, and the amounts of such indebtedness, over the last three (3) years.

12. All accounts receivable ledger(s), including all internal customer record(s), or other record(s) that set forth the names and addresses of all persons or business enterprises that are indebted to any Defendant, as co-partner, or joint adventurer in any business enterprise.

**_Exhibit "A" to Motion for Expedited Discovery_**

13. Copies of any asset purchase agreements, stock purchase agreements, stock sale agreements, mergers, acquisitions, asset sales, investments, letters of intent, or other such agreements entered into by any of Defendants with a third party within the last seven (7) years.

14. Copies of any asset purchase agreements, stock purchase agreements, stock sale agreements, mergers, acquisitions, asset sales, investments, letters of intent, or other such agreements entered into by any of Defendants with any other Defendant, including, without limitation, any and all subsidiaries or affiliates owned by a Defendant, in whole or in part, within the last seven (7) years.

15. All records pertaining to the loan, payment, or transfer of any money or property interests or other financial interests made by any Defendant to another Defendant or a third party within three (3) years prior to the filing of this suit.

16. Records of any loans made or obtained by a Defendant in the last seven (7) years.

17. All evidence of each Defendant's ownership in any corporation, company, joint venture, partnership, trust, or any other form of entity, at any time, including, without limitation, any and all subsidiaries or affiliates owned by a Defendant, in whole or in part.

18. All evidence of the ownership structure of each Defendant, and any changes to such ownership structure, over the last seven (7) years, including, without limitation:

    a. The identity of any and all individuals and/or entities with an investment, ownership or equity interest in ModernAd, its parents, subsidiaries, and affiliates, and what percentage of each such company they own or owned;
    b. The identity of any and all individuals and/or entities with an investment, ownership or equity interest in Acquinity, its parents, subsidiaries, and affiliates, and what percentage of each such company they own or owned;
    c. The identity of all individuals and/or entities with an investment, ownership or equity interest in 7657030 Canada Inc, d/b/a Acquinity ("Acquinity") its parents, subsidiaries, and affiliates, and what percentage of each such company they own or owned;
    d. The identity of all individuals and/or entities with an investment, ownership or equity interest in 8333947 Canada Inc, d/b/a Inbox Direct ("Inbox Direct") its parents, subsidiaries, and affiliates, and what percentage of each such company they owned.

19. All bills of sale, deeds, contracts, or other documents showing transfer of any and all property to a Defendant, or executed by a Defendant.

20. All Articles of Organization, Certificates of Incorporation and Annual reports of each Defendant.

*Exhibit "A" to Motion for Expedited Discovery*

21. All Partnership Agreements, Partnership Certificates, or any other evidence of a Defendant's interest in any general or limited partnership of which such Defendants is or has been a general or limited partner.

22. All Documents evidencing the ownership by each Defendant, of any and all subsidiaries or affiliates, in whole or in part.

23. All Documents evidencing the ownership of Defendants, including, without limitation, any and all subsidiaries or affiliates owned by Defendants, in whole or in part.

24. All contracts and agreements, whether written or oral, between Defendants, or between a Defendant and a third party, in effect during the past three (3) years concerning the ownership, sale, asset sale, merger, acquisition, investment, or change of control of a Defendant, and all documents, including correspondence, relating thereto.

25. All Documents relating to payments made by any Defendant to another Defendant, during the past three (3) years, including any invoices, ledgers, journals, purchase orders, invoices, shipping documents, bank records (including, but not limited to any confirmation of wire transfers) other accounting records or any other documents relating to payments from a Defendant to another Defendant.

26. All Documents relating to payments made by any Defendant to a third party outside of the normal course of business, during the past three (3) years, including any invoices, ledgers, journals, purchase orders, invoices, shipping documents, bank records (including, but not limited to any confirmation of wire transfers) other accounting records or any other documents relating to payments from a Defendant to a third party.

27. All Documents relating to any communications between Defendants regarding the ownership of Defendants, including, without limitation, any and all subsidiaries or affiliates owned by Defendants, in whole or in part.

28. All Documents relating to expenses or liabilities of any Defendant paid by another Defendant, including, without limitation, any and all subsidiaries or affiliates owned by Defendants, in whole or in part.

29. All security agreements, UCC financing statements, deeds of trust or any other evidence of secured interests in each Defendant's assets, including, without limitation, the assets of any and all subsidiaries or affiliates owned by Defendants, in whole or in part.

30. All documents relating to the transfer of ModernAd's data from ModernAd to any Defendant or third party.

<u>**Exhibit "A" to Motion for Expedited Discovery**</u>

31. All documents relating to the transfer of Acquinity's data from Acquinity to Inbox Direct or any third party.

***DATED*** this 10th day of September, 2013.

***HARTLEY LAW OFFICES, PLC***
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By: /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066


***LEWIS & LIN, LLC***
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By: /s/ Brett E. Lewis
BRETT E. LEWIS

*Exhibit "A" to Motion for Expedited Discovery*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2013, the foregoing document is being served this day on all counsel or parties of record identified on the attached service list below, via email and U.S. Mail.

/s/Timothy M. Hartley
Timothy M. Hartley, Esq.
Hartley@hartleylaw.net
HARTLEY LAW OFFICES, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, Florida 33316
Tel. 954-357-9973
Fax: 954-357-2275
Attorney for Plaintiff

*Exhibit "A" to Motion for Expedited Discovery*

## SERVICE LIST

***Onier Llopiz, Esq.*** (FBN 579475)
Email: ol@lydeckerdiaz.com
***Joan Carlos Wizel, Esq.*** (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com
***Roland Potts, Esq.*** (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com
LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190
Attorneys for Defendants