IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE13-017796 (25)

PULSEPOINT, INC.,
f/k/a DATRAN MEDIA CORP.

        Plaintiff,

vs.

MODERNAD MEDIA, LLC
f/k/a PUREADS, LLC, a Foreign corporation

        Defendant.

_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM
## IN AID OF EXECUTION

NAME:        **Warren Rustin as the Manager Member
of ModernAd Media, LLC
101 N Federal Highway
Boca Raton, Florida 33432**

                **851 NE 4th Avenue
Boca Raton, Florida 33432-2923**

*(handwritten: 8/20/13   90CA   EMS   #111)*

### PLEASE BRING ALL DOCUMENTS LISTED ON THE ATTACHED
### SCHEDULE A

DATE AND TIME:        **September 3, 2013 at 10:00 a.m.**

PLACE:        *HARTLEY LAW OFFICES, PLC*
                800 Southeast Third Avenue
                Fourth Floor
                Fort Lauderdale, Florida 33316
                (954) 357-9973

upon oral examination before UNITED COURT REPORTING, Notary Public, or any other Notary Public of officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of the court.

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing was served via U.S. Mail and personal service this 29th day of July, 2010 upon Warren Rustin, 101 N Federal Highway, Boca Raton, Florida 33432 and 851 NE 4th Avenue, Boca Raton, Florida 33432-2923.

*HARTLEY LAW OFFICES, PLC*
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone (954) 357-9973
Facsimile (954) 357-2275
Email: Hartley@hartleylaw.net

By:/s/ Timothy M. Hartley
Timothy M. Hartley
FBN 979066

1

**SCHEDULE "A"**
**DOCUMENTS REQUESTED**

1.    All financial, business and property records and all other papers, passbooks, record books, ledgers and books of account which tend to disclose the extent and nature of all financial interests, property and property *rights ever* owned by Defendant, ModernAd Media, LLC ("Company") or any corporation, entity, trust, or partnership in which the Company has or had an interest, and the location thereof.

2.    All passbooks with respect to all savings accounts, checking accounts, statements and check, savings and loan association share accounts, money market fund records or any other depository, ever owned personally or jointly by the Company, or any corporation, entity trust or partnership.

3.    All check books.

4.    All check books for checking accounts owned at any time by the Company solely, or jointly as co-partner, or joint adventurer, in any business enterprise, or owned by any corporation in which the Company has or had an interest.

5.    The deeds to all real property owned by the Company, now or at any time.

6.    The deeds to all real property owned by the Company, now or at any time, or jointly, or as co-partner, or joint adventurer, in any business enterprise, or owned by any corporation in which the Company has or had a controlling interest.

7.    All securities (stocks or bonds) owned by the Company, now or at any time.

8.    The balance sheets and other financial statements in the Company's possession with respect to any and all business enterprises of whatever nature in which the Company possesses or possessed any ownership interest, whether as partner, joint adventurer, stockholder, or otherwise.

9.    All accounts receivable ledger or other record which sets forth the names and addresses of all persons or business enterprises that are indebted to the Company, and the amounts of such indebtedness in the last three (3) years.

10.   All accounts receivable ledger or other record which sets forth the names and addresses of all persons or business enterprises that are indebted to the Company in its corporate capacity, as co-partner, or joint adventurer in any business enterprise.

11.   Copies of the Company's federal and State of Florida corporate Income Tax Returns, for the last five (5) years.

12.   Copies of any asset purchase agreements entered into by the Company within the last five (5) years.

13.   Copies of any stock purchase agreements entered into by the Company within the last five (5) years.

14.   The title certificates, registration certificates, bills of sale, and other evidence of ownership possessed by the Company at any time with respect to any of the following described personal property owned by the Company solely, or jointly as co-partners, or joint adventurer, in any business enterprise or owned by any corporation in which the Company has or had a controlling interest:

a.    Motor vehicles of any type;

b.    Commercial, business or construction equipment of any type;

c.    Boats, launches, cruisers or other vessels of any type;

d.    Inventory of any stock of goods or equipment of any type.

15.   All communications pertaining to an interest in any administration upon the estate of any deceased person by the Company.

16.   All records pertaining to the transfer of any money or property interests or financial interests made by the Company since three years prior to the filing of this suit.

2

17.   Records of any loans obtained by the Company in the last five (5) years.

18.   All financial statements made by the Company in the last five (5) years.

19.   All evidence of ownership in any corporation, entity, joint venture, partnership or trust by the Company at any time.

20.   Copies of all corporate income tax returns, including state intangible tax returns, and all supporting schedules filed by the Company individually or jointly with any other person or by any partnership or corporation in which the Company has or had had an interest for the preceding five (5) years.

21.   All other records indicating any source of past, present or future income to the Company or assets owned by the Company, now or at any time.

22.   The original of all certificates of stock owned or beneficially held by the Company.

23.   Copies of all financial statements or other documents in the Company's possession, custody, or control executed or issued by the Company, or showing the Company's financial condition during the preceding five (5) years.

24.   All original notes, deeds, title certificates, mortgages, or security instruments of any kind showing or tending to show the existence of debts which are or were owed to the Company or property owned by the Company or property in which the Company has a security interest.

25.   All writings or financial records or any other evidence in the Company's possession or custody, or subject to the Company's control, showing or tending to show all money, which was due to the Company, with any records the Company may have showing or tending to show all persons who owe the Company money.

26.   All insurance policies insuring loss to any property, real, life or personal, or otherwise that the Company owns, is a beneficiary of, or has paid premiums upon.

27.   All bills of sale, deeds, contracts, or other documents showing transfer of any and all property executed by the Company or to the Company.

28.   Any and all bank statements, canceled checks or other memoranda in the Company's possession, custody, or control showing or tending to show all transactions with any bank with which the Company did business for the preceding five (5) years.

29.   All canceled checks, checkbooks, checkbook registers, checkbook stubs, monthly statements, deposit slips, or other records reflecting deposits, withdrawals or transfers for each and every checking account held in the Company's name solely or in the Company's name jointly with any other person or entity or in the Company's name, as trustee, or upon which the Company is an authorized signature.

30.   All saving account passbooks, deposit slips, withdrawal slips, monthly statements or other records reflecting deposits, withdrawals, or transfers for each and every savings account held in Company's name solely or in Company's name jointly with any other person or entity or in the Company's name, as trustee, or on which account the Company is an authorized signature.

31.   All trust agreements, employment agreements, commission agreements, and any other contracts to which the Company is or was a party, maker, trustee, beneficiary, grantor, settlor or otherwise.

32.   Any and all employment or personal service contracts or consultation agreements to which the Company is or was a party.

33.   All brokerage statements or any other record reflecting ownership of stocks, bonds, money market funds or any other investments purchased by the Company or on the Company's behalf whether or not held solely in the Company's name or jointly with any other person or entity or in the Company's behalf by another.

34.   All certificates of deposit or bonds owned by the Company solely or jointly with any other person or entity or on the Company's behalf by another.

35.   All appraisals in possession, custody or control of real or personal property whether or not such property is owned by the Company in whole or in part.

36.     All leases of real or personal property to which the Company is a party.

37.     All charge accounts statements or other records reflecting charges made upon credit cards in which the Company has charging privileges thereon.

38.     All written evidence or documents concerning sponsorship in any private or public club, including country clubs, golf clubs, or other such organizations by the Company.

39.     All Articles of Organization, Certificates of Incorporation and Annual reports of the Company.

40.     Partnership Agreements, Partnership Certificates, or any other evidence of the Company's interest in any general or limited partnership of which the Company is or has been a general or limited partner.

41.     All credit card, insurance, credit, and loan applications executed by the Company.

42.     All documents evidencing the ownership of the Company, including, without limitation, any and all subsidiaries or affiliates owned by the Company, in whole or in part.


**ALL OF THE FOREGOING DOCUMENTS COVERING THE PAST FIVE (5) YEARS SHALL BE PRODUCED.**

4