2

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.:

PULSEPOINT, INC.,
f/k/a DATRAN MEDIA CORP.

Plaintiff,
vs.

MODERNAD MEDIA, LLC
f/k/a PUREADS, LLC, a Foreign corporation

Defendant.
_____/

## AFFIDAVIT OF JUDGMENT CREDITOR

BEFORE ME, the undersigned authority authorized to administer oaths in the State of Florida, personally appeared Timothy M. Hartley, Esq., who after being duly sworn, deposes and states as follows:

A. That my name is Timothy M. Hartley, Esq., and that I am counsel for PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP., the Plaintiff/Judgment Creditor herein, that I am over the age of eighteen (18) years and that I have personal knowledge of the matters set forth herein.

B. That the last known post office address of the judgment debtor, Modernad Media, LLC f/k/a Pureads, LLC, is 101 N Federal Highway, Suite 500, Boca Raton, Florida 33432.

C. That the taxpayer Identification number of the judgment debtor, Modernad Media, LLC f/k/a Pureads, LLC, is 900385584.

D. That the last known post office address of the Judgment Creditor, Pulsepoint, Inc. f/k/a Datran Media Corp., is 345 Hudson Street, 5th Floor, New York, NY 10014.

E. That the taxpayer Identification number of the Judgment Creditor, Pulsepoint, Inc. f/k/a Datran Media Corp., is 45-3322868.

FURTHER AFFIANT SAYETH NAUGHT.

by _____
Timothy M. Hartley, Esq.

STATE OF FLORIDA )
) SS:
COUNTY OF BROWARD )

The foregoing instrument was acknowledged before me this 20th day of June, 2013 by Timothy M. Hartley, who is personally known to me or who has produced _____ as identification and who did (did not) take an oath.

Signature: _____
Name: Yanique Mantock
My Commission Expires:

YANIQUE MANTOCK
MY COMMISSION # EE 075244
EXPIRES: March 17, 2015
Bonded Thru Notary Public Underwriters

1

## NOTICE OF RECORDING FOREIGN JUDGMENT

Date Recorded:  6/21/2013
Instrument #:   111621086

To:

Modernad Media LLC f/k/a Pureads LLC
101 N Federal Highway
Suite 500
Boca Raton, Florida 33432

Pursuant to Florida Statutes, Section 55.505, the County Administrator in and for the County of Broward, State of Florida, does hereby notify you of the recording of a Foreign Judgment in which you are named as a debtor.

An Affidavit, recorded concurrently therewith, provides the name and post office address of the judgment creditor(s). A copy of said Affidavit is attached hereto.

If the creditor has a Florida attorney, the name and post office address of that attorney is:

Timothy M. Hartley, Esq.
Hartley Law Offices
800 S.E. 3rd Avenue 4th Floor
Fort Lauderdale, Florida 33316

GIVEN UNDER MY HAND AND OFFICIAL SEAL.

COUNTY ADMINISTRATOR

By_____Renee Palmer_____
                  Deputy