UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

CASE NO.: 0:13-CV-61448

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual, and JOHN DOES 1-100,

    Defendant.
_____/

## NOTICE OF FILING

COMES NOW, Plaintiff, PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP, by and through its undersigned counsel and gives Notice of Filing of the Affidavit of Anthony Provenzano.

*HARTLEY LAW OFFICES, PLC*
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By: /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066


*LEWIS & LIN, LLC*
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By: /s/ Brett E. Lewis
BRETT E. LEWIS

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on all counsel or parties of record identified on the attached service list below via email and/or U.S. Mail.

/s/Timothy M. Hartley
Timothy M. Hartley, Esq.
Hartley@hartleylaw.net
HARTLEY LAW OFFICES, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, Florida 33316
Tel. 954-357-9973
Fax: 954-357-2275
Attorney for Plaintiff

## SERVICE LIST

**Onier Llopiz, Esq.** (FBN 579475)
Email: ol@lydeckerdiaz.com
**Joan Carlos Wizel, Esq.** (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com
**Roland Potts, Esq.** (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com
LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

CASE NO.: 0:13-CV-61448

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual, and JOHN DOES 1-100,

    Defendant.
_____/

## *AFFIDAVIT OF ANTHONY PROVENZANO*

    BEFORE ME, the undersigned authority authorized to administer oaths in the State of Florida, personally appeared Anthony Provenzano, who after being duly sworn, deposes and states as follows:

1.    That my name is Anthony Provenzano that I am over the age of eighteen (18) years and that I have personal knowledge of the matters set forth herein.

2.    That at all times material to this action, I was the Chief Marketing Officer for MODERNAD MEDIA LLC ("MODERNAD") and, subsequently, 7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC and ACQUINITY INTERACTIVE, LLC (collectively, "ACQUINITY").

3.    That through my position in senior management of MODERNAD, I was aware of the corporate restructuring of MODERNAD transitioning into ACQUINITY.

4.    That at all times material to this action and through today, ACQUINITY used the same employees, office space, equipment and business model as MODERNAD and was merely a

1

continuation of MODERNAD. Furthermore, all technology and data used by ACQUINITY in its business was acquired at MODERNAD. Without this data ACQUINITY would have no business.

5.  That the main purpose for the change from MODERNAD to ACQUINITY was to attempt to avoid the claims of certain creditors of MODERNAD, including the claims of DATRAN MEDIA CORP. and to attempt to avoid obligations under certain continuing contracts which had been entered into by MODERNAD including the contract with DATRAN MEDIA CORP.

6.  That all times during my employment with MODERNAD, Garry Jonas, the CEO of the company, stated that MODERNAD was his company.

FURTHER AFFIANT SAYETH NAUGHT.

by _____
Anthony Provenzano

STATE OF FLORIDA    )
                    )   SS:
COUNTY OF BROWARD   )

The foregoing instrument was acknowledged before me this  21st  day of August, 2013 by Anthony Provenzano, who is personally known to me or who has produced  FL Driver's License  as identification and who did (did not) take an oath.

Signature: Y. Mantock
Name: Yanique Mantock
My Commission Expires:



YANIQUE MANTOCK
MY COMMISSION # EE 075244
EXPIRES: March 17, 2015
Bonded Thru Notary Public Underwriters

2