IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AN FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE13-017796 (25)

PULSEPOINT, INC.,
f/k/a DATRAN MEDIA CORP.

    Plaintiff,

vs.

MODERNAD MEDIA, LLC
f/k/a PUREADS, LLC, a Foreign corporation

    Defendant.
_____/

## ORDER ON MOTION FOR PROTECTIVE ORDER

THIS CAUSE, having come before the Court on October 3, 2013 upon Defendant MODERNAD MEDIA, LLC, Motion for Protective Order, and upon review of the Motion and being otherwise duly advised in the premises, it is hereby GRANTED as follows:

Defendant, MODERNAD MEDIA, LLC's Motion for Protective Order is hereby: GRANTED. Deponent, Warren Rustin, is to appeared for his deposition at 10:00 am on October 28, 2013 at Hartley Law Offices, 800 SE 3rd Ave, Fourth Floor, Ft. Lauderdale FL 33316. The deponent is to bring all requested documents under his possession, custody, or control.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale, Broward County, Florida, on this 3rd day of October, 2013.

                                                HON. CAROL-LISA PHILLIPS, CIRCUIT COURT JUDGE

CAROL-LISA PHILLIPS
OCT 03 2013
A TRUE COPY

Copy furnished:
Timothy M. Hartley, Esq.
Onier Llopiz, Esq
Joan Carlos Wizel, Esq
Roland Potts, Esq.