IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY,
FLORIDA

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

CASE NO. CASE13-017796 (25)

       Plaintiff,

v.

MODERNAD MEDIA LLC f/k/a PUREADS,
LLC, a Foreign corporation

       Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING

Defendant, MODERNAD MEDIA LLC, by and through their undersigned counsel, hereby files

its Notice of Filing of the Declaration of Warren W. Rustin in Support of Its Motion for Protective Order.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was provided, Via E-mail to:
Timothy M. Hartley, e-mail Hartley@hartleylaw.net, Hartley Law Offices, PLC, 800 Southeast
Third Avenue, Fourth Floor, Fort Lauderdale, Florida 33316, this 2nd day of October, 2013.

LYDECKER | DIAZ
*Counsel for Modernadd*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
(305) 416-3180 - Telephone
(305) 416-3190 - Facsimile

By: /s/ Carlos De Zayas
    Carlos De Zayas (FBN 198617)
    Joan Carlos Wizel (FBN 37903)
    E-mail:jcw@lydeckerdiaz.com
    E-mail:eservice@lydeckerdiaz.com
    Roland Ports (FBN:087072)
    E-mail: rp@lydeckerdiaz.com

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AN FOR
BROWARD COUNTY, FLORIDA


PULSEPOINT, INC.,                                CASE NO.: CACE I3-017796 (25)
f/k/a DATRAN MEDIA CORP.

        Plaintiff,

vs.

MODERNAD MEDIA, LLC
f/k/a PUREADS, LLC, a Foreign corporation

        Defendant.

_____/

## DECLARATION OF WARREN W. RUSTIN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

1.    I, WARREN RUSTIN, make this Declaration based upon my own personal knowledge. I am over the age of eighteen and competent to issue this Declaration.

2.    I am the President and sole managing member of the Defendant entity, ModernAd Media, LLC, and at all times material regarding the facts alleged in the Complaint was the President and sole Managing Member.

3.    I have reviewed a copy of the *Supoena Duces Tecum* served upon me in this matter and the numerous documents and 42 categories of documents that have been requested by the Plaintiff.

4.    I, personally, do not have any of the documents that have been subpoenaed in my possession. To the extent that they exist, the documents belong solely to the defendant entity, ModernAd Media, LLC.

5.   ModernAd Media, LLC does not actively engage in business and has not actively engaged in business in almost three (3) years.

6.   The vast majority of documents that I have been requested to produce in connection with the taking of my deposition are in the custody and control of third parties, and are electronically stored on inactive servers or data files.

7.   I have contacted the third parties who maintain the inactive servers, and it was represented to me that in order to restore the data, perform various queries, isolate the data and segregate into a friendly and transferable manner would take an estimated twenty (20) hours of technical labor by one or more individuals.

8.   It was further represented that the cost of restoring and preparing the documents in response to the *Supoena Duces Tecum* would cost $250.00 per hour of labor by the third party provider, with whom neither I nor ModernAd presently has a contract for services.

9.   Stated otherwise, it would cost approximately $9,000.00 to search for and produce the records sought. ModernAd does not have these funds, inasmuch as it does not currently have business income.

10.  I have been advised that it will take the third party provider approximately a week to search for, segregate and produce the documents.

11.  Additionally, I would need to then review all of the documents and have my legal counsel do the same, which would require additional and substantial time to respond.

12.  I estimate, assuming payment in advance of costs to the third party provider, that I can complete compilation and review of the documents, my counsel can complete review, and I can be prepared to be deposed and produce the documents by November 7, 2013.

2

Under penalties of perjury, I declare that I have read the foregoing Affidavit in Support of ModernAd Media, LLC's Motion for Protective Order and that the facts stated therein are true and correct.

By: _____

Name: Warren Rustin
On Behalf of: ModernAd Media, LLC
Title: President

STATE OF FLORIDA          )
                          )SS.
COUNTY OF Broward         )

The foregoing Affidavit in Support of ModernAd Media, LLC's Motion for Protective Order was acknowledged before me this _1_ day of October, 2013, by WARREN RUSTIN , in his capacity as President of ModernAd Media, LLC who is personally known to me (or who has produced _____ as identification) and who did take an oath.

_____
Notary Public, State of Florida
(SEAL)

KATHLEEN A MCENTEE
MY COMMISSION # EE122506
EXPIRES August 16, 2015
(407) 398-0153    FloridaNotaryService.com