UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 13-61448-CIV-Marra/Matthewman

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

vs.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA,
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.,

    Defendants.
_____/



## ORDER SETTING HEARING

THIS CAUSE is before the Court upon Plaintiff, Pulsepoint, Inc., f/k/a Datran Media Corp.'s ("Plaintiff") Corrected and Amended Motion for Expedited Discovery [DE 33] and Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin's ("Moving Defendants") Motion to Dimiss the Amended Complaint, or, in the Alternative, Motion to Stay [DE 34]. These matters were referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DEs 40, 41.

It is hereby **ORDERED** that a hearing on the motions shall be held as follows:

        DATE:     Wednesday, October 30, 2013
        TIME:     2:00 P.M.
        PLACE:   United States District Court

1

        701 Clematis Street
        West Palm Beach, Florida
        Fourth Floor, Courtroom 2;

**DONE and ORDERED** in Chambers this 22nd day of October, 2013, at West Palm Beach, Palm Beach County in the Southern District of Florida.

*William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE