
# CIVIL MINUTES

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**HONORABLE WILLIAM MATTHEWMAN**

---

**CASE NO.** 13-61448-CV-Marra/Matthewman **DATE** 10/30/2013 @ 2:00 P.M.

**PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,**

**Plaintiff,**

**vs.**

**7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA INC.,**

**Defendants.**
_______________________________________/

FILED by [signature] D.C.
OCT 30 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**For Plaintiff:** TIMOTHY HARTLEY, BRETT LEWIS

**For Defendant:** JOAN CARLOS WIZEL

**TYPE OF HEARING:** **HEARING on Plaintiff's Corrected and Amended Motion to Expedite Discovery [DE 33] and Defendants' Motion to Dismiss Amended Complaint or in the alternative, Motion to Stay [DE 34]**

COUNSEL PRESENT
ARGUMENT HELD ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT OR IN, AL
ARGUMENT HELD ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY
THE COURT TAKES THE MATTER UNDER ADVISEMENT. WRITTEN ORDER TO BE ISSUED.

TIME IN COURT: 2:07 - 3:23pm (1 HOUR 16 MINS) DAR: 14:07:01