

To:      appealstranscripts@flsd.uscourts.gov, Joseph_Millikan@flsd.uscourts.gov,
Cc:
Bcc:
Subject:   Simultaneous Transcript Access Designation Form
From:     "Jerald M. Meyers" <crjm@aol.com> - Monday 11/11/2013 05:40 PM

```
[attachment "pulse.pdf" deleted by Maria Cruz/FLSD/11/USCOURTS]
From: Jerald M. Meyers <crjm@aol.com>


New Simultaneous Transcript Access Designation Form

Submitters Name:  Jerald M. Meyers

Submitters Email:  crjm@aol.com
Case Number:  13-CV-61448-MARRA
Case Style:  Pulsepoint, Inc. vs. 7657030 Canada, Inc., et al

Access rights are granted to the following attorney(s) of record: JOAN C.
WYZEL, ESQ.

Signature of court reporter:  S/Jerald M. Meyers
Date: November 11, 2013
Uploaded Transcript:  pulse.pdf
```