**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 13-61448-CIV-MARRA

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

      Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

      Defendants.

_____/

**CERTIFICATION OF COUNSEL PURSUANT TO L.R. 7.1(A)(3) REGARDING
REQUEST TO STAY ORDER PENDING RULING ON OBJECTIONS**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel hereby certifies that he conferred

with all parties or non-parties who may be affected by the stay relief sought in the Defendants'

Objections to the Magistrate's Order Granting Plaintiff's Corrected and Amended Motion for

Expedited Discovery and Request to Stay Order Pending Ruling on Objections [DE 54] in a

good faith effort to resolve the issues but has been unable to resolve the issues. Specifically, on

November 18, 2013, the undersigned contacted counsel for Plaintiff, Brett E. Lewis and Timothy

M. Hartley, seeking an agreement on the request for the stay of the Magistrate's Order dated

October 31, 2013 [DE 48], which granted in part Plaintiff's Corrected and Amended Motion for

Expedited Discovery [DE 33], pending this Court's ruling on the Defendants' Objections to said

Order. Plaintiff's counsel refuses to state Plaintiff's position on the request for the stay,

demanding instead that Defendants first withdraw the request, then confer with Plaintiff's

counsel on the request, and then re-file the request for the stay—all of which constitutes an unnecessary expenditure of resources by the Court and the parties. *See* email communications attached as Exhibit A.

Dated: November 19, 2013.

Respectfully submitted,

s/ Joan Carlos Wizel
Onier Llopiz (FBN 579475)
ol@lydeckerdiaz.com
Joan Carlos Wizel (FBN 37903)
jcw@lydeckerdiaz.com
Rachel A. Lyons (FBN 105347)
rlyons@@lydeckerdiaz.com
LYDECKER │DIAZ
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile:  (305) 416-3190

*Attorneys for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

s/ Joan Carlos Wizel
Joan Carlos Wizel (FBN 37903)

## SERVICE LIST

**Timothy M. Hartley**
Hartley Law Offices, PLC
800 SE third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973
E-mail:Hartley@hartleylaw.net

**Brett E. Lewis**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
E-mail:brett@iLawco.com