# Joan Carlos Wizel

| | |
|---|---|
| **From:** | Joan Carlos Wizel |
| **Sent:** | Tuesday, November 19, 2013 3:40 PM |
| **To:** | 'Brett Lewis' |
| **Cc:** | Roland Potts; hartley@hartleylaw.net; Onier Llopiz; Justin Mercer |
| **Subject:** | RE: Pulsepoint v. Acquinity et al; 0:13-cv-61448 |

Brett,

Please note that we are filing our certificate pursuant to Local Rule 7.1(A)(3) based on your response to our good faith attempt to resolve the issue of the stay.

Please also note that the deadline to respond to the discovery request subject of the pending Objections was yesterday, and in an abundance of caution, we did serve objections given your unwillingness to work on an agreement to stay the effect of the Order under review.

Thank you.

**Joan Carlos Wizel** | Partner
**T** 305 416 3180   **D** 305 415 6276   **W** www.lydeckerdiaz.com
Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131



Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

---

**From:** Brett Lewis [mailto:brett@ilawco.com]
**Sent:** Monday, November 18, 2013 5:56 PM
**To:** Joan Carlos Wizel
**Cc:** Roland Potts; hartley@hartleylaw.net; Onier Llopiz; Justin Mercer
**Subject:** Re: Pulsepoint v. Acquinity et al; 0:13-cv-61448

Joan,

You made a motion to stay a Court Order without first conferring with us to see if we would consent to a stay.  As a matter of professional courtesy, we have offered you the chance to withdraw the motion to stay, and to set a time to meet and confer with us as required by the Local Rules.

If you agree to withdraw your motion, we will gladly meet and confer with you.  We note, however, that the deadline ordered by the Court for your production of responsive documents has passed, and we reserve the right to file a motion to compel their production.  Prior to moving to compel your clients to comply with the Court's Order, we will contact you to request your agreement to produce all responsive documents immediately.

Thank you,
Brett

1

Brett E. Lewis, Esq.
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
(718) 243.9323, Ext. 2
(718) 243-9326 (fax
www.iLawco.com
www.TrademarkAttorneys.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Nov 18, 2013, at 5:12 PM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:

Brett,

Circumstances, for professional courtesy and cooperation, are not the same. You do not have an impending response deadline and are not in the position we were before (where we and our client could not even formulate a response without the requests). So, just to be clear, you are refusing to provide us with your position on our request for our stay on the basis that we didn't seek your position before filing our objections to the Magistrate's Order, but you would agree to disclose your position if we withdraw the request so we would then re-file it?

Thank you.

**Joan Carlos Wizel** | Partner
**T** 305 416 3180   **D** 305 415 6276   **W** www.lydeckerdiaz.com
Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131
<image001.png>

<image002.jpg>Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

---

**From:** Brett Lewis [mailto:brett@ilawco.com]
**Sent:** Monday, November 18, 2013 4:56 PM
**To:** Joan Carlos Wizel
**Cc:** Roland Potts; hartley@hartleylaw.net; Onier Llopiz; Justin Mercer
**Subject:** Re: Pulsepoint v. Acquinity et al; 0:13-cv-61448

Joan,

The circumstances are the same in that the Local Rule 7.1(a)(3) requires a moving party to meet and confer prior to filing a motion with the Court -- which you did not do.  It is improper for you to file for a motion to stay

first, and then ask us whether we consent to a stay.  Please let us know by 5pm tomorrow whether you will agree to withdraw your motion, and to confer with us about your request for a stay pending the District Court's ruling on your objections.

If you do not agree to withdraw your motion by 5pm tomorrow, we will move the Court to deny your motion, and for fees, costs, and whatever sanctions the Court wishes to grant, on the basis that you did not meet and confer with us before filing.

Thank you,


Brett E. Lewis, Esq.
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
(718) 243.9323, Ext. 2
(718) 243-9326 (fax
www.iLawco.com
www.TrademarkAttorneys.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Nov 18, 2013, at 4:41 PM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:


Brett,

We're not looking to vexatiously litigate this issue. You know the circumstances requiring the withdrawal of your first motion to expedite, which are not present here. Please let us know what your position is on the request to stay the effect of the order. Again, we're looking for a reasonable relief; 7-10 days for responding after the ruling on the objections should suffice.

Thank you.

**Joan Carlos Wizel** | Partner
**T** 305 416 3180   **D** 305 415 6276   **W** www.lydeckerdiaz.com
Lydecker │ Diaz │ 1221 Brickell Avenue, 19th Floor │ Miami, FL 33131
<image001.png>

<image002.jpg>Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

**From:** Brett Lewis [mailto:brett@ilawco.com]
**Sent:** Monday, November 18, 2013 3:30 PM
**To:** Joan Carlos Wizel
**Cc:** Roland Potts; hartley@hartleylaw.net; Onier Llopiz; Justin Mercer
**Subject:** Re: Pulsepoint v. Acquinity et al; 0:13-cv-61448

Joan,

We will offer you the same courtesy that you offered to us previously.  You did not meet and confer with us prior to moving for a stay.  We will allow you to withdraw that motion, then confer with us before re-filing.  If you do not withdraw the motion, we will move the Court for sanctions and attorneys' fees.

Thanks,
Brett

Brett E. Lewis, Esq.
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
(718) 243.9323, Ext. 2
(718) 243-9326 (fax
www.iLawco.com
www.TrademarkAttorneys.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Nov 18, 2013, at 3:07 PM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:


Brett (or Justin),

Please give me a call to discuss. I tried you at your office and left a voicemail. We're not trying to be difficult; I don't think we need to make an issue of this, but I would like to get an agreement on the stay pending the court's ruling on our objections with a reasonable timeframe for responding should the court deny the objections. I'll be in the office all afternoon.

Thanks,

Joan Carlos.

**Joan Carlos Wizel** | Partner
**T** 305 416 3180    **D** 305 415 6276    **W** www.lydeckerdiaz.com
Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131
<image001.png>

<image002.jpg>Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

**From:** Brett Lewis [mailto:brett@ilawco.com]
**Sent:** Friday, November 15, 2013 9:29 AM
**To:** Roland Potts
**Cc:** hartley@hartleylaw.net; Joan Carlos Wizel; Onier Llopiz; Justin Mercer
**Subject:** Re: Pulsepoint v. Acquinity et al; 0:13-cv-61448

Roland,

The Requests for Production were served by email and regular US mail, addressed to your name.  You clearly received at least the email copy.  Justin mailed them to you and I saw the requests in a stamped envelope, addressed to your firm.  The Certificate of Service is a sworn affidavit.  The Federal Rules require a "mailing," not proof of receipt.  If you seriously intend to argue that requests that were emailed to you, and which you received, were not properly served, notwithstanding the sworn statement of an attorney that they were mailed, then that's your choice.  This strikes us as just another a transparent delay tactic and believe that the Court will see it the same way.

Regards,

Brett E. Lewis, Esq.
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
(718) 243.9323, Ext. 2
(718) 243-9326 (fax
www.iLawco.com
www.TrademarkAttorneys.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Nov 14, 2013, at 5:35 PM, Roland Potts <rp@lydeckerdiaz.com> wrote:




Brett and Tim,

As you know, we have filed an Objection (DE 51) to the Order of the Magistrate (DE 48).  In the objection, we requested a stay of the requirement to provide responses to the Requests for Production until the Objection is ruled upon.  Aside from the request for a stay pending an Order on our Objection, we noticed that although your certificate of service on your request for production specified service via e-mail and US mail, the requests were never received by us via US

mail.  Do you have documentation to confirm your submission of the requests via US mail?  Because no one from our office agreed to allow for service other than what the Federal Rules call for, service should have been perfected via US mail.  *See* Fed. R. Civ. P. 5 (b)(2).  Accordingly, until such time as service is perfected, our obligation to provide responses has not arisen.  Please perfect service at your earliest convenience and we will respond accordingly, should the Order be affirmed and our Objection overruled.

Kind regards,

Roland


**Roland Potts** │ Attorney at Law
**T** 305 416 3180    **F** 305 416 3190    **W** www.lydeckerdiaz.com

Lydecker │ Diaz │ 1221 Brickell Avenue, 19th Floor │ Miami, FL 33131
<image001.png>

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.