# Exhibit B

| | |
|---|---|
| **From:** | **Brett Lewis** brett@ilawco.com 🚩 |
| **Subject:** | Re: Pulsepoint v. Acquinity et al; 0:13-cv-61448 |
| **Date:** | November 18, 2013 at 5:55 PM |
| **To:** | Joan Carlos Wizel  jcw@lydeckerdiaz.com |
| **Cc:** | Roland Potts  rp@lydeckerdiaz.com,  hartley@hartleylaw.net,  Onier Llopiz  ol@lydeckerdiaz.com,  Justin Mercer  justin@ilawco.com |

Joan,

You made a motion to stay a Court Order without first conferring with us to see if we would consent to a stay.  As a matter of professional courtesy, we have offered you the chance to withdraw the motion to stay, and to set a time to meet and confer with us as required by the Local Rules.

If you agree to withdraw your motion, we will gladly meet and confer with you.  We note, however, that the deadline ordered by the Court for your production of responsive documents has passed, and we reserve the right to file a motion to compel their production.  Prior to moving to compel your clients to comply with the Court's Order, we will contact you to request your agreement to produce all responsive documents immediately.

Thank you,
Brett


Brett E. Lewis, Esq.
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
(718) 243.9323, Ext. 2
(718) 243-9326 (fax
www.iLawco.com
www.TrademarkAttorneys.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

**See More** from Joan Carlos Wizel