UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61448-CIV-MARRA

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,

Plaintiff,

vs.

7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, and JOHN DOES 1-100,

Defendants.
_____/

## ORDER

This cause is before the Court upon Defendant's Objections to the Magistrate's Order Granting Plaintiff's Corrected and Amended Motion for Expedited Discovery and Request to Stay Order Pending Ruling on Objections (DE 51, 52, 54 and 55). The Court has carefully considered the Appeal and the response and is otherwise fully advised in the premises.

On October 31, 2013, Magistrate Judge William Matthewman entered an order granting Plaintiff's request for expedited discovery and denying Defendants' request to stay discovery. The Magistrate Judge ruled that Plaintiff may issue the request for production, limited to a 3-year period and Defendants would have 14 days from the date of service of the requests to respond to them. Plaintiff was also granted leave to issue third-party subpoenas. (DE 48.)

Under Fed. R. Civ. P. 72(a), a district court reviewing a magistrate judge's order shall only modify or set aside the order if it is "found to be clearly erroneous or contrary to law." See

also 28 U.S.C. § 636(b)(1)(A); Local Magistrate Judge Rule 4(a)(1). An order is clearly erroneous if "the reviewing court, after assessing the evidence in its entirety, is left with a definite and firm conviction that a mistake has been committed." Krys v. Lufthansa German Airlines, 119 F.3d 1515, 1523 (11th Cir.1997); see also United States v. United States Gypsum Co., 333 U.S. 364, 395 (1948) (explaining generally "[a] finding is 'clearly erroneous' when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed").

Here, the Court finds that the Magistrate Judge's order was not clearly erroneous or contrary to law.  The Court rejects Defendants' claim that there was insufficient evidence before the Magistrate Judge.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Magistrate Judge's Order of October 31, 2013 (DE 48) is **AFFIRMED.**  Defendant's objections (DE 51 and 54) are **REJECTED**.  Plaintiff's Request for Production is limited to a three-year period and Defendants have 14 days from the date of service of the requests to respond to them.  Plaintiff is permitted to issue third-party subpoenas prior to the Rule 26(f) conference taking place.   The Request to Stay Order Pending Ruling on Objections (DE 52 and 55) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of December, 2013.

_____
KENNETH A. MARRA
United States District Judge