UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61448-CIV-Marra/Matthewman

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIAL LLC f/k/a PUREADS, et al.,

Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the Plaintiff, Pulsepoint, Inc. f/k/a Datran Media Corp.'s Motion to Enforce This Court's Order Granting Plaintiff's Motion for Expedited Discovery [DE 61]. This matter was referred to the undersigned United States District Judge Kenneth A. Marra. *See* DE 40.

The Court hereby **DIRECTS** Defendants to file a written response to the Motion **by 5:00 p.m. on Monday, December 9, 2013**. If Plaintiff chooses to file a reply, it must do so **by 5:00 p.m. on Wednesday, December 11, 2013**. The Court notes that the Order Granting Plaintiff's Corrected and Amended Motion for Expedited Discovery [DE 48] has been affirmed by the District Judge. *See* DE 66. Therefore, Defendants are expected to comply with the Court's Order dated October 31, 2013 [DE 48] in its entirety.

1

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 4th day of December, 2013.

*William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE