UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61448-CIV-MARRA

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,

Plaintiff,

vs.

7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, and JOHN DOES 1-100,

Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss the Amended Complaint, or, in the alternative, Motion to Stay. (DE 34.)

THESE MATTERS were referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, entered November 1, 2013, has been filed, recommending that the District Court deny Defendants' Motion to Dismiss the Amended Complaint, or, in the alternative, Motion to Stay.

Defendants filed objections to the Report and Recommendation and Plaintiff filed a response. The Court has conducted a _de novo_ review of the entire file and record herein. Accordingly, it is hereby ORDERED AND ADJUDGED that:

1)   United States Magistrate Judge Matthewman's Report and Recommendation be, and the same is RATIFIED, AFFIRMED and APPROVED in its entirety.

2) Defendants' Motion to Dismiss the Amended Complaint, or, in the alternative, Motion to Stay (DE 34) is DENIED.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of December, 2013.

_____
KENNETH A. MARRA
United States District Judge