UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:13-CV-61448

PUSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual, JOHN DOES 1-100
and 8333947 CANADA, INC.

    Defendant.

---

### RETURN OF SERVICE UNDER OATH OF OFFICE
### AFFIDAVIT OF SERVICE

    I, PATRICK MARTIN, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, d'Armes Place, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-     THAT I am over eighteen years old and not party to this action;

2-     THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-     THAT I did on Friday, the 22nd day of November, 2013, at 8:30 a.m., serve a copy of a SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE (THIS SECTION SHOULD NOT BE FILED WITH THE COURT UNLESS REQUIRED BY FED. R. CIV. P.4 (1)); FIRST AMENDED COMPLAINT; CERTIFICATE OF SERVICE; SERVICE LIST; EXHIBITS "A" TO "G" upon 8333947 CANADA INC., one of the Defendants in this action, therein named, by speaking to and leaving the same thereof with CLAUDE MARCIANO, President, a person appearing in care and control and/or management and authorized to accept service of legal process on behalf of 8333947 CANADA INC., at its said place of business located at 207, Harland Street, in the City of Hampstead, Province of Québec, H3X 3G1, Canada;

4-     THAT the said CLAUDE MARCIANO accepted the proceeding so served on behalf of the said respondent company.

SWORN TO BEFORE ME,
in the city and judicial district of Montréal
in the Province of Québec, Canada
this 28th day of November, 2013

_A Notary in and for the Province of Québec_
My commission is for life

AND I HAVE SIGNED,

PATRICK MARTIN
Bailiff of justice

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP., <br><br> _Plaintiff(s)_ <br> v. <br> 7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LCC, et al <br> _Defendant(s)_ | Civil Action No. 0:13-CV-61448 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 8333947 Canada, Inc.
by serving the President, Secretary & Treasurer
Claude Marciano
207 Rue Harland Hampstead (Quebec)
H3X 3G1 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy M. Hartley, Esq.
Hartley Law Offices, PLC
800 SE Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 18, 2013

Steven M. Larimore
Clerk of Court

SUMMONS

s/Collette Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:13-CV-61448

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___8333947 Canada Inc.___

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                               _____
                                                *Printed name and title*


                               _____
                                                *Server's address*

Additional information regarding attempted service, etc: