UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,** | CASE NO. 13—CIV-61448 -MARRA |
| Plaintiff, | |
| vs. | |
| **7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC, f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA, INC.** | |
| Defendants. | |

### NOTICE OF APPEARANCE

Alexander Pastukh, Esq., of the law firm Alexander Pastukh, P.A., hereby gives notice of his appearance in this action as counsel of record for Defendant 8333947 Canada, Inc.  The undersigned requests service of any orders, pleadings, motions or other papers filed or served in this action pursuant to the Federal Rules of Civil Procedure and Local Rules of the Court.

Dated: December 10, 2013            Respectfully submitted,

s/**Alexander Pastukh**
Alexander Pastukh (Fla. Bar No. 809551)
Alexander Pastukh, P.A.
E-mail:  apastukh@appalaw.com
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Tel: (305) 502-5715
Counsel for Defendant 8333947 Canada, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of December 2013 a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the Service list below.

/s/ __Alexander Pastukh__

## SERVICE LIST

**Onier Llopiz, Esq.**
**Joan Carlos Wizel, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Telephone: (305) 416-3180
E-mail: ol@lydeckerdiaz.com
           jcw@lydeckerdiaz.com
*Counsel for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media, LLC, and Warren Rustin*

**Timothy M. Harley, Esq.**
Hartley Law Offices, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973
E-mail: Hartley@hartleylaw.net
*Counsel for Plaintiff*

**Brett E. Lewis, Esq.**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
E-mail: brett@iLawco.com
*Counsel for Plaintiff*