UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,** | CASE NO. 13—CIV-61448 -MARRA |
| Plaintiff, | |
| vs. | |
| **7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC, f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA, INC.** | |
| Defendants. | |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, 8333947 Canada, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 6 (b) and S.D. L.R. 7.1 (a) (1) (J), hereby moves this Honorable Court to enter an Order granting this Motion, and permitting Defendant an enlargement of time until and including Friday, December 27, 2013, within which to file its response to Plaintiff's Amended Complaint. The grounds supporting this Motion are as follows:

1. Plaintiff filed an eight (8) count Amended Complaint on August 23, 2013 against Defendant and others as set forth in the style above.

2. A Summons for Defendant was issued on November 18, 2013, and served on Defendant on November 22, 2013.

3. Undersigned counsel has only recently been retained by Defendant, and is in the process of reviewing the Amended Complaint, along with other filings in this matter.

4. A review of the Amended Complaint, along with the history of this matter will require additional time. Further, undersigned counsel must make decisions as to any appropriate defensive motions that must be filed. Defendant would submit that these reasons constitute good cause for the requested enlargement of time.

5. By filing this Unopposed Motion for Enlargement of Time, Defendant does not waive any of its respective defenses.

6. Accordingly, Defendant respectfully requests that this Court grant it an enlargement of time until and including Friday, December 27, 2013, within which to file its response or any appropriate defensive motions to Plaintiff's Amended Complaint.

7. This unopposed motion is submitted in good faith and not for the purpose of unnecessary delay. The granting of the instant motion will not cause prejudice to the Court or to any party, but denying the motion will cause prejudice to the Defendant.

8. Pursuant to Local Rule 7.1 (a) (3), undersigned counsel certifies that counsel for Defendant and Plaintiff have conferred on this matter, and counsel for the Plaintiff has no objection to Defendant's request for an enlargement of time to file its response or any appropriate defensive motions directed to Plaintiff's Amended Complaint.

WHEREFORE, Defendant 8333947 Canada, Inc. respectfully requests that this Court enter an Order granting this motion and enlarging the time for Defendant to respond to Plaintiff's Amended Complaint or file any appropriate defensive motions until and including Friday, December 27, 2013. Pursuant to Local Rule 7.1 (a) (2), a proposed Order granting this motion is attached hereto.

Dated: December 11, 2013

Respectfully submitted,

s/**Alexander Pastukh**
Alexander Pastukh (Fla. Bar No. 809551)
Alexander Pastukh, P.A.
E-mail: apastukh@appalaw.com
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Tel: (305) 502-5715
Counsel for Defendant 8333947 Canada, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of December 2013 a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the Service list below.

/s/ __Alexander Pastukh__

## SERVICE LIST

**Onier Llopiz, Esq.**
**Joan Carlos Wizel, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Telephone: (305) 416-3180
E-mail: ol@lydeckerdiaz.com
         jcw@lydeckerdiaz.com
*Counsel for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media, LLC, and Warren Rustin*

**Timothy M. Harley, Esq.**
Hartley Law Offices, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973
E-mail: Hartley@hartleylaw.net
*Counsel for Plaintiff*

**Brett E. Lewis, Esq.**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
E-mail: brett@iLawco.com
*Counsel for Plaintiff*