UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,** | CASE NO. 13—CIV-61448 -MARRA |
| Plaintiff, | |
| vs. | |
| **7657030 CANADA INC., d/b/a ACQUITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC, f/k/a PUREADS; ACQUITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA, INC.** | |
| Defendants. | |

### ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

This matter is before the Court on the Unopposed Motion of Defendant 8333947 Canada, Inc., for an Enlargement of Time to Respond to Plaintiff's Amended Complaint. The Court, having reviewed the unopposed motion and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant 8333947 Canada, Inc. shall have until and including Friday, December 27, 2013 to respond or file any appropriate defensive motions to Plaintiff's Amended Complaint.

DONE AND ORDERED this _____ day of _____, 2013.

_____
KENNETH A. MARRA
UNITED DISTRICT COURT JUDGE

Copies to Counsel of Record