# Exhibit A



Justin Mercer <justin@ilawco.com>

## Case 0:13-cv-61448-KAM Pulsepoint, Inc. v. 7657030 Canada, Inc. et al; Responses to Discovery

**Brett Lewis** <brett@ilawco.com>  Mon, Dec 9, 2013 at 2:29 PM
To: Joan Carlos Wizel <jcw@lydeckerdiaz.com>
Cc: Tim Hartley <hartley@hartleylaw.net>, Roland Potts <rp@lydeckerdiaz.com>, Justin Mercer <justin@ilawco.com>, Onier Llopiz <ol@lydeckerdiaz.com>

Dear Joan:

Your client has failed to produce any documents in response to our expedited document requests, which were due on November 15, 2013 -- 24 days ago.  As we have previously stated, your proffered excuses for not producing documents have no support under the law.  We made numerous attempts to obtain your compliance with the Court's Order before moving to compel such compliance.  Judge Matthewman's Order has since been affirmed by the District Court.

Five days have passed since Judge Marra confirmed that Order.  In that time, you have failed again to produce any documents, whatsoever, or even to contact us until today.  It took you 38 days from the service of our document requests to provide us with a draft protective order.  We will review the draft order, however, your obligation to produce documents is in no way limited by the signing of such an Order, which you have deliberately delayed.  You also mischaracterized Justin's conversation with you and Mr. Potts.  Justin rejected your request to stay discovery and advised you that if you wanted a confidentiality order, you should draft one and present it to us.  That was on November 26 -- two weeks ago.

You have been Ordered by the Court on multiple occasions to respond to Plaintiff's document requests, in full.  There are no restrictions or limitations on the scope of what your client is obligated to produce.  We are puzzled by your offer to *discuss* what documents you are willing to produce, after having thrice been directed by the Courts to comply with Plaintiff's discovery requests.  You are required to produce **all** responsive documents within the scope ordered by the Court.  Nor have you advanced any valid objections to Plaintiff's expedited discovery requests.  We expect full compliance with the Court's Order.  To the extent that you fail to comply with the Court's Order, we will pursue your compliance and seek appropriate sanctions in connection with the pending motion to compel.

Regards,
Brett E. Lewis, Esq.


On Mon, Dec 9, 2013 at 1:14 PM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:

> Tim,
>
> I hope all is well. Please see attached correspondence and advise accordingly.
>
> Thank you.
>
> Joan Carlos Wizel | Partner

T 305 416 3180   D 305 415 6276   W www.lydeckerdiaz.com

Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131

**LYDECKER | DIAZ**

Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

---

**From:** Tim Hartley [mailto:hartley@hartleylaw.net]
**Sent:** Friday, December 06, 2013 4:27 PM
**To:** Joan Carlos Wizel; Roland Potts
**Cc:** Brett Lewis; Justin Mercer

**Subject:** Case 0:13-cv-61448-KAM Pulsepoint, Inc. v. 7657030 Canada, Inc. et al; Responses to Discovery

Joan and Roland-

As you know, Judge Marra has now issued his Order in support of Magistrate Judge Matthewman's Report and Recommendations issued on November 1, 2013. In accordance with Magistrate Judge Matthewman's Report and Recommendations, production of documents responsive to our requests for production were due on or before November 15, 2013. We are now approximately 21 days past that deadline.

Please consider this correspondence as our good faith effort to determine when you will comply with court orders requiring production of documentation responsive to the Plaintiff's Requests for Production. Obviously, your prompt compliance will obviate the need for further litigation on this issue and in light of the briefing schedule set by the court, we hope that you will endeavor to comply with the court's order so as to reduce additional litigation expenses.

I eagerly await your response.

Timothy M. Hartley, Esq.

# Hartley Law Offices, PLC

800 Southeast Third Avenue

Fourth Floor

Fort Lauderdale, Florida 33316

t: 954.357.9973

f: 954.357.2275

www.hartleylaw.net



The information in this message and any attachments are intended only for the person to which this message is addressed, and it may include confidential, proprietary and/or privileged material. Any review, reproduction, transmission, dissemination or other use of this information by persons other than the intended recipient is prohibited. If you have received this message in error, please contact the sender and delete the information from all computers. Thank you.

P Please consider the environment before printing this e-mail