UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

CASE NO.: 0:13-CV-61448

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

    Defendant.
_____/

### NOTICE OF INTENT TO SERVE SUBPOENA

TO:   **Onier Llopiz, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue,
19th Floor,
Miami, Florida 33131

**Joan Carlos Wizel, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue,
19th Floor,
Miami, Florida 33131

**Roland Potts, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue,
19th Floor,
Miami, Florida 33131

**Alexander Pastukh, Esq.**
LAW OFFICE OF ALEXANDER
PASTUKH, P.A.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45(a) (4), that the Plaintiff, PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP., intends to serve a Subpoena, in the form attached hereto, on Shannon Briggs, on December 18, 2013 or as soon thereafter as service may be effectuated.

*DATED* this 16th day of December, 2013.

**HARTLEY LAW OFFICES, PLC**
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By: /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066

**LEWIS & LIN, LLC**
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By: /s/ Brett E. Lewis
BRETT E. LEWIS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2013, the foregoing document is being served this day on all counsel or parties of record identified on the attached service list below, via email of .pdf.

/s/Timothy M. Hartley
Timothy M. Hartley, Esq.
Hartley@hartleylaw.net
HARTLEY LAW OFFICES, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, Florida 33316
Tel. 954-357-9973
Fax: 954-357-2275
Attorney for Plaintiff

## SERVICE LIST

***Onier Llopiz, Esq.*** (FBN 579475)
Email: ol@lydeckerdiaz.com

***Joan Carlos Wizel, Esq.*** (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com

***Roland Potts, Esq.*** (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com

LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190

***Alexander Pastukh, Esq.***
Law Office of Alexander Pastukh, P.A.
1395 Brickell Avenue, Suite 800
Miami, FL 33131


Attorneys for Defendants