UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,                                        CASE NO.: 0:13-CV-61448

    v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual, and JOHN DOES 1-100,

    Defendant.
_____/

## NOTICE OF FILING

COMES NOW, Plaintiff, PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP, by and through its undersigned counsel and gives Notice of Filing of Plaintiff's Affidavit of Reasonable Attorneys Fees and Costs.

*HARTLEY LAW OFFICES, PLC*
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By: /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066

*LEWIS & LIN, LLC*
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By: /s/ Brett E. Lewis
BRETT E. LEWIS

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 26, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on all counsel or parties of record identified on the attached service list below via email and/or U.S. Mail.

/s/Timothy M. Hartley
Timothy M. Hartley, Esq.
Hartley@hartleylaw.net
HARTLEY LAW OFFICES, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, Florida 33316
Tel. 954-357-9973
Fax: 954-357-2275
Attorney for Plaintiff

## **SERVICE LIST**

***Onier Llopiz, Esq.*** (FBN 579475)
Email: ol@lydeckerdiaz.com

***Joan Carlos Wizel, Esq.*** (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com

***Roland Potts, Esq.*** (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com

LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190

***Alexander Pastukh, Esq.***
Law Office of Alexander Pastukh, P.A.
1395 Brickell Avenue, Suite 800
Miami, FL 33131


Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

CASE NO.: 0:13-CV-61448

    v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

    Defendants.
_____/

## *PLAINTIFF'S AFFIDAVIT OF REASONABLE ATTORNEYS FEES AND COSTS*

BEFORE ME, the undersigned authority authorized to administer oaths in the State of New York, personally appeared Denise Lang, Esq. who after being duly sworn, deposes and states as follows:

1. That my name is Denise Lang, that I am over the age of eighteen (18) years and that I have personal knowledge of the matters set forth herein.

2. That I am Associate Corporate Counsel for PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP., the Plaintiff. As a part of my job duties, I have primary responsibility for the review of invoices for legal services rendered by our outside counsel in litigation matters.

3. That I have reviewed the invoices rendered by our outside counsel in this action, Lewis & Lin, LLC and Hartley Law Offices, PLC, for the purposes of determining the amount of legal fees

1

incurred in connection with our efforts to enforce the Court's Order Granting Plaintiff's Motion for Expedited Discovery.

4. That the Plaintiff herein has incurred $21,507.25 in legal fees as a result of being required to engage in motion practice in its successful efforts to enforce the Court's Order Granting Plaintiff's Motion for Expedited Discovery. The fees incurred were as follows:

    a. Hartley Law Offices: 7 hours at the rate of $350 per hour for Timothy M. Hartley, Esq. totaling $2,450.00;

    b. Lewis & Lin: 30.05 hours at the rate of $395 per hour for Brett Lewis, Esq. and 27.95 hours at the rate of $250 per hour for Justin Mercer, Esq. totaling $19,057.25.

5. That, in support of my affidavit, redacted versions of the invoices received from Hartley Law Offices and Lewis & Lin for legal services rendered in connection with the Plaintiff's Motion to Enforce the Order Granting Plaintiff's Motion for Expedited Discovery are available for inspection by the Court and opposing counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Denise Lang, Esq.


STATE OF NEW YORK  )
                               ) SS:
COUNTY OF NEW YORK  )

The foregoing instrument was acknowledged before me this __26__ day of December, 2013 by Denise Lang, who is personally known to me or who has produced __Denise Lang__ as identification and who did (did not) take and oath.

Signature: _____
Name: __May 10 2016__
My Commission Expires:

JULIE LEE
Notary Public, State of New York
No. 01LE6109539
Qualified in Queens County
Commission Expires May 10, 20__

2