# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 13-CV-61448

Plaintiff:
PULSEPOINT, INC. F/K/A DATRAN MEDIA CORP.

vs.

Defendant:
7657030 CANADA INC. D/B/A ACQUINTIY INTERACTIVE, LLC., F/K/A MODERNAD MEDIA, ET AL

For:
Timothy Hartley, Esq
HARTLEY LAW OFFICES, PLC
800 S.E. 3rd Avenue
Fourth Floor
Fort Lauderdale, FL  33316

Received by Lightning Process Services on the 18th day of December, 2013 at 5:00 pm to be served on **SHANNON BRIGGS, 13792 N.W. 19TH STREET, PEMBROKE PINES, FL 33028.**

I, Willie Wiggins Jr., do hereby affirm that on the **24th day of December, 2013** at **7:30 am, I:**

**NON-SERVED** the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** for the reason that I failed to find **SHANNON BRIGGS** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
Per current resident Ann Wilson, she has lived at the service address for fifteen years. She has no knowledge of Shannon Briggs.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the 17th judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of Service and the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Willie Wiggins Jr.
1143

Lightning Process Services
10211 Pines Blvd. #101
Pembroke Pines, FL 33026
(954) 243-9579

Our Job Serial Number: WIG-2013002759