UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61448-CIV-MARRA

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,

Plaintiff,

vs.

7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, and JOHN DOES 1-100,

Defendants.
_____/

## ORDER

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss the Amended Complaint, or Alternatively for More Definite Statement DE 81) is **REFERRED** to United States Magistrate Judge William Matthewman for appropriate disposition and/or report or recommendation.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of December, 2013.

_____
KENNETH A. MARRA
United States District Judge