**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

CASE NO.: 13-CIV-61448-MARRA

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

      Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

      Defendants.

_____/

**DECLARATION OF COUNSEL IN OPPOSITION OF PLAINTIFF'S AFFIDAVIT OF**
**REASONABLE ATTORNEY'S FEES AND COSTS**

      I, Joan Carlos Wizel, declare as follows:

      1.      That my name is Joan Carlos Wizel and that I am over the age of 18 and have personal knowledge of the matters contained herein.

      2.      That I am a Partner at the law firm of Lydecker Diaz and counsel for the Defendants in this matter.

      3.      That I have reviewed the legal bills furnished by Lydecker Diaz to Defendants for the purpose of ascertaining the total amount of hours and legal fees expended by counsel at Lydecker Diaz in defending against Plaintiff, Pulsepoint, Inc. f/k/a Datran Media Corp.'s, Motion to Enforce the Court's Order Granting Plaintiff's Motion for Expedited Discovery.

      4.      That the hourly rates for each attorney at Lydecker Diaz who performed legal work defending against Plaintiff's Motion is $250 per hour.

      5.      That Defendants incurred a total amount of $3,700.00 in legal fees for 14.8 hours of legal work performed by their attorneys, such work including correspondences with opposing counsel, conferences with opposing counsel, analysis of Plaintiff's Motion and Plaintiff's Reply

EXHIBIT
A

CASE NO.: 13-CIV-61448-MARRA

in support of Plaintiff's position, and drafting Defendants' Memorandum in Opposition of Plaintiff's Motion to Enforce the Court's Order Granting Expedited Discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2014 at Miami-Dade County, Florida.

s/  Joan Carlos Wizel
Joan Carlos Wizel (FBN 37903)