# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| **PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,** | CASE NO. 13—CIV-61448 -MARRA |
| Plaintiff, | |
| vs. | |
| **7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC, f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA, INC.** | |
| Defendants. | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby informs this Court of his absence from the jurisdiction from January 4, 2014 through January 11, 2014 and respectfully requests that no hearings or other matters be scheduled during this time period. Undersigned counsel has spoken with counsel for Plaintiff regarding this matter.

Dated: January 3, 2014

Respectfully submitted,

s/**Alexander Pastukh**
Alexander Pastukh (Fla. Bar No. 809551)
Alexander Pastukh, P.A.
E-mail: apastukh@appalaw.com
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Tel: (305) 502-5715
Counsel for Defendant 8333947 Canada, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of January 2014 a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the Service list below.

/s/ __Alexander Pastukh__

## SERVICE LIST

**Onier Llopiz, Esq.**
**Joan Carlos Wizel, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Telephone: (305) 416-3180
E-mail: ol@lydeckerdiaz.com
            jcw@lydeckerdiaz.com
*Counsel for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media, LLC, and Warren Rustin*

**Timothy M. Harley, Esq.**
Hartley Law Offices, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973
E-mail: Hartley@hartleylaw.net
*Counsel for Plaintiff*

**Brett E. Lewis, Esq.**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
E-mail: brett@iLawco.com
*Counsel for Plaintiff*