UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61448-CIV-Marra/Matthewman

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS, et al.,

Defendants.
_____/



## ORDER DIRECTING PLAINTIFF TO SUBMIT REDACTED INVOICES

THIS CAUSE is before the Court *sua sponte*. In compliance with this Court's Order dated December 16, 2013 [DE 76], Plaintiff, Pulsepoint, Inc., f/k/a Datran Media Corp. ("Plaintiff") has filed its Affidavit of Reasonable Attorneys [sic] Fees and Costs [DE 82]. Defendants, 7657030 Canada, Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin (collectively, "Defendants") have filed a Memorandum in Opposition to Plaintiff's Affidavit of Reasonable Attorney's Fees and Costs [DE 86]. The Court has reviewed the affidavit, the Return of Non-Service filed by Plaintiff [DE 83], and Defendants' memorandum. Plaintiff is requesting fees in the amount of $21,507.25 for legal services rendered in connection with Plaintiff's Motion to Enforce the Order Granting Plaintiff's Motion for Expedited Discovery. In light of the relatively large amount of fees sought, the Court will need to review the redacted invoices alluded to in Plaintiff's affidavit.

1

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff is **DIRECTED** to submit to both Defendants' counsel and the Court the redacted versions of the invoices received from Hartley Law Offices and Lewis & Lin for legal services rendered in connection with Plaintiff's Motion to Enforce the Order Granting Plaintiff's Motion for Expedited Discovery **on or before January 10, 2014**. Plaintiff may submit the invoices to the Court by email at matthewman@flsd.uscourts.gov.

2. If Defendants choose to assert further objections upon attaining the redacted invoices, they must do so **on or before January 17, 2014**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 6th day of January, 2014.

*William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE