UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

       Plaintiff,

          v.

CASE NO.: 0:13-CV-61448

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

       Defendant.

_____/

## <u>NOTICE OF FILING</u>

      COMES NOW, Plaintiff, PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP, by and

through its undersigned counsel and gives Notice of Filing of the Affidavit of Timothy M. Hartley.

*HARTLEY LAW OFFICES, PLC*
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By: /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066

*LEWIS & LIN, LLC*
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By: /s/ Brett E. Lewis
BRETT E. LEWIS

## CERTIFICATE OF SERVICE

I  HEREBY CERTIFY that on January 8, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on all counsel or parties of record identified on the attached service list below via email and/or U.S. Mail.

/s/Timothy M. Hartley
Timothy M. Hartley, Esq.
 Hartley@hartleylaw.net
HARTLEY LAW OFFICES, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, Florida 33316
Tel. 954-357-9973
Fax: 954-357-2275
Attorney for Plaintiff

## SERVICE LIST

**Onier Llopiz, Esq.** (FBN 579475)
Email: ol@lydeckerdiaz.com

**Joan Carlos Wizel, Esq.** (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com

**Roland Potts, Esq.** (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com

LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190

**Alexander Pastukh, Esq.**
Law Office of Alexander Pastukh, P.A.
1395 Brickell Avenue, Suite 800
Miami, FL 33131


Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

      Plaintiff,                               CASE NO.: 0:13-CV-61448

             v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

      Defendants.
_____/

### *AFFIDAVIT OF TIMOTHY M. HARTLEY*

STATE OF FLORIDA     )
                        ) ss.:
COUNTY OF BROWARD  )

     **BEFORE ME,** the undersigned authority authorized to administer oaths in the State of Florida, personally appeared TIMOTHY M. HARTLEY, who deposes and states as follows:

     1.  That I am an attorney duly admitted to practice in the State of Florida.  I am a member of the law firm Hartley Law Offices, PLC ("Hartley Law Offices"), which represents the Plaintiff PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP in this action.

     2.  I submit this affidavit pursuant to the Court's Order of January 6, 2014 [DE 88] requesting that I provide a detailed breakdown of hours expended in the instant case. I have personal knowledge of all matters stated herein, or have obtained the relevant information from the business records of Hartley Law Offices.

     3.  Attached hereto as "**Exhibit A**" is a true and accurate detailed statement of Hartley Law Offices's fees and expenses on the instant motion, pursuant to the Court's Order of December 16, 2013 [DE 76].

     4.  I have not included in my calculations of the attorneys fees and costs owed to the

Plaintiff for those fees generated before November 14, 2013 or after December 16, 2013.

5.   As Defendants and their counsel took the position that they were not obligated to produce documents in response to Plaintiff's discovery requests until the District Judge ruled on their objections, on the one hand, while responding with blanket objections to the same requests on the other, our time entries include our firm's time and fees associated with all steps taken to compel Defendants to comply with the Court's Discovery Order of October 31, 2013, including time spent opposing Defendants' discovery objections and seeking Defendants' compliance with the Court's discovery Orders.

6.   Some of the time entries contain time spent on the motion to enforce the Court's Order, along with entries for time spent opposing Defendants' discovery Objections, as both efforts were closely related and necessitated by Defendants' failure and refusal to comply with the Court's discovery Orders.  Defendants' claim that it was not required to respond to Plaintiff's requests, while responding via blanket objections at the same time, made it necessary for Plaintiff to incur the expenses claimed herein to compel enforcement with the Court's Order.

7.   Accordingly, Plaintiff requests that the Court award Plaintiff $2,450.00 in attorneys' fees and expenses incurred by Hartley Law Offices for this matter.

FURTHER AFFIANT SAYETH NAUGHT.

by _____
Timothy M. Hartley

STATE OF FLORIDA      )
                      )   SS:
COUNTY OF BROWARD  )

The foregoing instrument was acknowledged before me this __7th__ day of January, 2014 by   Timothy M. Hartley, who is personally known to me or who has produced _____ as identification and who did (did not) take an oath.

Signature: _____

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Adrienne Rodriguez
Commission # EE101518
Expires: JUN. 08, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

2

# EXHIBIT "A"

HARTLEY LAW OFFICES PLC,
800 Southeast Third Avenue, 4th Floor,
Fort Lauderdale, FL, 33316.

TAX ID (27-2385172)

PulsePoint Inc
345 Hudson Street
New York NY 10014

| | |
|---|---|
| Invoice No: | 1137 |
| Invoice Date: | 12/14/2013 |
| Billing Period: | 11/14/2013  -  12/13/2013 |
| Printed: | 12/14/2013 |

ModernAd Media, LLC Judgment Domestication and Enforcement

**Fee**

| Date | Slip ID | Expert | Activity | Time | Rate | Amount |
|------|---------|--------|----------|------|------|--------|
| 11/14/2013 | | TMH | . . . | 00:18:00 | $350.00/hr | |
| 11/15/2013 | | TMH | review and analysis of email correspondence from opposing counsel concerning service of the request for production and motion to stay; review and analysis of email correspondence with Brett Lewis and Justin Mercer concerning stay and objections to motion; | 00:30:00 | $350.00/hr | $175.00 |
| 11/15/2013 | | TMH | review and analysis of motion to stay and objections to report and recommendations of magistrate; telephone conference with Justin Mercer with regard to service on Canadian entity | 00:24:00 | $350.00/hr | $140.00 |
| 11/18/2013 | | TMH | Telephone call to Jerry Meyers, court reporter with regard to transcript of hearing held before magistrate judge on October 30, 2013; preparation of email correspondence to court reporter with regard to same | 00:12:00 | $350.00/hr | $70.00 |
| 11/18/2013 | | TMH | Email correspondence with court reporter with regard to payment of cost of transcript; review and analysis of transcript of hearing | 00:18:00 | $350.00/hr | $105.00 |
| 11/21/2013 | | TMH | . | 00:12:00 | $350.00/hr | |
| 11/21/2013 | | TMH | . .  , | 00:12:00 | $350.00/hr | |
| 11/26/2013 | | TMH | Email correspondence with Brett Lewis concerning filing of motion to compel; telephone conference with Justin Mercer with regard to status of filing motion to compel | 00:12:00 | $350.00/hr | $70.00 |
| 11/26/2013 | | TMH | Telephone call from Justin Mercer with regard to filing of motion to compel and exhibits; review and analysis of emails concerning same; revise and finalize motion to compel and exhibits and prepare for filing | 00:36:00 | $350.00/hr | $210.00 |
| 11/29/2013 | | TMH | review and analysis of response to objections to report and recommendations on motion regarding expedited discovery; prepare same for filing and file same in US District Court | 00:12:00 | $350.00/hr | $70.00 |
| 12/02/2013 | | TMH | . -- | 00:06:00 | $350.00/hr | |

| Date | Slip ID | Expert | Activity | Time | Rate | Amount |
|------|---------|--------|----------|------|------|--------|
| 12/03/2013 | | TMH | | 00:12:00 | $350.00/hr | |
| 12/04/2013 | | TMH | review and analysis of order denying objections to report and recommendations with regard to motion to expedite discovery and email communication with Justin Mercer and Brett Lewis with regard to effect of order | 00:12:00 | $350.00/hr | $70.00 |
| 12/04/2013 | | TMH | Telephone call from Brett Lewis with regard to production of documents by defendant's pursuant to ruling by Judge Marra on objections to report and recommendations on motion to expedite discovery and with regard to status of other pending matters in connection with litigation | 00:24:00 | $350.00/hr | $140.00 |
| 12/04/2013 | | TMH | review and analysis of order from magistrate Judge Matthewman setting dates for response to motion to compel and reply to response to motion to compel | 00:12:00 | $350.00/hr | $70.00 |
| 12/05/2013 | | TMH | | 00:12:00 | $350.00/hr | |
| 12/05/2013 | | TMH | | 00:06:00 | $350.00/hr | |
| 12/05/2013 | | TMH | | 00:12:00 | $350.00/hr | |
| 12/05/2013 | | TMH | | 00:06:00 | $350.00/hr | |
| 12/06/2013 | | TMH | Email correspondence with opposing counsel with regard to compliance with magistrate judges order on motion to expedite discovery | 00:12:00 | $350.00/hr | $70.00 |
| 12/09/2013 | | TMH | review and analysis of correspondence from opposing counsel and proposed confidentiality stipulation regarding production of documents responsive to request for production and magistrate judges order; preparation of email correspondence to Brett Lewis and Justin Mercer concerning same and telephone conference to discuss proposed stipulation | 00:24:00 | $350.00/hr | $140.00 |
| 12/09/2013 | | TMH | Receipt and review of email correspondence between opposing counsel and Brett Lewis concerning motion to compel and compliance with rule 26; review and analysis of email regarding confidentiality order | 00:18:00 | $350.00/hr | $105.00 |
| 12/09/2013 | | TMH | Telephone call from Justin Mercer and Brett Lewis with regard to response to emails, compliance with rule 26 requirements for motion to compel and review and analysis of confidentiality stipulation | 00:24:00 | $350.00/hr | $140.00 |
| 12/09/2013 | | TMH | review and analysis of filed response to motion to compel compliance with court order and motion to strike | 00:42:00 | $350.00/hr | $245.00 |
| 12/10/2013 | | TMH | | 00:12:00 | $350.00/hr | |

| Date | Slip ID | Expert | Activity | Time | Rate | Amount |
|------|---------|--------|----------|------|------|--------|
| 12/10/2013 | | TMH | | 00:12:00 | $350.00/hr | |
| 12/10/2013 | | TMH | | 00:06:00 | $350.00/hr | |
| 12/10/2013 | | TMH | | 00:06:00 | $350.00/hr | |
| 12/11/2013 | | TMH | Email correspondence with Brett Lewis with regard to strategy concerning confidentiality stipulation and status of case | 00:12:00 | $350.00/hr | $70.00 |
| 12/05/2013 | | TMH | | 00:12:00 | $350.00/hr | |
| 12/05/2013 | | TMH | | 00:12:00 | $350.00/hr | |
| 12/11/2013 | | TMH | | 00:54:00 | $350.00/hr | |
| 12/11/2013 | | TMH | review and analysis of draft reply to response to motion to enforce order | 00:24:00 | $350.00/hr | $140.00 |
| 12/11/2013 | | TMH | | 00:06:00 | $350.00/hr | No Charge |
| 12/11/2013 | | TMH | review and analysis of defendants memorandum in opposition to plaintiff's motion to enforce order granting motion for expedited discovery | 00:30:00 | $350.00/hr | $175.00 |
| 12/11/2013 | | TMH | review and analysis of draft reply to defendants response to plaintiff's motion to enforce order granting plaintiff's motion for expedited discovery | 00:24:00 | $350.00/hr | $140.00 |
| 12/11/2013 | | TMH | review and analysis of final version of reply to response to motion to compel compliance with court order and exhibits; prepare same for filing in US District Court and file same | 00:18:00 | $350.00/hr | $105.00 |
| 12/13/2013 | | TMH | | 00:12:00 | $350.00/hr | |
| 12/13/2013 | | TMH | | 00:18:00 | $350.00/hr | |
| 12/10/2013 | | TMH | | 00:00:00 | $350.00/hr | No Charge |
| 12/13/2013 | | TMH | | 00:06:00 | $350.00/hr | |
| 12/13/2013 | | TMH | | 00:00:00 | $350.00/hr | |
| 12/13/2013 | | TMH | | 00:06:00 | $350.00/hr | |
| **ModernAd Media, LLC Judgment Domestication and Enforcement(DOJ) Time Total** | | | | 0:0678:00 | | $3,920.00 |

Fee

Expenses

ModernAd Media, LLC Judgment Domestication and Enforcement

| Date | Slip ID | Expert | Activity | Units | Price | Amount |
|------|---------|--------|----------|-------|-------|--------|
| 12/10/2013 | | TMH | | | $191.00 | |
| 12/13/2013 | | TMH | | | $35.00 | |

ModernAd Media, LLC Judgment Domestication and Enforcement(DOJ) Expenses Total $452.00

| Expert Fee Summary | | Non-Billable (hr) | Billable (hr) | Rate | Non-Billable ($) | Billable ($) |
|--------------------|--|-------------------|---------------|------|------------------|--------------|
| 3 | Timothy Maze Hartley | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Timothy Maze Hartley | 0.00 | 11.20 | | 0.00 | 3,920.00 |

|  | |
|--|--|
| Hourly Fees Total: | $3,920.00 |
| Flat fee Total: | $0.00 |
| Expense Total: | $452.00 |
| Invoice Total: | $4,372.00 |