UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61448-CIV-Marra/Matthewman

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS, et al.,

Defendants.
_____/



## ORDER DIRECTING RESPONSE FROM PLAINTIFF

THIS CAUSE is before the Court *sua sponte*. In compliance with this Court's Order dated December 16, 2013 [DE 76], Plaintiff, Pulsepoint, Inc., f/k/a Datran Media Corp. ("Plaintiff") has filed its Affidavit of Reasonable Attorneys [sic] Fees and Costs [DE 82]. Defendants, 7657030 Canada, Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin (collectively, "Defendants") have filed a Memorandum in Opposition to Plaintiff's Affidavit of Reasonable Attorney's Fees and Costs [DE 86]. Additionally, Plaintiff's counsel filed redacted invoices in support of its claim for fees. Defendant then filed their Memorandum Objecting to Plaintiff's Affidavits of Reasonable Attorney's Fees and Costs [DE 91]. The Court has reviewed all of the filings in this case and finds it necessary for Plaintiff to respond to Defendants' argument that Plaintiff's counsel's hourly rate is unreasonable.

Based on the foregoing, Plaintiff is **DIRECTED** to respond solely to Defendants' argument that Plaintiff's counsel's hourly rate is unreasonable **on or before January 28, 2014.**

1

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 21st day of January, 2014.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE