UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,                                    CASE NO.: 0:13-CV-61448

    v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual;
8333947 CANADA INC. and JOHN DOES 1-100,
    Defendant.
_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO THIS COURT'S ORDER DATED JANUARY 21, 2014 [DE 93]**

Plaintiff Pulsepoint, Inc., f/k/a Datran Media Corp. ("Plaintiff"), by and through its undersigned counsel, hereby submits the following memorandum of law in support of the Motion for Attorneys' Fees and Costs filed in this matter, and as directed by this Honorable Court pursuant to its January 21, 2014 Order Directing Response from Plaintiff [DE93].

**ARGUMENT**

**I.    Plaintiff's counsel hourly rates are reasonable and within the prevailing market rates.**

"[T]he starting point in any determination for an objective estimate of the value of a lawyer's services is to multiply hours reasonably expended by a reasonable hourly rate." Norman v. Housing Auth. of the City of Montgomery, 836 F.2d. 1292, 1298-99 (11th Cir. 1988) (citing Hensley v. Eckerhart, 461 U.S. 424 (1983)). The Norman court explained that this would result in the "lodestar" and that this lodestar can be increased or decreased for the results obtained, the

1

quality of representation and for any delay in payment. Id. at 1301.  The "lodestar" method replaces the previously prescribed considerations set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d. 714, 717-719 (5th Cir. 1974).  In Martin v. University of South Alabama, 911 F.2d 604, 610 (11th Cir. 1990), the court stated that the "going rate" in the community is the most critical factor in determining a reasonable fee for an attorney.  "A reasonable hourly rate is the prevailing market rate in the relevant legal community for similar services by lawyers of comparable skills, experience and reputation." Id.  The city where the attorney in question has his law office is the city which is to be used as the pertinent "legal community" in order to determine the applicable hourly rate. Brooks v. Georgia State Bd. of Elections, 997 F.2d. 857, 868-869 (11th Cir. 1993).

    A.    **The Timekeepers.**

Mr. Brett Lewis, of Lewis & Lin LLC, has been a member in good standing of the New York Bar since 1999 and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, before all Courts in the State of New York, and *pro hac vice* before this Court.  Following graduation from Brooklyn Law School magna cum laude in 1998, Mr. Lewis clerked for United States District Court Judge David G. Trager, in the Eastern District of New York.  Since 1999, Mr. Lewis has been involved in litigation of commercial matters in state and federal courts throughout the state of New York and around the country (as I have been duly admitted *pro hac vice before* various United States District Courts in, inter alia, California, Nevada, Louisiana, Maryland, Arizona, and Florida).  Prior to founding Lewis & Lin, Mr. Lewis as Assistant General Counsel and Associate General Counsel at Register.com, a major domain name registrar, and was responsible for managing the company's litigation.  From 1999-2002, Mr. Lewis was an associate in the litigation department of the

2

venerable law firm Winthrop Stimson Putnam & Roberts, now Pillsbury Winthrop Shaw Pittman LLP in New York, New York.

Mr. Timothy Hartley, of Hartley Law Offices, PLC, has been a member in good standing of the Florida Bar since 1993 and was first admitted in Kentucky in 1987.  Mr. Hartley is admitted to practice before the United States District Courts for the Southern, Middle, and Northern Districts of Florida and all Courts in the State of Florida. Mr. Hartley's practice has largely focused on civil litigation including trials, appeals, and administrative matters. Since 2001, Mr. Hartley has been AV rated by Martindale Hubbell.  Since 1993, Mr. Hartley has been involved in litigation of commercial matters in state and federal courts throughout the state of Florida.

Mr. Justin Mercer, of Lewis & Lin LLC, has been a member in good standing of the New York Bar since 2012.  Mr. Mercer is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, before all Courts in the State of New York, and *pro hac vice* before this Court.  At Lewis & Lin, Mr. Mercer handles commercial litigation matters regarding Internet, technology, business and media law.  Following graduation from Georgetown University Law Center in 2011, Mr. Mercer litigated on behalf of various New York City agencies in state and federal courts as a Special Assistant Corporation Counsel in the New York City Law Department's Administrative Law division.

B.   **The Rates Charged.**

The rates charged by Lewis & Lin herein are reasonable hourly rates in the City of New York.  Likewise, the rates charged by Mr. Timothy Hartley are also reasonable in the Southern District of Florida and in Broward County, Florida.

In Mr. Lewis' experience, it is rare to find a good New York litigator, at any firm, with a billing rate less than $350/hour. Lewis Aff at 9. New York lawyers with Mr. Lewis' background and level of skill and experience typically charge anywhere from $400-$800/hour or more, depending on what law firm they are practicing at. Id. Mr. Lewis knows this from his personal experience, based on rates that other attorneys have charged their clients in cases that he has worked on in the past, but also from his experience as Associate General Counsel of Register.com (where he hired roughly half a dozen different law firms to represent Register.com in litigation, and interviewed at least half a dozen more). Id. Register.com was extremely cost sensitive and hired the firms that provided the most competitive rates, which, at the time (between 2002-2005) ranged from $300/hour for a junior associate to over $600/hour for partners. Id. Most small to mid-sized firms that Register.com either interviewed or hired (including Morvillo Abramowitz Grand Iason & Anello, P.C., Lowenstein Sandler, LLP, and Amster Rothstein & Ebenstein LLP) charged a minimum of $450/hour for partner time – this was nearly ten years ago. Id. As such, Mr. Lewis' rate of $395 an hour and Mr. Mercer's rate of $250 an hour are well within the prevailing market rate.

As a result of Mr. Hartley's participation in the litigation of commercial matters in Broward County, Florida, he is familiar with the prevailing hourly rates for other commercial litigation attorneys with his level of experience. See Hartley Aff. at 4. As a result of that extensive experience and a review of the range of billing rates for partners at South Florida law firms, Mr. Hartley's hourly rate of $350 per hour is well within the norm for commercial litigation attorneys with his level of experience practicing in Broward County, Florida. Id. at 4-5.

4

**II.     Conclusion**

Plaintiff's counsel hourly rates are well within the prevailing market rates for attorneys of similar experience. As such, this Court should grant Plaintiff's request for attorneys' fees and costs in its entirety.

Respectfully Submitted: January 28, 2014.

*HARTLEY LAW OFFICES, PLC*
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By: /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066

*LEWIS & LIN, LLC*
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By: /s/ Brett E. Lewis
BRETT E. LEWIS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on all counsel or parties of record identified on the attached service list below via email and/or U.S. Mail.

/s/Timothy M. Hartley
Timothy M. Hartley, Esq.
Hartley@hartleylaw.net
HARTLEY LAW OFFICES, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, Florida 33316
Tel. 954-357-9973
Fax: 954-357-2275
Attorney for Plaintiff

**SERVICE LIST**

*Onier Llopiz, Esq.* (FBN 579475)
Email: ol@lydeckerdiaz.com

*Joan Carlos Wizel, Esq.* (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com

*Roland Potts, Esq.* (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com

LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190

*Alexander Pastukh, Esq.*
Law Office of Alexander Pastukh, P.A.
1395 Brickell Avenue, Suite 800
Miami, FL 33131


Attorneys for Defendants