UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,                                          CASE NO.: 0:13-CV-61448

        v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

    Defendants.
_____/

***AFFIDAVIT OF BRETT E. LEWIS IN SUPPORT OF
PLAINTIFF'S CLAIMS FOR ATTORNEYS' FEES AND EXPENSES***

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF KINGS      )

BRETT E. LEWIS, being duly sworn, deposes and states as follows:

    1.    I am an attorney duly admitted to practice in the State of New York. I am a founding member of the law firm Lewis & Lin, LLC ("Lewis & Lin"), which represents the plaintiff PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP in this action. I submit this affidavit pursuant to the Court's Order of January 12, 2014 [DE 93] directing Plaintiff to respond to Defendants' argument regarding Plaintiff's counsel's hourly rate. I have personal knowledge of all matters stated herein.

    2.    I have been a member in good standing of the New York Bar since 1999. I am admitted to practice before the United States District Courts for the Southern and Eastern

Districts of New York, before all Courts in the State of New York, and *pro hac vice* before this Court.

3. The law firm of Lewis & Lin is well known for its expertise in field of Internet law and commercial litigation matters. Following my graduation from Brooklyn Law School *magna cum laude* in 1998, I clerked for United States District Court Judge David G. Trager, in the Eastern District of New York. Since 1999, I have been involved in litigation of commercial matters in state and federal courts throughout the state of New York and around the country (as I have been duly admitted *pro hac vice* before various United States District Courts in, *inter alia*, California, Nevada, Louisiana, Maryland, Arizona, and Florida). Prior to founding Lewis & Lin, I also served as Assistant General Counsel and Associate General Counsel at Register.com, a major domain name registrar, and was responsible for managing the company's litigation. From 1999-2002, I was an associate in the litigation department of the venerable law firm Winthrop Stimson Putnam & Roberts, now Pillsbury Winthrop Shaw Pittman LLP.

4. Counsel for Plaintiff are highly skilled and of significant experience. The attorneys of Lewis & Lin who have billed the above time on this matter include the following:

| Name | Position | Rate | Hours |
|---|---|---|---|
| Brett Lewis | Partner | $395.00 | 30.05 |
| Justin Mercer | Associate | $250.00 | 28.75[1] |

5. Lewis & Lin attorney Justin Mercer also worked on behalf of Plaintiff in this litigation. Mr. Mercer has been a member in good standing of the New York Bar since 2012.

---

[1] Plaintiff's Affidavit of Reasonable Attorneys Fees and Costs [DE 83] originally listed the total hours for Justin Mercer, Esq. as 27.95. See [DE 83] at ¶ 4b. The correct total hours are 28.75, as listed herein.

Mr. Mercer is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, before all Courts in the State of New York, and *pro hac vice* before this Court.  At Lewis & Lin, Mr. Mercer handles commercial litigation matters regarding Internet, technology, business and media law.  Prior to joining Lewis & Lin, Mr. Mercer litigated on behalf of various New York City agencies in state and federal courts as a Special Assistant Corporation Counsel in the New York City Law Department's Administrative Law division.

6.   As a result of my participation in the litigation of matters in all boroughs of the City of New York, I am familiar with the prevailing hourly rates for other commercial litigation attorneys with my level of experience and that of my partners and associates.  I can state that my hourly rate of $395 is well within the normal rates for commercial litigation attorneys with my level of experience and skill practicing in the City of New York.  Furthermore, my experience is that $250 an hour for an experienced attorney such as Mr. Mercer, is on the low side of the prevailing market rates for the City of New York.

7.   Attached hereto as "**Exhibit A**" is a true and accurate copy of the Affidavit of Andrew B. Lustigman, Esquire in Support of Application for Attorney's Fees, sworn to on December 13, 2012, filed the underlying arbitration action before the American Arbitration Association, Case No. 12-117-Y-858-11, as counsel for ModernAd Media LLC.

8.   According to Mr. Lustigman, a partner of Olshan Frome Wolosky LLP in New York, New York, his normal hourly rate and the hourly rate of other Olshan partners is $525-595 per hour. See Exhibit A. Olshan associates normally bill at between $295 and $495 an hour. See id.  The rates of Lewis & Lin are well below those rates that Defendant ModernAd Media incurred in the arbitration action. Therefore, it is misleading for

Defendants' to now claim that Lewis & Lin's rate of $395 per hour is above the prevailing market rate in New York for partners (see [DE 86] at 6).

9. In my experience, it is rare to find a good New York litigator, at any firm, with a billing rate less than $350/hour. New York lawyers with my background and level of skill and experience typically charge anywhere from $400-$800/hour or more, depending on what law firm they are practicing at. I know this from personal experience, based on rates that other attorneys have charged their clients in cases that I have worked on in the past, but also from my experience as Associate General Counsel of Register.com, where I hired roughly half a dozen different law firms to represent us in litigation, and interviewed at least half a dozen more. We were extremely cost sensitive and hired the firms that provided the most competitive rates, which, at the time (between 2002-2005) ranged from $300/hour for a junior associate to over $600/hour for partners. Most small to mid-sized firms that we either interviewed or hired (including Morvillo Abramowitz Grand Iason & Anello, P.C., Lowenstein Sandler, LLP, and Amster Rothstein & Ebenstein LLP) charged a minimum of $450/hour for partner time – this was nearly ten years ago.

10. I am also familiar with the hourly rates of other small firm practitioners, who have worked with us as local counsel, or for whom we have worked as local counsel. Mike Rodenbaugh, an attorney with a similar background to mine, and owner of a two-lawyer firm in San Francisco, has an hourly rate of $475. Marc Randazza, a Florida attorney with 12 years of experience with whom we have worked as local counsel in matters in New York charges between $600 and $700/hour.

11.     Local counsel utilized by Plaintiff, Hartley Law Offices, PLC, also has an excellent reputation for delivering high quality legal services throughout federal and state courts in this District. See Affidavit of Timothy M. Hartley filed concurrently herewith.

12.     Attached hereto as "**Exhibit B**" is a true and accurate copy of the Affidavit of Roland Potts, Esq. for Attorney's Fees, filed the underlying arbitration action before the American Arbitration Association, Case No. 12-117-Y-858-11, as counsel for ModernAd Media LLC.

13.     According to Mr. Potts, an attorney admitted to the Florida bar in 2010 and self-described in the Affidavit as "partner" of Lydecker Diaz, his normal hourly rate and the hourly rate of other Lydecker Diaz partners is $350 per hour. See Exhibit B. Lydecker Diaz associates normally bill at between $200 and $300 an hour. See id. Thus, it is disingenuous for Defendants' to now claim that prevailing market rate in Florida is $250 per hour for partners (see [DE 86] at 6; [DE 91] at 12-13), just because Lydecker Diaz is giving this particular client a volume discount.

14.     Accordingly, Plaintiff requests that the Court award Plaintiff $19,057.25 in Lewis & Lin attorneys' fees and expenses for this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       January 28, 2014

_____
BRETT E. LEWIS

Sworn to before me this
28th day of January, 2014

_____
Notary Public

Monique Bullitt
Notary Public State of New York
No. 01BU6101426
Qualified in New York County
Commission Expires on November 17, 20__

5

# Exhibit A

AMERICAN ARBITRATION ASSOCIATION

DATRAN MEDIA CORP.,

    Claimant,

v.

Case No.: 12 117 Y 858 11

MODERNAD MEDIA f/k/a PUREADS,

    Respondent.

_____/

### AFFIDAVIT OF ANDREW B. LUSTIGMAN, ESQUIRE IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES

**STATE OF NEW YORK** )
                                  )
**COUNTY OF NEW YORK** )

    I, ANDREW B. LUSTIGMAN, upon penalty of perjury, do state and affirm as follows:

    1.    My name is Andrew Lustigman, I am a Partner with the law firm of OLSHAN FROME WOLOSKY LLP (the "Olshan Firm"). Prior to June 2011, I was a Partner at The Lustigman Firm, P.C. (the "Lustigman Firm"). My practice moved to the Olshan Firm on June 1, 2011.

    2.    I have personal knowledge of all facts stated herein.

    3.    I am licensed to practice law in the State of New York. I am a member in good standing of the Court of Appeals for the state of New York. I am also admitted to practice law before the state courts of New Jersey, U.S. District Court District of New Jersey, U.S. District Court District of Maryland, U.S. District Court of the District of Columbia, U.S. District Court District of Colorado, U.S. District Court, Eastern, Southern, and Western Districts of New York, U.S. Court of Appeals 2nd, 4th, 11th Circuits, U.S. Court of Appeals Federal Circuit, and the U.S. Supreme Court.

1903695-1

4. A significant portion of my practice has been devoted to intellectual property law, advertising, marketing and promotions as well as litigation.

5. My hourly rate (and the rate of my partners) for most clients who pay on a non-contingency basis has been $525-$595 per hour.

6. Associates are billed at hourly rates of between $295.00 - $495.00.

7. Legal Assistants/ Paralegals are billed at hourly rates of $125.00 - $230.00.

8. Costs are billed on a cost-incurred basis.

9. The Lustigman Firm and the Olshan Firm agreed to represent the Defendant MODERNAD MEDIA ("Defendant") in connection with this matter and to charge for its legal services at the following hourly rates: $525.00 for my legal services and the legal services of my partners, and between $395.00 to $425.000 for legal work performed by associates, and $125.00 for work performed by our staff.

10. The hours spent working on this matter is set forth in the Invoices which are attached as Exhibit "A" to this affidavit. These entries into the software programs that lead to the reports are made by my secretary. These entries are made from daily reports by the attorneys and paralegals. Reports are generated on a regular basis for all cases, usually monthly. The reports are then proofed and modified when appropriate and finalized into monthly bills.

11. I have reviewed the times billed as set forth in Exhibit A, and affirm that the report represents the time billed by myself and other attorneys in the Lustigman Firm and the Olshan Firm for representation of Defendants in this litigation, and that all the time billed was reasonable and necessary to obtain a satisfactory resolution of this matter.

12. $525.00 for my legal services and the legal services of my partners, and between $395.00 to $425.000 for legal work performed by associates, and $125.00 for work performed by

our staff per hour is a reasonable rate for the services of the Law Firm's associates and such rates are within the prevailing market rates.

10. I respectfully submit that the attorneys' fees and expenses sought by Defendant on behalf of the work performed by the Lustigman Firm and the Olshan Firm totaling $148,077.00, are reasonable for the services rendered on behalf of Defendant in this matter.

Andrew B. Lustigman

STATE OF NEW YORK

COUNTY OF NEW YORK

The foregoing instrument was acknowledged before me this 13 day of December, 2012, by Andrew B. Lustigman, who is personally known to me and who did take an oath.

ADAM Z. SOLOMON
NOTARY PUBLIC, State of New York
Reg. No. 02SO6150191
Qualified in Westchester County
Commission Expires July 24, 2014

Notary Public, State of New York
My Commission Expires:

1903695-1

# Exhibit B

## AMERICAN ARBITRATION ASSOCIATION

DATRAN MEDIA CORP.,

    Claimant,

v.

                                          Case No.: 12 117 Y 858 11

MODERNAD MEDIA f/k/a PUREADS,

    Respondent.

_____/

### AFFIDAVIT OF ROLAND POTTS, ESQUIRE FOR ATTORNEY'S FEES

**STATE OF FLORIDA**        )
                                      )
**COUNTY OF MIAMI-DADE**    )

    I, Roland Potts, upon penalty of perjury, do state and affirm as follows:

    1.    My name is Roland Potts, and I am a partner with the law firm of Lydecker Diaz (the "Law Firm"), and I have personal knowledge of all facts stated herein.

    2.    I am licensed to practice law in the State of Florida. I was admitted to the Florida Bar in 2010 and have continuously been a member in good standing since that date. I am also admitted to practice law before the all courts in the State of Florida, and the the US District Court for the Southern District of Florida.

    3.    Since I began the practice of law in 2010, a significant portion of my practice has been devoted to complex commercial litigation, appellate advocacy, labor and employment law, government liability and civil rights litigation.

    4.    My hourly rate (and the rate of my partners) for most clients who pay on a non-contingency basis and are private corporations has been $350.00.

5. Associates are billed at hourly rates of between $200-300.00 for non-contingency basis, non-insurance company clients.

6. Law Clerks are billed at hourly rates of $95.00.

7. The Law Firm agreed to represent the Defendants, ModernAD Media ("Defendant") in connection with this matter and to charge for its legal services at the following hourly rates: $250.00 for my legal services and the legal services of my partners, and between $250.000 for legal work performed by associates. At one point, the fee was reduced to $200.00 for partners and associates. Law Clerks were billed at $95.00.

8. The hours spent working on this matter are set forth in the Invoices which are attached as Exhibit A to this Affidavit. These entries into the software program that lead to the report are made by the bookkeeper. These entries are made from daily reports by the attorneys and paralegals. Reports are generated on a regular basis for all cases, usually monthly. The reports are then proofed and modified when appropriate.

1. I have reviewed the times billed as set forth in Exhibit A, and affirm that the report represents the time billed by myself and other attorneys in the Law Firm for representation of Defendants in this litigation, and that ll the time billed was reasonable and necessary to obtain a satisfactory resolution of this matter.

9. $250.00 per hour and $200.00 per hour is a reasonable rate for my services and the services of my partners, and the Law Firm's associates and such rates are well within the prevailing market rates.

10. In order to ascertain what portion of the bills were related to the claims against ModernAD and what portions of the bill were related to the counter claims brought by ModernAD against Datran, each entry was reviewed, identifying each entry as either being

related to the claim or counter claim. He then created a spreadsheet identifying each entry and totaled the amount for claims and the amount for counterclaims. This spreadsheet is hereto attached as Exhibit "B."

11. I respectfully submit that the attorneys' fees sought for the Claim against ModernAd, including expenses, is $252,090.54.

12. I respectfully submit that the attorneys' fees sought for the Counter claim, including expenses, is $186,145.13, is reasonable for the services rendered on behalf of Defendants in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

Roland Potts, Esquire
F.B.N.: 087072

STATE OF FLORIDA

COUNTY OF DADE

The foregoing instrument was acknowledged before me this 14 day of December, 2012, by Roland Potts, who is personally known to me and who did take an oath.

Gloria Jean Breward
Notary Public, State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Gloria Jean Breward
Commission # EE068603
Expires: FEB. 27, 2015
BONDED THRU ATLANTIC BONDING CO., INC.