UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,                               CASE NO.: 0:13-CV-61448

    v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

    Defendant.
_____/

## AFFIDAVIT OF TIMOTHY M. HARTLEY IN SUPPORT OF PLAINTIFF'S CLAIMS FOR ATTORNEYS' FEES AND EXPENSES

BEFORE ME, the undersigned authority, personally appeared TIMOTHY M. HARTLEY, who, upon being duly sworn and cautioned deposes and states as follows:

1. My name is Timothy M. Hartley, and I make this Affidavit from my own personal knowledge for use in support of the Motion for Attorneys' Fees and Costs filed in this matter, and as directed by this Honorable Court pursuant to its January 21, 2014 Order Directing Response from Plaintiff [DE93].

2. I have been a member in good standing of the Florida Bar since 1993 and was first admitted in Kentucky in 1987. I am admitted to practice before the United States District Courts for the Southern, Middle, and Northern Districts of Florida and all Courts in the State of Florida.

3. My practice has largely focused on civil litigation including trials, appeals, and administrative matters. My resume is attached to this affidavit as **_Exhibit "A"_**. Since 2001, I have been AV rated by Martindale Hubbell.

4. Since 1993, I have been involved in litigation of commercial matters in state and federal courts throughout the state of Florida. As a result of my participation in the litigation of commercial

1

matters in Broward County, Florida, I am familiar with the prevailing hourly rates for other commercial litigation attorneys with my level of experience. That as a result of this experience, I can state that my hourly rate of $350 per hour is well within the norm for commercial litigation attorneys with my level of experience practicing in Broward County, Florida.

5. That attached to this affidavit as **Exhibit "B"** is an article entitled "*Top South Florida Attorneys Billing Rates Rise In 2009*" from the South Florida Daily Business Review which highlights billing rates for South Florida law firms in 2009. This article analyzes the range of hourly billing rates for partners in South Florida law firms. In accordance with the findings of the attached article, my billing rate of $350 per hour is in the median of hourly billing rates for partners in South Florida litigation law firms.

6. The time which I have spent working on this matter was billed to PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP. ("PULSEPOINT"), at the rate of $350.00 an hour. This is the hourly rate negotiated with PULSEPOINT prior to my engagement in this matter. PULSEPOINT has paid these hourly rates to my office since July, 2013.

7. I am familiar with and have personal knowledge of the facts and events described in this Affidavit by virtue of my involvement in this matter as attorney for the Plaintiff.

8. The Plaintiff has agreed to pay the undersigned a reasonable fee for the services rendered herein based on the hourly rates reflected on the statement for services attached hereto. The Plaintiff also agreed to reimburse the undersigned for the costs incurred in its representation of the Plaintiff in this matter. My redacted billing records in connection with this matter have been previously supplied to this court.

9. My office maintains records in the normal course of regularly conducted business which reflect all time expended on behalf of the Plaintiff in this matter.

10. The services performed and the costs incurred by my office in this matter were necessary and justified in order to adequately represent PULSEPOINT in connection with efforts by the Plaintiff to compel compliance by the defendant with this court's Order Granting Plaintiff's Motion For Expedited Discovery [DE 61].

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 28th day of January, 2014.

Timothy M. Hartley, Esq.
Florida Bar No. 979066

2

STATE OF FLORIDA            )
                            ) SS
COUNTY OF BROWARD           )

      The forgoing instrument was SWORN to before me and subscribed in my presence this 28th day of January, 2014 by Timothy M. Hartley, attorney of record for the Plaintiff, who is personally known to me, and who took an oath.

_____
Notary Public, State of Florida at Large

YANIQUE MANTOCK
MY COMMISSION # EE 075241
EXPIRES: March 17, 2015
Bonded Thru Notary Public Underwriters

Commission Expires:

3

**Hartley Law Offices, PLC**

TIMOTHY MAZE HARTLEY

800 SE THIRD AVENUE, FOURTH FLOOR
FORT LAUDERDALE, FLORIDA 33316
PHONE: 954.357.9973
FAX: 954.357.2275

**Timothy M. Hartley** *attended Washington and Lee University where he received his Bachelor of Arts, <u>cum laude</u> in 1984 and his law degree in 1987. From 1987 through 1991, Tim practiced in Louisville, Kentucky for a prominent multi-state law firm until relocating to Florida. While in Louisville, Tim authored "Closing the Loan", an article for the CCIM newsletter. Upon relocating to Florida in 1992, he was a founding partner of an Av rated Miami litigation firm before moving to Fort Lauderdale to found Hartley Law Offices.*

*In 2001, Tim received the "Av" designation from Martindale-Hubbell and in 2002 was asked to be a guest author and lecturer for a National Business Institute Seminar on Uninsured and Underinsured Motorist Law. Recently, Tim was again asked in 2004 to be a guest lecturer and author for a National Business Institute Seminar on Federal Civil Practice: A Guide for Florida Attorneys. In 2009, Tim was asked to participate as a guest lecturer at the Travel Health Insurance Association of Canada Annual Meeting in San Diego, California on the issue of resolution of travel health insurance claims. Tim has been qualified as an expert on the topic of equitable distribution and concentrates his practice in insurance coverage matters, third party liability defense and related matters, general commercial and civil litigation and commercial matters.*

*He has significant experience in resolution of contract and commercial disputes, commercial and medical collection matters, travel insurance coverages and claims, insurance defense, employment and commercial litigation, commercial transactions, real estate litigation and transactions and personal injury litigation and has represented both plaintiffs and defendants in various aspects of commercial litigation.*

**Email:hartley@hartleylaw.net**

Published opinions: **GAINSCO a/s/o FRED STRINGFELLOW, Appellant, v. ECS/CHOICEPOINT SERVICES, INC., Appellee**, 853 So. 2d 491; 2003 Fla. App. LEXIS 11386; 28 Fla. L. Weekly D 1744, July 28, 2003, Opinion Filed.



EXHIBIT "A"

  

# lawjobs.com NEWS & VIEWS

**ALM Properties, Inc.**
Page printed from: *Lawjobs*

Back to Article

## Top South Florida Attorneys' Billing Rates Rise in 2009

Vanessa Blum

Daily Business Review

2009-10-14 00:00:00.0

Charge for two Miami litigation partners to attend a one-day deposition of celebrity socialite Paris Hilton: $14,000 plus travel.

Outside legal fees accrued by government agencies to defend the administration of Florida's Medicaid program for children: up to $94,000 a month.

Hourly billing rates for lawyers representing Fontainebleau Las Vegas Holdings in tumultuous federal bankruptcy proceedings: $370 to $700.

Those charges -- a glimpse at the current price tag for legal services in South Florida -- were found among more than 150 court filings and legal bills reviewed by the *Daily Business Review* in its fourth annual survey of lawyer compensation. [See the *Daily Business Review*'s full coverage, Lawyer Compensation (registration required).]

Despite the sluggish economy, top billing rates at most South Florida law firms showed modest increases in 2009, with more partners than ever charging hourly rates exceeding $500.

Topping this year's list at $765 was Greenberg Traurig partner Mark Bloom for his work as general counsel to the trustee in the long-running bankruptcy case of Miami-based Southeast Banking, the holding company of defunct Southeast Bank. Bloom also held the top spot in 2008.

Hunton & Williams partner Craig Rasile ranked second, billing $735 an hour for work as counsel to the receiver for the Lancer Group hedge fund bankruptcy.

But commanding top rates is just one window on a firm's financial health, and law firm finances may be more strained than such robust hourly rates would suggest. Many managing partners said their firms are facing pressure from cost-conscious clients to discount billing rates.

The economic pinch also is encouraging general and outside counsel to consider alternatives to hourly billing, industry experts said. While the billable hour still dominates, the trend is moving toward alternative pay arrangements such as flat fees, portfolio bidding and partial contingency agreements.

"Right now we are in a buyer's market for legal services. This is not a seller's market," Hildebrandt International consultant Joseph Altonji said.

Altonji, who heads the new LawVision unit at Hildebrandt, said U.S. law firms increased hourly billing rates an average of 3 percent in 2009 compared with an 8 percent surge in 2008.

"Frankly, a lot of firms this year have been getting letters from clients saying, 'We like you very much but your rates are going down -- period,'" he said.

EXHIBIT "B"

Becker & Poliakoff in Fort Lauderdale responded to the financial downturn by freezing billing rates this year, said managing partner Alan Becker. Hourly rates for partners range from $350 to $500, with associates charging $200 to $350.

He does not anticipate increases in the coming year, and some rates may be rolled back.

"There is tremendous pressure from clients to lower costs and lower rates," Becker said, adding that clients are asking outside counsel to "share the pain."

Becker & Poliakoff has agreed to reduce rates for some clients in exchange for a greater volume of work, Becker said.

"If we're in a position to help clients navigate these difficult times through some creative solutions, we're willing to do that," he said.

But the firm has a bottom line. "We can't go too far afield from the basic fact that money out cannot exceed money in."

**BY THE NUMBERS**

The *Daily Business Review*'s study is not comprehensive. Many attorney billing rates are compiled from fee application filings in U.S. Bankruptcy Court, where they are required. Because bankruptcy practices tend to thrive when the economy slumps, this year's results may not fully reflect turmoil in the legal market.

The *Review* also obtained billing data from Florida government agencies that retained private attorneys to handle litigation, bond issuances or other matters. Those rates ranged from $210 to $585.

In all, billing rates were compiled for 147 attorneys at nearly 40 law firms.

Among the group was George LeMieux, Florida's junior U.S. senator and former chairman of West Palm Beach-based Gunster. LeMieux, who took office Aug. 28, billed at an hourly rate of $500, according to disclosures from Florida's Department of Transportation.

South Florida partners typically charged $400 to $500 an hour -- with a median hourly rate of $445, the survey found. Associates' hourly rates ranged from $140 to $460.

No record showed a billing rate topping the $1,000 mark broken by some New York firms.

Coming closest was Bloom, whose hourly rate climbed more than 10 percent in 2009 -- from $695 to $765, according to fee applications in the Southeast Banking case.

In April, Chief U.S. Bankruptcy Judge Paul G. Hyman Jr. in West Palm Beach awarded Greenberg Traurig a $3.2 million bonus, citing the firm's "extraordinary" results for creditors. Bloom declined comment through a firm spokeswoman.

The most expensive associates named in court filings were Miami lawyers David Bane, Kevin Eckhardt and Alex Soto of Hunton & Williams -- all billing at an hourly rate of $455 for their work on the Lancer receivership.

Hunton & Williams partner Marty Steinberg, who heads the receivership, said firm billing rates are determined centrally. Increases typically kick in April 1. Steinberg's hourly rate was $695.

"I assume the firm thinks I'm worth that amount based on my track record," he said. "I've tried hundreds of cases, and I've gotten pretty good results."

At Ruden McClosky, hourly rates for partners range from $275 to $570. Associates at the mid-sized Fort Lauderdale-based firm charge $215 to $290.

Managing partner Carl Schuster said pricing factors in the skills of individual attorneys and what practice areas are most in demand.

"Obviously, we look at the competition in the market," he said. "We don't want to be overpriced, and we don't want to be underpriced."

The firm's rates rose by an average of 3 percent this year, Schuster said. However, partners extended discounts to some clients, particularly businesses in the beleaguered real estate and banking sectors. No decisions have been made on increases for 2010.

"We certainly had requests from clients where they feel they need some help and were asking for discounts," he said. "We've

been working with clients to make sure they're comfortable with our rates."

## GOING ALTERNATIVE

For years, lawyers have weighed the pros and cons of the billable hour against other pricing models -- such as contingency or flat fee arrangements. Still, the vast majority of legal work is paid for by the hour.

The recession finally could drive law firms and general counsel to break away from that steady metric of law firm culture, said James Wilber, head of law department consulting for Altman Weil. Most firms either offer alternative pricing arrangements or are working to move in that direction.

"If what we're seeing holds, this may truly be the start of a wave," he said. "It's clearly the economic crisis that brought us here."

Michael Goldberg, a partner at Akerman Senterfitt in Miami who often serves as a court-appointed receiver, agrees.

"We're going into a new era in the legal profession where lawyers are going to have to be more flexible on billing arrangements to meet the demands of clients," he said.

John Genovese, managing partner of Genovese Joblove & Battista in Miami, said alternative fee structures can pay off for both sides.

The firm recently shared in a $688 million award to the legal team representing Enron investors in a securities class action. Genovese would not disclose how much went to his firm, saying it was "a very significant fee" though "a very small portion" of the total.

As a boutique, Genovese Joblove can more easily accept contingency cases and offer hybrid fee arrangements such as blended hourly rates or reduced rates with success fees, he said.

"We try to assess with any client what their needs are, and we can frequently tailor a fee structure that benefits everyone," Genovese said. "The key is to balance the client's interests and the firm's interests."

Does that mean the impending demise of the billable hour? Not likely, area lawyers say.

"I know there are a lot of people out there critical of hourly billing, but I'm not sure there's anything better," Steinberg said.

Schuster said it's hard to get away from.

"It's just very difficult to value legal services without doing it on an hourly basis," he said.

---

Copyright 2013. ALM Media Properties, LLC. All rights reserved.