UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

    Defendants.
_____/

## JOINT SCHEDULING REPORT AND DISCOVERY PLAN

Pursuant to Federal Rules of Civil Procedure 16 and 26, Local Rule 16.1(B), and the Court's Order dated July 9, 2013 [DE 7], counsel for Plaintiff, Pulsepoint, Inc., counsel for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin, and counsel for Defendant 8333947 Canada, Inc. conferred in good faith on January 30, 2014, and agreed to the matters set forth in following Joint Scheduling Report and Joint Discovery Plan.

**REPORT OF THE PARTIES' CONFERENCE PURSUANT TO LOCAL RULE 16.1(b)**

**(A)**     **Likelihood of settlement:**

    The parties agree to pursue settlement discussions in good faith. Neither party has made any settlement offers since judgment was entered. At this time, the likelihood of settlement is unknown.

**(B) Likelihood of appearance in the action of additional parties:**

At this time, the Parties are reviewing the necessity of adding additional parties.

**(C) Proposed limits on the time to:**

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Mandatory Rule 26(a) Initial Disclosures (including production of hard documents). Production of electronically-stored information shall occur one week after production of the hard documents. | February 14, 2014 |
| Motions to Join Parties or to Amend Pleadings. | May 5, 2014 |
| Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses listed shall be permitted to testify at trial. | July 1, 2014 |
| Fact Discovery Deadline. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. | August 4, 2014 |
| Disclosure of Expert Witness Lists and Reports:<br><br>Plaintiff's Expert Witness List and Report:<br>Plaintiff must furnish expert witness list to Defendant(s), along with the summaries/reports required by Local Rule 16.1(K). Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff shall make the expert witnesses available for deposition by Defendants.<br><br>Defendants' Expert Witness List and Report:<br>Defendants must furnish expert witness list to Plaintiff along with the summaries/reports required by Local Rule 26.1(K). Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendants shall make the expert witnesses available for deposition by Plaintiff. | August 11, 2014<br><br><br><br><br><br><br><br><br><br>August 25, 2014 |

| | |
|---|---|
| Expert Discovery Deadline. | September 8, 2014 |
| Substantive Pretrial Motions. | September 22, 2014 |
| Mediation Cutoff. | 60 days prior to scheduled Calendar Call |
| Mandatory Pretrial Stipulation. | Fifteen days before Calendar Call |
| Motions in Limine. | Fifteen days before Calendar Call |
| Responses to Motions in Limine. | Ten days before Calendar Call |
| Jury Instructions. | Five days before Calendar Call |
| Proposed Findings of Fact and Conclusions of Law. | Five days before Calendar Call |
| Submission of Voir Dire Questions. | Day of Calendar Call |
| Exhibit List for Court. | First day of Trial (2 copies) (impeachment excepted) |
| Witness List for Court | First day of Trial (2 copies) (impeachment excepted) |
| Pretrial Conference. | Plaintiff proposes: November 2014<br><br>Defendants propose: February 2015 |
| Trial Period. | Plaintiff proposes: December 2014<br><br>Defendants propose: March 2015 |

**(D)** **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:**

The parties do not have at this time proposals for the formulation and simplification of issues, but agree to cooperate in the formulation and simplification of the issues throughout the litigation.

**(E)** **Necessity or desirability of amendments to the pleadings:**

At this time, the parties are in the process of producing and/or reviewing documents necessary to make a determination as to whether amendments of the pleadings are required.

**(F)** **Possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:**

The parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid the unnecessary proof at trial and avoid unnecessary use of judicial resources.

**(G)** **Suggestions for the avoidance of unnecessary proof and cumulative evidence:**

The parties agree to work together to avoid unnecessary proof and cumulative evidence.

**(H)** **Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The parties note that certain matters in this action have been referred to Magistrate Judge William Matthewman, and acknowledge the Court's discretion on such referrals. Objections to the referral of matters to the Magistrate Judge, if any, will be made at the time of referral.

**(I)** **Preliminary estimate of the time required for trial:**

The parties estimate that twelve (12) days will be required for the jury trial, including jury selection.

Case No.: 13-61448-CIV-MARRA/MATTHEWMAN

**(J)**     **Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

Plaintiff proposes the Court schedule a final pretrial conference in November 2014 and trial in December 2014.
Defendants propose the Court schedule a final pretrial conference in February 2015 and trial in March 2015.

**(K)**     **Other information that might be helpful to the Court in setting the case for status or pretrial conference:**

The parties are unaware of any further information that would be helpful to the Court at this time in setting the case for status or pretrial conference.

### JOINT PROPOSED SCHEDULING REPORT
### ELEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26(f)

**(A)**     **Proposed changes to Rule 26(a) disclosures and statement of when such disclosures will be made:**

The parties agree that Rule 26(a) disclosures will be made on or before February 12, 2014.

**(B)**     **The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or limited to particular issues:**

The parties anticipate discovery will be needed regarding the facts and circumstances surrounding the matters alleged in the Complaint. The parties agree that discovery need not be conducted in phases, but have agreed upon one deadline for fact discovery and a slightly later deadline for expert discovery.

**(C)**     **Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:**

The parties agree to comply with Federal Rules of Civil Procedure 26(a)(A)(ii), 34(b)(1)(C) and 34(b)(2) in connection with the disclosure and discovery of electronically stored information. Documents, including electronic discovery, will be produced in the form as they are kept in the usual course of business or in a form in which it is ordinarily maintained, pursuant to Federal Rules of Civil Procedure 34(b)(2).

**(D)** **Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order:**

A party may seek a court order should it claim a privilege or seek protection of documents.

**(E)** **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:**

Plaintiff submits that the overwhelming majority of documents in this case originated from Defendants and are in Defendants' possession or control. As such, Plaintiff believes that only very limited discovery from Defendants would be appropriate. Plaintiff reserves the right to move for a protective order in the event that Defendant serves unduly burdensome or vexatious discovery requests. Defendants, on the other hand, submit that discovery will be conducted equally on both sides, not only on the claims asserted by Plaintiff, but also on the defenses raised and available to each Defendant. Except as stated herein or set forth in the parties' Joint Proposed Scheduling Order attached hereto, which accounts for discovery anticipated and conducted to date, the parties do not recommend or seek changes to the limitations on discovery imposed by the Federal Rules of Civil Procedure and the Local Rules.

**(F)** **Any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The parties do not seek an order on other issues under Rules 26(c), 16(b), or 16(c).

Case No.: 13-61448-CIV-MARRA/MATTHEWMAN

Dated: February 11, 2014.

<table>
<tr><td>

s/Timothy M. Hartley

Brett E. Lewis (*pro hac vice*)
E-mail: brett@iLawco.com
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323

and

Timothy M. Hartley (FBN 979066)
E-mail: Hartley@hartleylaw.net
Hartley Law Offices, PLC
800 SE third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973

*Attorneys for Plaintiff Pulsepoint, Inc. f/k/a Datran Media Corp.*

</td><td>

s/Onier Llopiz
Onier Llopiz (FBN 579475)
E-mail: ol@lydeckerdiaz.com
Joan Carlos Wizel (FBN 37903)
E-mail: jcw@lydeckerdiaz.com
Lydecker │ Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Telephone: (305) 416-3180

*Attorneys for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin*


s/Alexander Pastukh
Alexander Pastukh (FBN 809551)
E-mail: apastukh@appalaw.com
Alexander Pastukh, P.A.
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Telephone: (305) 502-5715

*Attorney for Defendant 8333947 Canada, Inc.*

</td></tr>
</table>

7