UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

    Defendants.
_____/

## JOINT PROPOSED SCHEDULING ORDER

**I.   Case Management Track**

This case shall be assigned to the standard track.

**II.  A detailed schedule of discovery for each party**

    **1.   Depositions**

    Each Party shall conduct no more than fifteen (15) depositions without prior leave of Court.

    **2.   Interrogatories**

    Each Party can serve twenty-five (25) written interrogatories on each other Party, including parts and subparts, without prior leave of the Court, in accordance with Fed. R. Civ. P. 33.

    **3.   Document Requests**

    The Parties will comply with the limitations on requests for production as set forth in Fed. R. Civ. P. 34.

    4.    **Requests to Admit**

Each Party shall be limited to thirty (30) numbered requests for admission on each other Party, without prior leave of the Court.

    5.    **Supplementation of Discovery**

The Parties shall supplement disclosures and responses in accordance with Fed. R. Civ. P. 26(e).

    6.    **Exchange of Rule 26(a)(1) disclosures**

The Parties shall exchange Rule 26(a)(1) disclosures by February 12, 2014.

    7.    **Discovery of electronically stored information**

All electronically stored documents produced in discovery, including the Quickbooks files, shall be produced in the form that they are kept in the usual course of business or in a form in which it is ordinarily maintained, pursuant to Federal Rules of Civil Procedure 34(b)(2). If documents are produced electronically, no Party shall be required to produce electronically stored information in more than one electronic form, unless authenticity of same is in question.

**III.**    **Deadlines for joinder of other parties, to amend pleadings, to file and hear motions, and to complete discovery**

    1.    **Deadline for joinder of parties and amendment of pleadings**

May 5, 2014

    2.    **Date by which discovery shall be completed**

Fact discovery shall be completed by August 4, 2014.

Plaintiff's disclosure of expert witnesses and reports shall be completed by August 11, 2014.

Defendants' disclosure of expert witnesses and reports shall be completed by August 25, 2014.

Expert discovery shall be completed by September 8, 2014.

3. **Date by which dispositive motions shall be filed (limited to one motion for summary judgment per party)**

September 22, 2014.

4. **Date by which pretrial motions shall be filed**

Fifteen days before Calendar Call.

5. **Date by which pretrial motions shall be resolved by the Court**

IV. Dates for final pre-trial conference and trial

1. **Pre-trial conference**

2. **Trial**

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida, this ___ day of _____, 2014.

```
                                         _____
                                         KENNETH A. MARRA
                                         United States District Judge
```

Copies furnished to:

All counsel