# Exhibit 3

*NOMINEE AGREEMENT ENTERED INTO IN THE CITY OF MONTREAL HAVING EFFECT AS OF THE 23rd DAY OF DECEMBER, 2010.*

**BETWEEN:** (Acquinty Interactive LLC *Prior to name change*) SERVICE GROUP, LLC, a limited liability company formed under the laws of the state of Delaware, having its principal place of business at 2200 SW 10th Street, Deerfield Beach, Florida, 33442, USA

(hereinafter referred to as the "Mandator")

**AND:** 7657030 CANADA INC., a corporation duly incorporated under the laws of Canada, having its principal place of business at 39 Chambertin, Kirkland, Quebec, H9H 5E3

(hereinafter referred to as the "Nominee")

**WHEREAS** the Mandator intends to purchase certain assets currently owned by ModernAd Media, LLC and more particularly described in the attached Schedule "A" forming an integral part hereof (collectively, the "Assets");

**WHEREAS** the Assets will be beneficially owned in their entirety by the Mandator;

**WHEREAS** for administrative purposes, however, the Mandator desires that its interest in the Assets be legally held in the name of the Nominee; and

**WHEREAS** the Nominee is willing to act as the Mandator's nominee and undisclosed mandatary for the purposes of acquiring and holding its entire interest in the Assets.

**NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:**

1. The Nominee shall execute, as purchaser, a memorandum of agreement of purchase and sale in relation to the Assets and all ancillary documents relating thereto, pursuant to which the Mandator's interest in the Assets will purportedly be transferred by Modernad Media, LLC to the Nominee.

2. The Nominee shall, as and when requested by the Mandator execute an asset purchase agreement transferring the Mandator's interest in the Assets to the Mandator in order to permit the Mandator to become the registered owner thereof.

3. The Nominee shall execute any other documentation which may be necessary to establish that Nominee is and will be acting solely on behalf of the Mandator with respect to the Mandator's interest in the Assets.

4. All monies received by the Nominee on behalf of the Mandator, including without limitation, any proceeds of disposition in respect to any of the Assets, shall be dealt with by the Nominee in

-2-

accordance with instructions from the Mandator, and in particular, such monies shall be disbursed to the Mandator or to such third parties as may be designated by the Mandator.

5. The Mandator shall indemnify and save the Nominee harmless from and against all claims made against and liabilities incurred by Nominee in respect of the obligations undertaken by Nominee on behalf of the Mandator hereunder.

6. For greater certainty, the parties acknowledge that:

    (a) the Mandator's interest in the Assets will be purchased on behalf of the Mandator who will either pay the purchase price therefor or reimburse the Nominee for all amounts paid by the Nominee in connection therewith; and

    (b) the Nominee will merely be a conduit with respect to all income, expenses and proceeds of disposition relating to the Assets, and that such income, expenses and proceeds of disposition will be reflected in the income tax returns of the Mandator and in particular, that all profits and losses relating to the Assets will be reported by the Mandator to all relevant taxation authorities as having been earned or incurred by the Mandator.

7. The parties hereto shall keep the terms and existence of this Agreement confidential.

8. This Agreement shall be governed by the laws of the Province of Quebec. The parties hereto have requested that this Agreement be drafted in the English language. Les parties ont exigé que ce qui précède soit rédigée en anglais.

IN WITNESS WHEREOF, the parties have signed.

**SERVICE GROUP, LLC**                                **7657030 CANADA INC.**

Per: _____                     Per: _____
     Garry Jonas (Managing Member)                         Scott Modist (CFO)

-3-

## Schedule "A" – Description of Assets
(See Attached)

The following are the assets being acquired by the Nominee from Moderniad Media LLC on behalf of the Mandator:

i. 100% membership interest in the capital of Secure My Score, LLC (the "Secure My Score Units");

ii. 100% membership interest in the capital of Inbox Send, LLC (the "Inbox Send Units");

iii. 100% membership interest in the capital of Healthprofessor, LLC (the "Healthprofessor Units")

iv. all of the assets described in Schedules B – G and I – O hereof (collectively the "Schedules"), which schedules are incorporated herein by reference.

Notwithstanding anything to the contrary contained herein, the parties acknowledge and agree that the following furniture and fixtures located in or relating to the building located at 2200 SW 10th, Deerfield Beach, Florida 33442 shall be excluded from the transactions contemplated hereby, which furniture and fixtures shall be available for use by the Purchaser at the discretion of the owner thereof:

i. cubicles/workstation and chairs;
ii. lunch tables and chairs (cafeteria);
iii. hurricane shutters and boards;
iv. training tables and chairs (training room); and
v. conference room table (executive conference room).