# Exhibit 4

## *AGREEMENT ENTERED INTO IN THE CITY OF MONTREAL HAVING EFFECT AS OF THE CLOSE OF BUSINESS DECEMBER 31, 2011.*

**BETWEEN:** ACQUINITY INTERACTIVE, LLC F/K/A/ SERVICE GROUP, LLC, a limited liability company formed under the laws of the state of Delaware, having its principal place of business at 2200 SW 10th Street, Deerfield Beach, Florida, 33442, USA

(hereinafter referred to as the "Mandator")

**AND:** 7657030 CANADA INC., a corporation duly incorporated under the laws of Canada, having its principal place of business at 39 Chambertin, Kirkland, Quebec, H9H 5E3

(hereinafter referred to as the "Nominee")

Whereas a Nominee Agreement was signed on December 23, 2010 (the "Nominee Agreement") by and between the Mandator and the Nominee, whereby those certain assets more particularly described in the attached schedule "A" (collectively the "Assets") were acquired by the Nominee from ModernAd Media LLC on behalf of and for the sole and exclusive benefit of the Mandator;

Whereas since January 1, 2011 namely the date on which the Assets were initially purchased by the Nominee, the Nominee has been acting solely on behalf of the Mandator with respect to the Mandator's interest in the Assets, the whole in accordance with the terms of the Nominee Agreement;

Whereas the Mandator has requested the termination of the Nominee Agreement and the transfer by the Nominee of the Mandator's interest in the Assets to the Mandator in order to permit the Mandator to become the registered owner thereof.

**NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:**

1. Each of the parties hereto does hereby declare and consent to the termination of the Nominee Agreement, effective on the date hereof.

2. For good and sufficient consideration, the receipt and sufficiency of which is hereby acknowledged by the Nominee, the Nominee hereby transfers all of the Mandator's interest in the Assets to the Mandator such that the Mandator shall hereafter become the sole and exclusive legal and beneficial owner thereof.

3. The Nominee herein agrees to do, execute, acknowledge and deliver or cause to be done, executed, acknowledged or delivered, all such further acts, deeds, documents, assignments,

-2-

transfers, conveyances and assurances, as may be reasonably necessary or desirable to effect complete consummation of the transfer of the Assets to the Mandator.

**IN WITNESS WHEREOF**, the parties have signed.

| ACQUINITY INTERACTIVE, LLC | 7657030 CANADA INC. |
|---|---|
| Per: _____ <br> Garry Jonas, CEO | Per: _____ <br> Scott Modist, CFO |