# Exhibit 5

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury — Internal Revenue Service
For calendar year 2011, or tax year beginning _____, ending _____
**EXTENSION GRANTED TO 09/17/12**
OMB No. 1545-0099
**2011**

| | |
|---|---|
| A Principal business activity: INTERNET MARKETING | Name of partnership: ACQUINITY INTERACTIVE, LLC |
| B Principal product or service: INTERNET MARKETING | Number, street, and room or suite no.: 2200 SW 10TH STREET |
| C Business code number: 541800 | City or town, state, and ZIP code: DEERFIELD BEACH, FL 33442 |
| D Employer identification number: 80-0768679 | |
| E Date business started: 01/01/2011 | |
| F Total assets: $27,510,854. | |

G Check applicable boxes: (1) [X] Initial return  (2) [ ] Final return  (3) [ ] Name change  (4) [ ] Address change  (5) [ ] Amended return  (6) [ ] Technical termination - also check (1) or (2)

H Check accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify)

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

J Check if Schedules C and M-3 are attached ............... [X]

Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

## Income

| | | |
|---|---|---|
| 1a | Merchant card and third-party payments (including amounts reported on Form(s) 1099-K). For 2011, enter -0- | 0. |
| 1b | Gross receipts or sales not reported on line 1a | 147,332,888. |
| 1c | Total. Add lines 1a and 1b | 147,332,888. |
| 1d | Returns and allowances plus any other adjustments to line 1a | |
| 1e | Subtract line 1d from line 1c | 147,332,888. |
| 2 | Cost of goods sold (attach Form 1125-A) | 120,030,850. |
| 3 | Gross profit. Subtract line 2 from line 1e | 27,302,038. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) SEE STATEMENT 1 | 146,704. |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 7 | Other income (loss) (attach statement) | |
| 8 | Total income (loss). Combine lines 3 through 7 | 27,448,742. |

## Deductions (see the instructions for limitations)

| | | |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 11,964,766. |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | 45,123. |
| 12 | Bad debts | |
| 13 | Rent | 638,270. |
| 14 | Taxes and licenses | 892,144. |
| 15 | Interest | 107,075. |
| 16a | Depreciation (if required, attach Form 4562) | 1,324,156. |
| 16b | Less depreciation reported on Form 1125-A and elsewhere on return | |
| 16c | | 1,324,156. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | 390,334. |
| 20 | Other deductions (attach statement) SEE STATEMENT 2 | 7,587,528. |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 22,949,396. |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | 4,499,346. |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member manager ▶ _____  Date _____

May the IRS discuss this return with the preparer shown below (see instr.)?  [X] Yes  [ ] No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| RONALD D. FINKELSTEIN | | | | P00646415 |

Firm's name ▶ MORRISON, BROWN, ARGIZ & FARRA, LLC
Firm's EIN ▶ 01-0720052
Firm's address ▶ 301 E LAS OLAS BLVD, 4TH FLOOR  FORT LAUDERDALE, FL 33301
Phone no. (954) 760-9000

111001 12-06-11  LHA  For Paperwork Reduction Act Notice, see separate instructions.  Form **1065** (2011)

Form 1065 (2011)   ACQUINITY INTERACTIVE, LLC                                                                    80-0768679    Page 2

| Schedule B | Other Information | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership  b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership  f ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | X | |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| SEE STATEMENT 3 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form 1065 (2011)

Form 1065 (2011)   ACQUINITY INTERACTIVE, LLC                                    80-0768679   Page **3**

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2011, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ CANADA | X | |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2011 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file all required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ GJ HOLDINGS & INVESTMENTS, INC. | Identifying number of TMP ▶ 45-3857939 |
|---|---|
| If the TMP is an entity, name of TMP representative ▶ GARRY JONAS | Phone number of TMP ▶ 954-312-4740 |
| Address of designated TMP ▶ 2361 WEST SILVER PALM ROAD BOCA RATON, FL 33432 | |

Form **1065** (2011)

111021
12-06-11

3

09560914 795691 T0147-A           2011.04020 ACQUINITY INTERACTIVE, LLC     T0147-A1

Form 1065 (2011)   ACQUINITY INTERACTIVE, LLC                                                         80-0768679   Page 4

## Schedule K — Partners' Distributive Share Items

| | | Total amount |
|---|---|---:|
| **Income (Loss)** | | |
| 1 | Ordinary business income (loss) (page 1, line 22) | 4,499,346. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | |
| 3a | Other gross rental income (loss) | |
| 3b | Expenses from other rental activities (attach statement) | |
| 3c | Other net rental income (loss). Subtract line 3b from line 3a | |
| 4 | Guaranteed payments | |
| 5 | Interest income                               SEE STATEMENT 4 | 4,635. |
| 6a | Dividends: Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain (attach statement) | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | |
| 11 | Other income (loss) (see instructions) Type ▶ | |
| **Deductions** | | |
| 12 | Section 179 deduction (attach Form 4562) | |
| 13a | Contributions                                 SEE STATEMENT 5 | 22,718. |
| 13b | Investment interest expense | |
| 13c(2) | Section 59(e)(2) expenditures: (1) Type ▶   (2) Amount ▶ | |
| 13d | Other deductions (see instructions) Type ▶ | |
| **Self-Employment** | | |
| 14a | Net earnings (loss) from self-employment | |
| 14b | Gross farming or fishing income | |
| 14c | Gross nonfarm income | |
| **Credits** | | |
| 15a | Low-income housing credit (section 42(j)(5)) | |
| 15b | Low-income housing credit (other) | |
| 15c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | |
| 15d | Other rental real estate credits (see instructions) Type ▶ | |
| 15e | Other rental credits (see instructions) Type ▶ | |
| 15f | Other credits (see instructions) Type ▶ | |
| **Foreign Transactions** | | |
| 16a | Name of country or U.S. possession ▶ | |
| 16b | Gross income from all sources | |
| 16c | Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| 16f | d Passive category ▶   e General category ▶   f Other ▶ | |
| | Deductions allocated and apportioned at partner level | |
| 16h | g Interest expense ▶   h Other ▶ | |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| 16k | i Passive category ▶   j General category ▶   k Other ▶ | |
| 16l | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | |
| 16m | Reduction in taxes available for credit (attach statement) | |
| | n Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | | |
| 17a | Post-1986 depreciation adjustment | 120,504. |
| 17b | Adjusted gain or loss | |
| 17c | Depletion (other than oil and gas) | |
| 17d | Oil, gas, and geothermal properties - gross income | |
| 17e | Oil, gas, and geothermal properties - deductions | |
| 17f | Other AMT items (attach statement) | |
| **Other Information** | | |
| 18a | Tax-exempt interest income | |
| 18b | Other tax-exempt income | |
| 18c | Nondeductible expenses                        SEE STATEMENT 6 | 184,673. |
| 19a | Distributions of cash and marketable securities | 835,816. |
| 19b | Distributions of other property | |
| 20a | Investment income | 4,635. |
| 20b | Investment expenses | |
| | c Other items and amounts (attach statement) | |

111041
12-06-11

Form **1065** (2011)

4

09560914  795691  T0147-A           2011.04020  ACQUINITY INTERACTIVE, LLC           T0147-A1

Form 1065 (2011) ACQUINITY INTERACTIVE, LLC     80-0768679   Page **5**

### Analysis of Net Income (Loss)

| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | 1 | 4,481,263. |
|---|---|---|---|---|---|---|
| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
| a General partners | | | | | | |
| b Limited partners | 4,481,263. | | | | | |

### Schedule L   Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 Cash | | | | | 3,298,721. |
| 2a Trade notes and accounts receivable | | | | 19,423,200. | |
| b Less allowance for bad debts | | | | 100,000. | 19,323,200. |
| 3 Inventories | | | | | |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities | | | | | |
| 6 Other current assets (attach statement) | | STATEMENT 7 | 0. | | 370,495. |
| 7a Loans to partners (or persons related to partners) | | | | | 380,311. |
| b Mortgage and real estate loans | | | | | |
| 8 Other investments (attach statement) | | STATEMENT 8 | 0. | | 665,282. |
| 9a Buildings and other depreciable assets | | | | 3,277,217. | |
| b Less accumulated depreciation | | | | 881,463. | 2,395,754. |
| 10a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 11 Land (net of any amortization) | | | | | |
| 12a Intangible assets (amortizable only) | | | | | |
| b Less accumulated amortization | | | | | |
| 13 Other assets (attach statement) | | STATEMENT 9 | 0. | | 1,077,091. |
| 14 Total assets | | | 0. | | 27,510,854. |
| **Liabilities and Capital** | | | | | |
| 15 Accounts payable | | | | | 4,959,425. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 17 Other current liabilities (attach statement) | | STATEMENT 10 | 0. | | 4,018,979. |
| 18 All nonrecourse loans | | | | | |
| 19a Loans from partners (or persons related to partners) | | | | | 895,794. |
| b Mortgages, notes, bonds payable in 1 year or more | | | | | |
| 20 Other liabilities (attach statement) | | STATEMENT 11 | 0. | | 561,432. |
| 21 Partners' capital accounts | | | | | 17,075,224. |
| 22 Total liabilities and capital | | | 0. | | 27,510,854. |

### Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| 1 Net income (loss) per books | | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation $ | |
| a Depreciation $ | | 8 Add lines 6 and 7 | |
| b Travel and entertainment $ | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | |
| 5 Add lines 1 through 4 | | | |

### Schedule M-2   Analysis of Partners' Capital Accounts

| 1 Balance at beginning of year | | 6 Distributions: a Cash | 835,816. |
|---|---|---|---|
| 2 Capital contributed: a Cash | 1,000,000. | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | 16,911,040. | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | 835,816. |
| 5 Add lines 1 through 4 | 17,911,040. | 9 Balance at end of year. Subtract line 8 from line 5 | 17,075,224. |

111042 12-06-11    5    Form **1065** (2011)

09560914 795691 T0147-A    2011.04020 ACQUINITY INTERACTIVE, LLC    T0147-A1

| SCHEDULE M-3 (Form 1065) | Net Income (Loss) Reconciliation for Certain Partnerships | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1065 or Form 1065-B. ▶ See separate instructions. | **2011** |

| Name of partnership | Employer Identification number |
|---|---|
| ACQUINITY INTERACTIVE, LLC | 80-0768679 |

This Schedule M-3 is being filed because (check all that apply):

A [X] The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.
B [X] The amount of the partnership's adjusted total assets for the year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year   28,346,670.
C [X] The amount of total receipts for the taxable year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year   147,484,227.
D [ ] An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50 percent or more in the partnership's capital, profit, or loss, on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
|  |  |  |
|  |  |  |

E [ ] Voluntary Filer

**Part I   Financial Information and Net Income (Loss) Reconciliation**

1a  Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
   [ ] Yes. Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
   [X] No. Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.
 b  Did the partnership prepare a certified audited non-tax-basis income statement for that period?
   [X] Yes. Skip line 1c and complete lines 2 through 11 with respect to that income statement.
   [ ] No. Go to line 1c.
 c  Did the partnership prepare a non-tax-basis income statement for that period?
   [ ] Yes. Complete lines 2 through 11 with respect to that income statement.
   [ ] No. Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.
2  Enter the income statement period:   Beginning 01/01/2011   Ending 12/31/2011
3a Has the partnership's income statement been restated for the income statement period on line 2?
   [ ] Yes. (If "Yes," attach an explanation and the amount of each item restated.)
   [X] No.
 b Has the partnership's income statement been restated for any of the five income statement periods preceding the period on line 2?
   [ ] Yes. (If "Yes," attach an explanation and the amount of each item restated.)
   [X] No.

| | | |
|---|---|---|
| 4a  Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | 4a | 14,770,376. |
| b  Indicate accounting standard used for line 4a (see instructions):  1 [X] GAAP   2 [ ] IFRS   3 [ ] 704(b)   4 [ ] Tax-basis   5 [ ] Other: (specify) ▶ | | |
| 5a  Net income from nonincludible foreign entities (attach schedule)   STMT 13 | 5a | ( 2,192.) |
| b  Net loss from nonincludible foreign entities (attach schedule and enter as a positive amount) | 5b | |
| 6a  Net income from nonincludible U.S. entities (attach schedule)   STMT 14 | 6a | ( 1,650.) |
| b  Net loss from nonincludible U.S. entities (attach schedule and enter as a positive amount)   STMT 15 | 6b | 2,144,506. |
| 7a  Net income (loss) of other foreign disregarded entities (attach schedule) | 7a | |
| b  Net income (loss) of other U.S. disregarded entities (attach schedule) | 7b | |
| 8  Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach sch.) | 8 | |
| 9  Adjustment to reconcile income statement period to tax year (attach schedule) | 9 | |
| 10  Other adjustments to reconcile to amount on line 11 (attach schedule) | 10 | |
| 11  Net income (loss) per income statement of the partnership. Combine lines 4a through 10 | 11 | 16,911,040. |

Note. Part I, line 11, must equal the amount on Part II, line 26, column (a).

12  Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines:

| | Total Assets | Total Liabilities |
|---|---|---|
| a  Included on Part I, line 4 | 28,926,643. | 14,705,706. |
| b  Removed on Part I, line 5 | | 2,192. |
| c  Removed on Part I, line 6 | 1,415,789. | 4,267,884. |
| d  Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the Instructions for your return.   Schedule M-3 (Form 1065) 2011
110991 11-21-11  JWA

6

09560914 795691 T0147-A            2011.04020 ACQUINITY INTERACTIVE, LLC      T0147-A1

```
ACQUINITY INTERACTIVE, LLC                                                    80-0768679
```

|  | THE ENTITY OWNS 20% OR MORE DIRECTLY OR 50% OR MORE OVERALL OF PARTNERSHIPS OR TRUSTS | STATEMENT 3 |
|---|---|---|

| NAME OF ENTITY | EIN NUMBER<br>COUNTRY OF ORGANIZATION | PCT OWNED |
|---|---|---|
| SWEEPSTAKES.COM INTERACTIVE MEDIA, LLC | 27-2160668<br>UNITED STATES | 80.00 |
| FIREBRAND GROUP S.L., LLC | 27-1493738<br>UNITED STATES | 30.00 |
| SECURE MY SCORE, LLC | 27-1608566<br>UNITED STATES | 100.00 |
| VITAPURE LABS, LLC | 45-3176433<br>UNITED STATES | 100.00 |
| INBOX SEND, LLC | 27-0679599<br>UNITED STATES | 100.00 |
| ACQUINITY SPORTS, LLC | 45-4034951<br>UNITED STATES | 100.00 |
| HEALTH PROFESSOR, LLC | 26-1371458<br>UNITED STATES | 100.00 |
| VITAPURE LABS LTD | UNITED KINGDOM | 100.00 |

| SCHEDULE K | INTEREST INCOME | | STATEMENT 4 |
|---|---|---|---|
| DESCRIPTION | U.S. BONDS | OTHER | |
| INTEREST |  | 4,635. | |
| TOTAL TO SCHEDULE K, LINE 5 |  | 4,635. | |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | STATEMENT 5 |
|---|---|---|
| DESCRIPTION | TYPE | AMOUNT |
| CHARITABLE CONTRIBUTIONS | CASH (50%) | 22,718. |
| TOTALS TO SCHEDULE K, LINE 13A |  | 22,718. |

ACQUINITY INTERACTIVE, LLC                                                           80-0768679

| SCHEDULE M-3 | NET INCOME FROM NONINCLUDIBLE FOREIGN ENTITIES INCLUDED IN PART I LINE 4A | | | STATEMENT 13 |
|---|---|---|---|---|

| NAME OF ENTITY | EIN | NET INCOME | TOTAL ASSETS | TOTAL LIABILITIES |
|---|---|---|---|---|
| 7657030 CANADA INC. | 98-0680146 | 2,192. | | |
| TOTAL NET INC. TO PART I, LINE 5A | | 2,192. | | |

| SCHEDULE M-3 | NET INCOME FROM NONINCLUDIBLE U.S. ENTITIES INCLUDED IN PART I LINE 4A | | | STATEMENT 14 |
|---|---|---|---|---|

| NAME OF ENTITY | EIN | NET INCOME | TOTAL ASSETS | TOTAL LIABILITIES |
|---|---|---|---|---|
| SWEEPSTAKES.COM INTERACTIVE MEDIA, LLC | 27-2160668 | 1,650. | | |
| TOTAL NET INC. TO PART I, LINE 6A | | 1,650. | | |

| SCHEDULE M-3 | NET LOSS FROM NONINCLUDIBLE U.S. ENTITIES INCLUDED IN PART I LINE 4A | | | STATEMENT 15 |
|---|---|---|---|---|

| NAME OF ENTITY | EIN | NET LOSS | TOTAL ASSETS | TOTAL LIABILITIES |
|---|---|---|---|---|
| ECOM INTERACTIVE, LLC | 27-4115059 | 1,688,954. | | |
| UNIQUE CONSULTING GROUP, INC. | 20-4817811 | 455,552. | | |
| TOTAL NET LOSS TO PART I, LINE 6B | | 2,144,506. | | |

| Form **8594** (Rev. February 2006)<br>Department of the Treasury<br>Internal Revenue Service | **Asset Acquisition Statement<br>Under Section 1060**<br>▶ Attach to your income tax return. | OMB No. 1545-1021<br><br>Attachment<br>Sequence No. **61** |
|---|---|---|
| Name as shown on return<br>ACQUINITY INTERACTIVE, LLC | | Identifying number as shown on return<br>80-0768679 |

Check the box that identifies you:
[X] Purchaser    [ ] Seller

### Part I   General Information

| 1 Name of other party to the transaction<br>MODERNAD MEDIA, LLC | Other party's identifying number<br>90-0385584 |
|---|---|

Address (number, street, and room or suite no.)
101 N FEDERAL HIGHWAY, SUITE 500

City or town, state, and ZIP code
BOCA RATON, FL 33432

| 2 Date of sale<br>01/01/11 | 3 Total sales price (consideration)<br>2,682,783. |
|---|---|

### Part II   Original Statement of Assets Transferred

| 4 Assets | Aggregate fair market value (actual amount for Class I) | Allocation of sales price |
|---|---|---|
| Class I | $ 119,342. | $ 119,342. |
| Class II | $ | $ |
| Class III | $ | $ |
| Class IV | $ | $ |
| Class V | $ 2,443,441. | $ 2,443,441. |
| Class VI and VII | $ 120,000. | $ 120,000. |
| Total | $ 2,682,783. | $ 2,682,783. |

5 Did the purchaser and seller provide for an allocation of the sales price in the sales contract or in another written document signed by both parties?  [X] Yes  [ ] No

If "Yes," are the aggregate fair market values (FMV) listed for each of asset Classes I, II, III, IV, V, VI, and VII the amounts agreed upon in your sales contract or in a separate written document?  [X] Yes  [ ] No

6 In the purchase of the group of assets (or stock), did the purchaser also purchase a license or a covenant not to compete, or enter into a lease agreement, employment contract, management contract, or similar arrangement with the seller (or managers, directors, owners, or employees of the seller)?  [ ] Yes  [X] No

If "Yes," attach a schedule that specifies (a) the type of agreement and (b) the maximum amount of consideration (not including interest) paid or to be paid under the agreement. See instructions.

LHA   For Paperwork Reduction Act Notice, see separate instructions.                                Form **8594** (Rev. 2-2006)

120261 05-01-11

15

09560914 795691 T0147-A    2011.04020 ACQUINITY INTERACTIVE, LLC    T0147-A1

Case 0:13-cv-61448-BB   Document 99-5   Entered on FLSD Docket 02/22/2014   Page 11 of 11

ACQUINITY INTERACTIVE,  80-0768679

Form 8594 (Rev. 2-2006) Page **2**

| Part III | Supplemental Statement - Complete only if amending an original statement or previously filed supplemental statement because of an increase or decrease in consideration. |

**7** Tax year and tax return form number with which the original Form 8594 and any supplemental statements were filed.

| 8 Assets | Allocation of sales price as previously reported | Increase or (decrease) | Redetermined allocation of sales price |
|---|---|---|---|
| Class I | $ | $ | $ |
| Class II | $ | $ | $ |
| Class III | $ | $ | $ |
| Class IV | $ | $ | $ |
| Class V | $ | $ | $ |
| Class VI and VII | $ | $ | $ |
| Total | $ | | $ |

**9** Reason(s) for increase or decrease. Attach additional sheets if more space is needed.

Form **8594** (Rev. 2-2006)

120262
05-01-11

16

09560914  795691  T0147-A         2011.04020 ACQUINITY INTERACTIVE, LLC    T0147-A1