# Exhibit 6

# T2 Corporation Income Tax Return

**Canada Revenue Agency / Agence du revenu du Canada**

200

This form serves as a federal, provincial, and territorial corporation income tax return, unless the corporation is located in Quebec or Alberta. If the corporation is located in one of these provinces, you have to file a separate provincial corporation return.

All legislative references on this return are to the federal *Income Tax Act*. This return may contain changes that had not yet become law at the time of publication.

Send one completed copy of this return, including schedules and the *General Index of Financial Information* (GIFI), to your tax centre or tax services office. You have to file the return within six months after the end of the corporation's tax year.

For more information see **www.cra.gc.ca** or Guide T4012, *T2 Corporation – Income Tax Guide*.

**055** Do not use this area

## Identification

**001** Business number (BN): 85037 5510 RC0001

**002** Corporation's name: 7657030 Canada Inc.

**Address of head office**
Has this address changed since the last time we were notified? **010** 1 Yes ☐  2 No ☒
(If yes, complete lines 011 to 018.)
**011** 39 rue du Chambertin
**012**
**015** City: Kirkland
**016** Province, territory, or state: QC
**017** Country (other than Canada):
**018** Postal code/Zip code: H9H 5E3

**Mailing address** (if different from head office address)
Has this address changed since the last time we were notified? **020** 1 Yes ☐  2 No ☒
(If yes, complete lines 021 to 028.)
**021** c/o
**022** 39 Chambertin
**023**
**025** City: Kirkland
**026** Province, territory, or state: QC
**027** Country (other than Canada):
**028** Postal code/Zip code: H9H 5E3

**Location of books and records**
Has the location of books and records changed since the last time we were notified? **030** 1 Yes ☐  2 No ☒
(If yes, complete lines 031 to 038.)
**031** 39 rue du Chambertin
**032**
**035** City: Kirkland
**036** Province, territory, or state: QC
**037** Country (other than Canada):
**038** Postal code/Zip code: H9H 5E3

**040** Type of corporation at the end of the tax year
1 ☒ Canadian-controlled private corporation (CCPC)
2 ☐ Other private corporation
3 ☐ Public corporation
4 ☐ Corporation controlled by a public corporation
5 ☐ Other corporation (specify, below)

If the type of corporation changed during the tax year, provide the effective date of the change **043** _____ YYYY MM DD

**To which tax year does this return apply?**
**060** Tax year start: 2011-01-01 (YYYY MM DD)
**061** Tax year-end: 2011-12-31 (YYYY MM DD)

Has there been an acquisition of control to which subsection 249(4) applies since the previous tax year? **063** 1 Yes ☐  2 No ☒
If yes, provide the date control was acquired **065** _____ YYYY MM DD

Is the date on line 061 a deemed tax year-end according to:
subparagraph 88(2)(a)(iv)? **064** 1 Yes ☐  2 No ☒
subsection 249(3.1)? **066** 1 Yes ☐  2 No ☒

Is the corporation a professional corporation that is a member of a partnership? **067** 1 Yes ☐  2 No ☒

Is this the first year of filing after:
Incorporation? **070** 1 Yes ☐  2 No ☒
Amalgamation? **071** 1 Yes ☐  2 No ☒
If yes, complete lines 030 to 038 and attach Schedule 24.

Has there been a wind-up of a subsidiary under section 88 during the current tax year? **072** 1 Yes ☐  2 No ☒
If yes, complete and attach Schedule 24.

Is this the final tax year before amalgamation? **076** 1 Yes ☐  2 No ☒

Is this the final return up to dissolution? **078** 1 Yes ☐  2 No ☒

If an election was made under section 261, state the functional currency used **079** _____

Is the corporation a resident of Canada?
**080** 1 Yes ☒  2 No ☐  If no, give the country of residence on line 081 and complete and attach Schedule 97.
**081** _____

Is the non-resident corporation claiming an exemption under an income tax treaty? **082** 1 Yes ☐  2 No ☒
If yes, complete and attach Schedule 91.

If the corporation is exempt from tax under section 149, tick one of the following boxes:
**085**
1 ☐ Exempt under paragraph 149(1)(e) or (l)
2 ☐ Exempt under paragraph 149(1)(j)
3 ☐ Exempt under paragraph 149(1)(t)
4 ☐ Exempt under other paragraphs of section 149

Do not use this area
**095** **096**

| | Canada Revenue Agency | Agence du revenu du Canada | | | SCHEDULE 125 |

Form identifier 125

**GENERAL INDEX OF FINANCIAL INFORMATION – GIFI**

| Name of corporation | Business Number | Tax year end Year Month Day |
|---|---|---|
| 7657030 Canada Inc. | 85037 5510 RC0001 | 2011-12-31 |

**Income statement information**

| Description | GIFI | |
|---|---|---|
| Operating name | 0001 | |
| Description of the operation | 0002 | |
| Sequence number | 0003 | 01 |

| Account | Description | GIFI | Current year | Prior year |
|---|---|---|---|---|

**Income statement information**

| | Description | GIFI | | Current year | Prior year |
|---|---|---|---|---|---|
| | Total sales of goods and services | 8089 | + | 2,609,172 | |
| | Cost of sales | 8518 | – | 1,557,646 | |
| | **Gross profit/loss** | 8519 | = | 1,051,526 | |
| | Cost of sales | 8518 | + | 1,557,646 | |
| | Total operating expenses | 9367 | + | 1,036,435 | 31 |
| | **Total expenses** (mandatory field) | 9368 | = | 2,594,081 | 31 |
| | Total revenue (mandatory field) | 8299 | + | 2,593,694 | |
| | Total expenses (mandatory field) | 9368 | – | 2,594,081 | 31 |
| | **Net non-farming income** | 9369 | = | -387 | -31 |

**Farming income statement information**

| | Description | GIFI | | Current year | Prior year |
|---|---|---|---|---|---|
| | Total farm revenue (mandatory field) | 9659 | + | | |
| | Total farm expenses (mandatory field) | 9898 | – | | |
| | **Net farm income** | 9899 | = | | |

| | Net income/loss before taxes and extraordinary items | 9970 | = | -387 | -31 |
|---|---|---|---|---|---|

| | Total other comprehensive income | 9998 | = | | |
|---|---|---|---|---|---|

**Extraordinary items and income (linked to Schedule 140)**

| | Description | GIFI | | Current year | Prior year |
|---|---|---|---|---|---|
| | Extraordinary item(s) | 9975 | – | | |
| | Legal settlements | 9976 | – | | |
| | Unrealized gains/losses | 9980 | + | | |
| | Unusual items | 9985 | – | | |
| | Current income taxes | 9990 | – | | |
| | Future (deferred) income tax provision | 9995 | – | | |
| | Total – Other comprehensive income | 9998 | + | | |
| | **Net income/loss after taxes and extraordinary items** (mandatory field) | 9999 | = | -387 | -31 |

PREPARED SOLELY FOR INCOME TAX PURPOSES WITHOUT AUDIT OR REVIEW FROM INFORMATION PROVIDED BY THE TAXPAYER.

| Canada Revenue Agency | Agence du revenu du Canada | | | | **SCHEDULE 9** |
|---|---|---|---|---|---|

## RELATED AND ASSOCIATED CORPORATIONS

| Name of corporation | Business Number | Tax year end Year Month Day |
|---|---|---|
| 7657030 Canada Inc. | 85037 5510 RC0001 | 2011-12-31 |

- Complete this schedule if the corporation is related to or associated with at least one other corporation.
- For more information, see the *T2 Corporation Income Tax Guide*.

| | Name | Country of residence (other than Canada) | Business number (see note 1) | Relation-ship code (see note 2) | Number of common shares you own | % of common shares you own | Number of preferred shares you own | % of preferred shares you own | Book value of capital stock |
|---|---|---|---|---|---|---|---|---|---|
| | **100** | **200** | **300** | **400** | **500** | **550** | **600** | **650** | **700** |
| 1. | 7657048 Canada Inc. | | 84556 9003 RC0001 | 1 | | | | | |
| 2. | 7576862 Canada Inc. | | 80707 2061 RC0001 | 1 | | | | | |
| 3. | 7668490 Canada Inc. | | 84358 9409 RC0001 | 3 | | | | | |
| 4. | 7702400 Canada Inc. | | 84279 0115 RC0001 | 3 | | | | | |
| 5. | 7693982 Canada Inc. | | 83940 4209 RC0001 | 3 | | | | | |
| 6. | 7702396 Canada Inc. | | 84279 0313 RC0001 | 3 | | | | | |

Note 1: Enter "NR" if the corporation is not registered or does not have a business number.
Note 2: Enter the code number of the relationship that applies from the following order:  1 - Parent   2 - Subsidiary   3 - Associated   4 - Related but not associated

T2 SCH 9 (11)

Canada

| Canada Revenue Agency | Agence du revenu du Canada | **SCHEDULE 23** |

# AGREEMENT AMONG ASSOCIATED CANADIAN-CONTROLLED PRIVATE CORPORATIONS TO ALLOCATE THE BUSINESS LIMIT

- For use by a Canadian-controlled private corporation (CCPC) to identify all associated corporations and to assign a percentage for each associated corporation. This percentage will be used to allocate the business limit for purposes of the small business deduction. Information from this schedule will also be used to determine the date the balance of tax is due and to calculate the reduction to the business limit.
- An associated CCPC that has more than one tax year ending in a calendar year, is required to file an agreement for each tax year ending in that calendar year.

Column 1: Enter the legal name of each of the corporations in the associated group. Include non-CCPCs and CCPCs that have filed an election under subsection 256(2) of the *Income Tax Act* (ITA) not to be associated for purposes of the small business deduction.

Column 2: Provide the Business Number for each corporation (if a corporation is not registered, enter "NR").

Column 3: Enter the association code that applies to each corporation:
1 – Associated for purposes of allocating the business limit (unless code 5 applies)
2 – CCPC that is a "third corporation" that has elected under subsection 256(2) not to be associated for purposes of the small business deduction
3 – Non-CCPC that is a "third corporation" as defined in subsection 256(2)
4 – Associated non-CCPC
5 – Associated CCPC to which code 1 does not apply because of a subsection 256(2) election made by a "third corporation"

Column 4: Enter the business limit for the year of each corporation in the associated group. The business limit is computed at line 4 on page 4 of each respective corporation's T2 return.

Column 5: Assign a percentage to allocate the business limit to each corporation that has an association code 1 in column 3. The total of all percentages in column 5 cannot exceed 100%.

Column 6: Enter the business limit allocated to each corporation by multiplying the amount in column 4 by the percentage in column 5. Add all business limits allocated in column 6 and enter the total at line A. Ensure that the total at line A falls within the range for the calendar year to which the agreement applies:

| Calendar year | Acceptable range | Calendar year | Acceptable range |
|---|---|---|---|
| 2006 | maximum $300,000 | 2008 | maximum $400,000 |
| 2007 | $300,001 to $400,000 | 2009 | $400,001 to $500,000 |

If the calendar year to which this agreement applies is after 2009, ensure that the total at line A does not exceed $500,000.

## Allocating the business limit

| | | | |
|---|---|---|---|
| Date filed (do not use this area) | **025** | Year Month Day | |
| Enter the calendar year to which the agreement applies | **050** | Year 2011 | |
| Is this an amended agreement for the above-noted calendar year that is intended to replace an agreement previously filed by any of the associated corporations listed below? | **075** | 1 Yes ☐   2 No ☒ | |

| | 1<br>Names of associated corporations<br>**100** | 2<br>Business Number of associated corporations<br>**200** | 3<br>Asso-ciation code<br>**300** | 4<br>Business limit for the year (before the allocation) $ | 5<br>Percentage of the business limit %<br>**350** | 6<br>Business limit allocated* $<br>**400** |
|---|---|---|---|---|---|---|
| 1 | 7657030 Canada Inc. | 85037 5510 RC0001 | 1 | 500,000 | 100.0000 | 500,000 |
| 2 | 7657048 Canada Inc. | 84556 9003 RC0001 | 1 | 500,000 | | |
| 3 | 7576862 Canada Inc. | 80707 2061 RC0001 | 1 | 500,000 | | |
| 4 | 7668490 Canada Inc. | 84358 9409 RC0001 | 1 | 500,000 | | |
| 5 | 7702400 Canada Inc. | 84279 0115 RC0001 | 1 | 500,000 | | |
| 6 | 7693982 Canada Inc. | 83940 4209 RC0001 | 1 | 500,000 | | |
| 7 | 7702396 Canada Inc. | 84279 0313 RC0001 | 1 | 500,000 | | |
| | | | | Total | 100.0000 | 500,000 A |

**Business limit reduction under subsection 125(5.1) of the ITA**

The business limit reduction is calculated in the small business deduction area of the T2 return. One of the factors used in this calculation is the "Large corporation amount" at line 415 of the T2 return. If the corporation is a member of an associated group** of corporations in the current tax year, the amount at line 415 of the T2 return is equal to 0.225% x (A - $10,000,000) where, "A" is the total of taxable capital employed in Canada*** of each corporation in the associated group for its last tax year ending in the preceding calendar year.

* Each corporation will enter on line 410 of the T2 return, the amount allocated to it in column 6. However, if the corporation's tax year is less than 51 weeks, prorate the amount in column 6 by the number of days in the tax year divided by 365, and enter the result on line 410 of the T2 return.

  Special rules apply if a CCPC has more than one tax year ending in a calendar year and is associated in more than one of those years with another CCPC that has a tax year ending in the same calendar year. If the tax year straddles January 1, 2009, the business limit for the second (or subsequent) tax year(s) will be equal to the lesser of the business limit that would have been determined for the first tax year ending in the calendar year, if $500,000 was used in allocating the amounts among associated corporations and the business limit determined for the second (or subsequent) tax year(s) ending in the same calendar year. Otherwise, the business limit for the second (or subsequent) tax year(s) will be equal to the lesser of the business limit determined for the first tax year ending in the calendar year and the business limit determined for the second (or subsequent) tax year(s) ending in the same calendar year.

** The associated group includes the corporation filing this schedule and each corporation that has an "association code" of 1 or 4 in column 3.

*** "Taxable capital employed in Canada" has the meaning assigned by subsection 181.2(1) or 181.3(1) or section 181.4 of the ITA.

T2 SCH 23 (09)

Canada

7657030 Canada Inc 2011-211
2013-12-17 18:09
2011-12-31
7657030 Canada Inc.
85037 5510 RC0001

Case 0:13-cv-61448-BB   Document 99-6   Entered on FLSD Docket 02/22/2014   Page 7 of 7

Canada Revenue Agency / Agence du revenu du Canada

**SCHEDULE 50**

## SHAREHOLDER INFORMATION

| Name of corporation | Business Number | Tax year end Year Month Day |
|---|---|---|
| 7657030 Canada Inc. | 85037 5510 RC0001 | 2011-12-31 |

All private corporations must complete this schedule for any shareholder who holds 10% or more of the corporation's common and/or preferred shares.

Provide only one number per shareholder

| # | Name of shareholder (after name, indicate in brackets if the shareholder is a corporation, partnership, individual, or trust) **100** | Business Number (If a corporation is not registered, enter "NR") **200** | Social insurance number **300** | Trust number **350** | Percentage common shares **400** | Percentage preferred shares **500** |
|---|---|---|---|---|---|---|
| 1 | 7657048 Canada Inc. | 84556 9003 RC0001 | | | 100.000 | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

T2 SCH 50 (06)

Canadä

CORPORATE TAXPREP / TAXPREP DES SOCIÉTÉS - EP19    VERSION 2013 V1.2