# Exhibit 10

## 8333947 Canada Inc. DBA Inbox Direct
### Customer Contact List

| Customer | Invoice to | Primary Contact | Main Phone | Fax |
|---|---|---|---|---|
| 1300 Degrees | 1300 Degrees 350 E. Las Collnas Blvd. Ste. 2070 Irving, TX 75039 | Jacob Bunting | 214-403-7409 | |
| A4D/Coleadium/$100 min | A4D/Coleadium Attention: Accounts Payable 6965 El Camino Real #105-441 Carlsbad, CA 92009 | Gregg Ward | 760.888.0229 | |
| Ad Harmonics | Ad Harmonics Attn: Accounts Payable 100 Quannapowitt Pky Ste. 205 Wakefield, MA 01880 | Cindy Birnbaum | 781.228.5685 | |
| Ad.net | Ad.net Attn: Accounts Payable 2355 Westwood Blvd. Suite 377 Los Angels, CA 90069 | Caryn Wernocke | 310.556.4440x50 | |
| AD1 /Flex Marketing Group, LLC | AD1 /Flex Marketing Group, LLC 1841 Broadway, 9th Floor New York, NY 10023 | Ross Fine | 646.483.1411 | 646.417.6199 |
| Adaptive Media | Adaptive Media Attn: Accounts Payable 23 Mauchly Suite 106 Irvine, CA 92618 | Abdul Parmach | 949.649.0792 | |
| Adconion / Frontline | Adconion / Frontline Attention: Accounts Payable 101 Convention Center Dr., Suite 700 Las Vegas, NV 89109 | Marisa Shirley | 858-636-1515 ext6416 | |
| AdMarketers | AdMarketers 1000 Johnson Ferry Road F130 Marietta, GA 30068 | Zach Bernato | 678-901-2043 | |
| Affinion Group | Affinion Group Attention: Accounts Payable 6 High Ridge Park Stamford, CT 06905 | Adam Trentacosta | (203) 956-1271 | |
| Annexio LTD | Annexio LTD Attention: Accounts Payables 1 Athol Street Douglas, Isle Of Man, IM1 1LD, UK | Tom Brodie | 441.162.466.0177 | |
| Autism Education & Behavior | Autism Education & Behavior Attn: Accounts Payable 137 E. Palmetto Park Rd Boca Raton, FL 33432 | Mike Sonnaroli | 561.672.7508 | |
| Autotegrity | Autotegrity Attention: Accounts Payables 198 Broadway 2nd floor Cambridge, MA 02139 | Eric L Perason, Controller | 508.217.8916 | |
| Big Ads Media | Big Ads Media Attn: Accounts Payables 13280 Northwest FWY Ste F331 Houston TX 77040 | Jason Santos | 800.730.2660 | |
| Blue Global Media | Blue Global Media Attention: Accounts Payables 7144 E. Stetson Drive, Suite 300 Scottsdale, AZ 85251 | Becky Burghart | 780.365.0335 x103 | |
| bluTonic | blu Tonic Inc Attn: Accounts Payable 2491 Purdue Avenue #324 Los Angeles, CA 90048 | Katie Fessenden | 323.852.3442 | |
| Cactus Media | Cactus Media Attention: Accounts Payable 176 N. Old Woodward Avenue Birmingham, MI 48009 | Jeff Chatz | 248-816-7100 | 248-286-8771 |
| Centerfield Media / WebYES!, LLC | Centerfield Media / WebYES!, LLC Attention: Accounts Payable 3 Park Avenue, 33rd Fl. New York, NY 10016 | Jimmy Bizzaro | 310.341.4041 | 310.640.9135 |
| Chilay, Inc. | Chilay, Inc. Attention: Accounts Payables 40 E. Main St. #111 Newark, DE 19711-4639 | David Zabludowski | 800.871.4773 x101 | 800.905.1877 |
| Choice Home Warranty | Choice Home Warranty Attn: Accounts Payable 1090 King George Rd. Bldg. 20 Edison NJ 08837 | Victor Hamkin | 111.111.1111 | |
| Clark Richards Ltd | Clark Richards Ltd Attn: Accounts Payable 3 Bailey Court, Green Street Macclesfield UK SK10 1JQ-06770655 | Richard Hayes | | |
| Click Booth | Click Booth Attn: Accounts Payable 5901 N Honore Ave Suite 210 Sarasota, FL 34232 | Ashlee Pendleton | 941.584.0348 | |
| Click Network | Click Network 3 Lagoon Dr., #155 Redwood City, CA 94065 | Ro | 954.802.0342 | |
| Cohort Digital | Cohort Digital Attn: Accounts Payable Suite 410, Level 4 405-411 Sussex Street Haymarket NSW 2000 Australia | David Burke | 0283102232 | |
| Commission Wizard | Commission Wizard Attention: Accounts Payable 849 Rancho Dr. #4 Las Vegas, NV 89106 | Zach Pritchett, VP &GM | 212.610.4232 | 646.390.1706 |
| Concise Media | Concise Media 23 Corporate Plaza Suite 100 Newport Beach, CA 92650 | Mitch Meliotti | 949.374.7751 | |
| Consumer Track | Consumer Track Attn: Accounts Payable 2122 Rosecrans Ave. Suite 1300 El Segundo CA 90245 | Kellie McFarland | 310.297.9233 | |
| Convert 2 Media | Convert 2 Media Attn: Accounts Payable 2910 Maguire Road Suite 2010 Ocoee, FL 34761 | Ricki Hansen | 850.890.2402 | |
| Cowen and Sons LLC | Cowan and Sons LLC Attn: Accounts Payable 434 South Military Trail Deerfield Beach FL 33442 | Stephen Schiffman | | |
| CPA Builder | CPA Builder Attention: Accounts Payable 2945 Townsgate Road Ste 350 Westlake Village CA 91361 | | | |
| Crazy Protocol | Crazy Protocol Attention: Accounts Payable 7040 Avenida Encinas Suite 104 Carlsbad, CA 92011 | Tara Wilding | 617-206-1491 | |
| CyberRock/Best Pay Partners | CyberRock/Best Pay Partners Attn: Accounts Payable Hugenholweb z/n UTS Gebouw Curacao Netherlands Anillies Netherlands | Patrick Charles | | |
| Dedicated Marketing Solutions, Inc. | Dedicated Marketing Solutions, Inc. Attention: Accounts Payable 909 Sepulveda Blvd, Suite 320 El Segundo, CA 90245 | Mindy Raslevich | 310.524.9400 x323 | 310.356.3820 |
| Deliver Lean | Deliver Lean Attn: Accounts Payable 129 NW 13th Street Suite 33 Boca Raton, FL 33432 | Candy Tree | 888.730.5326 | |
| Digital Target Marketing | Digitlal Target Marketing Attn: Accounts Payable 8001 Broadway Suite 201 Merrillville IN 46410 | Natalie Maciolewicz | 219.576.6235 | |
| Direct Agents Inc. | Direct Agents Inc 740 Broadway, Suite 701 New York, NY 10003 | Eddy Gil | 212.925.8558 x181 | 212-412-9086 |
| DMLS- Digital Marketing Lead Solutions | DMLS- Digital Marketing Lead Solutions 2 Lansdowne Rd. Croydon, UK CR9 2ER | Carly Hewett | 440-280-407-4073 | |
| Enet, LLC | Enet, LLC. Attention: Accounts Payable 1655 Palm Beach Lakes blvd. Suite C-1005 West Palm Beach, FL | Scott Goldstein | 111.111.1111 | |
| Executive Leads Inc. | Executive Leads Inc. Attention: Accounts Payable 200 Garden City Plaza, Suite 415 Garden City, NY 11530 | Carl D'Agostino | 516.706.3533 | |
| Fluent Inc | Fluent Inc Attn: Accounts Payable 295 Madison Ave. 32nd Fl New York, NY 10017 | Faria Hossain | 649.669.7272x1010 | |
| Fresh Ads Media | Fresh Ads Media Attn: Accounts Payable 7859 Bergamo Avenue Sarasota FL 34238 | Ryan Scibelli | 941.387.5265 | |
| Gaylord Security | Gaylord Security Attention: Accounts Payable PO Box 88538 Seattle, WA 98138 | Patrick Smith | 800.575.4939 x7206 | |
| GDC Automotive Services | GDC Automotive Services Attn: Accounts Payable PO Box 84 Saskatoon SK S7K 3K1 Canada | Kameron Connor | 724.504.9604 | |
| Geomize | Geomize Attn: Accounts Payable | James McLendon | 858.255.9838 | |
| Globalizer | Globalizer Attn: Accounts Payable 77 Arkay Drive Suite C Hauppauge NY 11788 | Phil Colacioppo | 631.270.4904 | |
| Globalwide Media | Global Wide Media 2945 Townsgate Rd. Ste. 350 Westlake Village, CA 91361 | Garen Sinali | 805.267.7023 | |
| Gordo Media | Gordo Media Attn: Accounts Payable 5850 West 3rd St. #162 Los Angeles CA 90036 | Jack Frid | 1.800.879.7574 | |
| ICommissions.com | iCommissions.com Attn: Accounts Payable | Mike Dultz | 985.626.8560x234 | |
| Ifficient, Inc | Ifficient, Inc. 475 Washington Blvd. Ste 200 Marina Del Rey, CA 90292 | Devin Conley | 800-709-5780 x 11 | |
| Intela | Intela Attention: Accounts Payable 929 Pearl Street, Suite 200 Boulder, CO 80302 | Elyas Ghiasy | 303.872.2840 | |
| Invention Marketing Solutions | Invention Marketing Solutions 200 Broad Hollow Road,Suite 207 Melville, NY 11747 | Neal Mandel | 631-393-5040 | 631-673-0631 |
| ITS Limited | ITS Limited Attention: Accounts Payable PO Box 656 Bondi Junction New South Wales, 01355 | Claus Petersen | 6-128-988-7240 | 6-120-387-8044 |
| Jude Media | Jude Media Attn: Accounts Payable 17 Spruce Hill Lane Goshen, NY 10924 | Lee Karchawer | 716.472.1254 | |
| KGM/Exclusivenet | Exclusivenet/KGM Attn: Accounts Payable 130 West 42nd St Suite 2600 New York, NY 10036 | James Gormley | 212.302.0900 | |
| Kids Live Safe\Scalable Commerce | Kids Live Safe\Scalable Commerce Attention: Accounts Payable 3905 State Street Suit 7-228 Santa Barbara, CA 93105 | Sven Klein | (805) 455-1816 | |
| Lead Mantra Marketing Inc. | Lead Mantra Marketing Inc. Attention: Accounts Payables 4-2057 St. Georges Ave North Vancouver, BC V7L3K3 Canada | | | |
| Lead Me Media. | Lead Me Media Attn: Accounts Payable 1200 NW 17th Avenue Delray Beach, FL 334445 | Rob Clouse | 111.222.3344 | |
| Lead Point | Lead Point 2045 S. Barrington Avenue Suite A Los Angeles, CA 90025 | David Resnick | (818) 480-4502 | |
| Lead Trade | Lead Trade Attn: Accounts Payable SEM Swiss Limited c/o Anwaltskanzlei iten Neugesse4 UK | Jason Tiffin | 07860 561 07 | |
| Leadz Co, LLC/Rev Net | Leadz Co, LLC/RevNet Attention: Accounts Payable 40 East Main Street, #758 Newark, DE 19711 | Doug Petrie | 888.321.3977 | |
| Madrivo Media | Madrivo Media Attn: Accounts Payable 3889 S. Eastern Avenue Las Vegas, NV 89169 | Sarah Gabaniss | 855.623.7486x2095 | |
| Massillion Victory Ltd | Massillion Victory Ltd Attn: Accounts Payable Suites 41/42 Victoria House 26 Main Street Gilbralter | Jens Borup | 454.011.2433 | |
| Max Bounty | Max Bounty Attn: Accounts Payable PO Box 17039 Ottawa Ontario Canada K4A 4W8 | Steve Sauve | | |
| Media Mind | Media Mind Attn: Accounts Payable 1121 S. 4th Street Suite 272 Hartsville, SC 29550 | Roger Henry | | |
| Media Nova | Media Nova Attention: Accounts Payables 155 Suffolk St. New York, NY 10002 | Mike Tito | 212.533.2921 | |
| Media Whiz | Media Whiz Attention: Accounts Payable 77 Water, 12th Floor New York, NY 10005 | Tracy Norton | 646-442-0078 | 917-591-3379 |
| Millionaire Network | Millionaire Network Attention: Accounts Payable 10120 S. Eastern Ave. #211 Henderson, NV 89502 | Keith Wilson | 702.353.6951 | 702.577.1004 |
| Mobooka, LLC | Mobooka, LLC Attention: Accounts Payable 2910 Maguire Rd Suite 2010 Ocoee, FL 34761 | Kym Spurgin | 407.965.5556 | |
| Monetise | Monetise Attn: Accounts Payable 95 Gresham Street London, England EC2V 7NA UK | Nisha unknown | 440.203.657.0901 | |
| Netpartners/$25 min | Netpartners Attn: Accounts Payable Unit 609-610, 6F, Tower One Enterprise Sq 9 Sheung Yuet Rd Kowloon Bay, Kowloon Hong Kong | Cathleen Lau | 852.210.3735 | |

INBOX- 203

## 8333947 Canada Inc. DBA Inbox Direct
### Customer Contact List

| Customer | Invoice to | Primary Contact | Main Phone | Fax |
|---|---|---|---|---|
| NeverBlue (Min $100) | NeverBlue Attn: Accounts Payable 1221 Broad Street Victoria, BC V8W 2A4 Canada | Meghan McKenzie | 250.366.5323x1606 | |
| OfferWeb | OfferWeb Attention: Accounts Payable 222 E. Commerical Blvd, #205 Lauderdale-By-The-Sea, FL 33308 | Jackie Fernicola | 801.270.5536x154 | 801.262.5406 |
| One Technologies, L.P. | One Technologies, L.P. Attention: Accounts Payable 8144 Walnut Hill Lane, Suite 600 Dallas, TX 75231 | Shellee Hansen, Staff Acct | 469.916.1707 x248 | |
| PaperLeaf Inc. | PaperLeaf Inc. 100 N. Tonto Street Payson, AZ 85541 | Jeannene Price | 858.752.8339 | |
| Peak Advertising, LLC | Peak Advertising, LLC 12740 Landale St. Studio City, CA 91609 | Laurie LeGore | (818) 766-0171 x112 | |
| Performance Factory | Performance Factory Attn: Accounts Payable 66 Oxford St Ste 6 Level 2 Darlinghurst Sydney NSW2010 Australia | Andrew Kilday | 041.383.4761 | |
| Phreshclick Media\Engage BDR | Phreshclick Media\Engage BDR 9000 Sunset Blvd Suite 500 West Hollywood, CA 90069 | Barb Mayo | (310) 954-0751 x745 | |
| Pixel by Pixel | Pixel by Pixel 9 Liverpool Terrace Worthing, West Sussex UK BN11 1TA | Amy Read | 0 (203) 397-7927 | |
| Platinum Marketing | Platinum Marketing | | | |
| Popular Marketing | Popular Marketing Attention: Accounts Payable 2009 Ranch Road 620 N Suite 111 Austin, TX 78734 | Jay Durham | 310.283.8920 | 866.332.1635 |
| Push Interactive | Push Interactive Attn: Accounts Payable 3540 Dakota Avenue S St. Louis Park, MN 55416 | Renata Barlotto | 612.216.3969 | |
| QuickThink Media LTD | QuickThink Media LTD Attn: Accounts Payable First Floor Blue Building 4-8 White's Ground London SE1 3LA UK | Diana Davies | | |
| Rate Special, LLC/$100 min Payout | Rate Special, LLC/Secondary Revenue Attention: Accounts Payable 35 N. Arroyo Pkwy Suite 250 Pasadena, CA 91103 | Anna Freeman | 213.416.0182 | |
| Reach Media Group | Reach Media Group Attention: Accounts Payable 3715 Northside Parkway, Building 100, Sui Atlanta, GA 30327 | Peter McGregor | 404.949.3125 | |
| Reference Advisor/Cogo Labs | Reference Advisor/Cogo Labs Attn: Accounts Payable One Kendall Square Suite B2012 Cambridge MA 02139 | Janine Gregory | 781.307.8728 | |
| Revi Media | Revi Media Attn: Accounts Payable 501 5th Avenue Suite 602 New York NY 10017 | Robert Cambe | 800.491.7025x105 | |
| RTK Media | RTK Media Attn: Accounts Payable 8190 Avens Circle Colorado Springs CO 80920 | April Wagner | 561.623.0915 | |
| SBG Media | SBG Media Attn: Accounts Payable 2071 Flatbush Avenue Suite 49 Brooklyn, NY 11234 | Andrew Gold | 111.111.1111 | |
| Secure My Score | Secure My Score Attn: Accounts Payable 2200 SW 10th Street Deerfield Beach, FL 33442 | Dan D'Oliviera | 954.312.4756 | |
| Skenzo | Skenzo 107/108, DIC 5 Dubai Internet City, Dubai, UAE PO Box 215 028 | Karbis Fordulyan | 1.818.305.6715 | |
| Tanventure | Tanventure 200 Broadhollow Rd, Ste 207 Melville, NY 11747 | Neal Mandel | 631.393.5040 | |
| Telic Ventures | Telic Ventures Attn: Accounts Payable 530 Wilshire Blvd Ste 300 Santa Monica, CA 90401 | Michelle DeLeon | 310.554.0960 | |
| ThinkAction | ThinkAction Attn: Accounts Payable 21 River Road Suite 2300 Wilton, CT 06897 | Mouad Layachi | | |
| Traffic Jam | Traffic Jam Attn: Accounts Payable 100 N. Brand Blvd. #405 Glendale CA 91203 | Bill Choi | 213.595.2878 | |
| Trouve Media | Trouve Media Attention: Accounts Payable 433 Airport Blvd. Suite 550 Burlingame, CA 94010 | Bryan Mapoy, Bus Dev Coordinato | 650.963.2000 x2025 | |
| Tungsten Rev | Tungsten Revenue | | | |
| Union Square Media/Kelter | Union Square Media Attn: Accounts Payable 22647 Ventura Blvd #323 Woodland Hills, CA 91364 | Jen Bierman | 917.564.3970 | |
| Unite Network | Unite Network Attn: Accounts Payable 1000 Germantown Pike H1 Plymouth Meeting PA 19462 | Samantha Hellur | 610.960.5866 | |
| Universal Marketing Partners | Universal Marketing Partners Attn: Accounts Payable 1 Blue Hill Plaza Pearl River NY 10965 | Glenn Wehsberg | 914.302.2290 | 914.302.2292 |
| Vast Pro Media | Vast Pro Media Attn: Accounts Payable 1525 McCarthy Blvd #1007 Milpitas CA 95035 | Edwin Ng | | |
| vCommission Media | vCommission Media Attn: Accounts Payable F-342, Lado Saria, Old MB Road New Delhi India 110030 India | Parul Mehta | 91(987)117-8444 | |
| W4 Media | W4 Media Attn: Accounts Payable Dept LA 23609 Pasadena, CA 9115-3609 | Rachel Lasseff | 888.838.1572x106 | |
| WebResponse Media | WebResponse Media 100 Lincoln Rd. Ste. 1019 Miami Beach, FL 33139 | Julia Phok | 516.318.3888 | |
| White Collar Media | White Collar Media Attention: Accounts Payable 4191 Easterbrooke NW Kennesaw, GA 30144 | Robert Tolbert, Founder CEO | 954.245.8762 | |
| Wisdom Companies, LLC | Wisdom Companies, LLC 909 N. Sepulveda Blvd. Suite 210 El Segundo. CA 90245 | Amy McAvin | 310.937.8686x240 | |
| Wolf Storm Media/$200 min payout | Wolf Storm Media Attn: Accounts Payable 110 Athens Street Tarpon Springs FL 34689 | Sabrina Sparkman | 727.938.4300 | |
| XL Marketing | XL Marketing Attn: Accounts Payable 185 Madison Avenue 5th Floor New York, NY 10016 | Mike Shelhar | 212.967.5055 | |
| Zbiddy/Ecom Interactive | Zbiddy/Ecom Interactive Attention: Accounts Payable | Gil Mondinger | 954.312.4766 | |