# Exhibit 11

12/20/13
Accrual Basis

Case 0:13-cv-61448-BB   Document 99-11   Entered on FLSD Docket 02/22/2014   Page 2 of 3

Acquinity Interactive LLC
Transactions by Account
As of December 31, 2013

**31500 · Owners Distribution**

**31501 · Owners Distribution-Garry Jonas**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0.00 |
| General Journal | 12/31/2011 | RJE#202 | | MEL RJE per MBAF reclass owners distribution | | | -SPLIT- | | | 0.00 |
| General Journal | 12/31/2012 | 491 | | MEL- reclass to equity deemed equity distributions | | ✓ | 14501 · Garry Jonas | 247,050.20 | | -247,050.20 |
| General Journal | 12/31/2012 | 504 | | MEL-reclass GJ Holding to Equity for EOY | | ✓ | 14506 · GJ Holding | 0.00 | | -247,050.20 |
| General Journal | 12/31/2012 | 617 | | MEL-reclass owner advance to Equity for 2012 per attached detail | | | 14501 · Garry Jonas | 0.00 | | -247,050.20 |
| General Journal | 12/31/2012 | 621 | | MEL-reclass owners advance to owners equity per attached sched | | | 14506 · GJ Holding | 5,730,762.33 | | -5,977,812.53 |
| General Journal | 12/31/2012 | 622 | | MEL-reclass owners advance to owners equity per attached sched | | | 11601 · Acquinity Sports | 2,733,194.00 | | -8,711,006.53 |
| General Journal | 12/31/2012 | RJE-203 | | MEL-distribute to Owners | | | 12022 · DME | 2,570,709.45 | | -11,281,715.98 |
| General Journal | 12/31/2012 | aje TB | | MEL-adj to record 2011 owner distribution for close of books per au | | | 32000 · Retained Earnings | 552,833.70 | | -11,834,549.68 |
| General Journal | 01/01/2013 | 508 | | MEL- reclass for distribution for GJ Holdings | | | 13009 · Prepaid Other | | 247,050.20 | -11,587,499.48 |
| General Journal | 01/01/2013 | 508Adj | | RM - Owner's Gauranteed Payments | | | 60138 · Monthly Guaranteed Payments | 50,000.00 | | -11,637,499.48 |
| Bill | 01/10/2013 | Distributions | | Distributions see attached | | | 20102 · A/P-ACH | | 50,000.00 | -11,587,499.48 |
| Bill | 02/01/2013 | February 2013 | Greg Williams (Garry's Rent) (A) | Boca House - February 2013 | | | 20102 · A/P-ACH | 250,000.00 | | -11,837,499.48 |
| General Journal | 02/01/2013 | 12113 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 4,700.00 | | -11,842,199.48 |
| Credit Card Charge | 02/06/2013 | | Uline Ship Supplies | Mike Holt's email says that this is for Sports. It's fans for the gym bc | | | 8864 Fifth Third MC - MH | | 50,000.00 | -11,792,199.48 |
| Bill | 02/28/2013 | February 2013 | GJ Holdings & Investments, Inc (A) | February 2013  600,000/12 = 50,000 | | | 20102 · A/P-ACH | 2,624.52 | | -11,794,824.00 |
| General Journal | 02/28/2013 | 20055 | | LM - Reclass owners advance to owners equity per attached sched | | | -SPLIT- | 50,000.00 | | -11,844,824.00 |
| Credit Card Charge | 03/01/2013 | | Publix | Garry Jonas Personal | | | 8872 Fifth Third MC - DM | 240,772.54 | | -12,085,596.54 |
| General Journal | 03/01/2013 | 12114 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 99.98 | | -12,085,696.52 |
| General Journal | 03/14/2013 | 678 | GJ Holdings & Investments, Inc (A) | LM - transfer to A Sports as an owners distribution to cover TV Proc | | | -SPLIT- | | 50,000.00 | -12,035,696.52 |
| Credit Card Charge | 03/18/2013 | | Publix | Garry Jonas Personal | | | 8872 Fifth Third MC - DM | 80,000.00 | | -12,115,696.52 |
| Check | 03/27/2013 | WIRE | GJ Holdings & Investments, Inc (A) | 2012 tax estimates | | | 10870 · Fifth Third AI Operating #9929 | 51.49 | | -12,115,748.01 |
| Bill | 03/31/2013 | March 2013 | GJ Holdings & Investments, Inc (A) | March 2013  600,000/12 = 50,000 | | | 20102 · A/P-ACH | 1,550,000.00 | | -13,665,748.01 |
| General Journal | 03/31/2013 | 12042 | | RM - Reclass AI Sports advance to owners equity per attached sch | | | -SPLIT- | 50,000.00 | | -13,715,748.01 |
| Credit Card Charge | 04/01/2013 | | Dish Network | Garry Jonas Amex | | | 20388 · AMEX - #21000 | 132,919.80 | | -13,848,667.81 |
| General Journal | 04/01/2013 | 12115 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 700.00 | | -13,849,367.81 |
| General Journal | 04/03/2013 | 20054 | | LM - transfer to Sports for opperating funds | | | -SPLIT- | | 50,000.00 | -13,799,367.81 |
| Bill | 04/15/2013 | 04/15/2013 | Nathan  Schulman (A) | 2012 extention - Garry Jonas | | | 20102 · A/P-ACH | 40,000.00 | | -13,839,367.81 |
| Check | 04/16/2013 | ACH | | 2012 extention for Garry's personal taxes | | | 10870 · Fifth Third AI Operating #9929 | 23,000.00 | | -13,862,367.81 |
| Bill | 04/30/2013 | April 2013 | GJ Holdings & Investments, Inc (A) | April 2013  600,000/12 = 50,000 | | | 20102 · A/P-ACH | 510,000.00 | | -14,372,367.81 |
| General Journal | 04/30/2013 | 12076 | | LM - Reclass AI Sports advance to owners equity per attached sch | | | -SPLIT- | 50,000.00 | | -14,422,367.81 |
| General Journal | 05/01/2013 | 12116 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 117,002.48 | | -14,539,370.29 |
| Check | 05/15/2013 | 20368 | Misner Grand Condo Association (C) | Refundable security deposit | | | 10870 · Fifth Third AI Operating #9929 | | 50,000.00 | -14,489,370.29 |
| Check | 05/15/2013 | 20369 | Misner Grand Condo Association (C) | Deposit for work being done @ Boca Condo relating to closing off a | | | 10870 · Fifth Third AI Operating #9929 | 7,500.00 | | -14,496,870.29 |
| Check | 05/23/2013 | WIRE | GJ Holdings & Investments, Inc (A) | Purchase of Rusty's shares for Rehab Center | | | 10870 · Fifth Third AI Operating #9929 | 2,500.00 | | -14,499,370.29 |
| Bill | 05/31/2013 | May 2013 | GJ Holdings & Investments, Inc (A) | May 2013  600,000/12 = 50,000 | | | 20102 · A/P-ACH | 100,000.00 | | -14,599,370.29 |
| General Journal | 05/31/2013 | 12085 | | LM - Reclass AI Sports advance to owners equity per attached sch | | | -SPLIT- | 50,000.00 | | -14,649,370.29 |
| General Journal | 06/01/2013 | 12116 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 177,911.22 | | -14,827,281.51 |
| Bill | 06/30/2013 | June 2013 | GJ Holdings & Investments, Inc (A) | June 2013  600,000/12 = 50,000 | | | 20102 · A/P-ACH | | 50,000.00 | -14,777,281.51 |
| General Journal | 06/30/2013 | 12118 | | RM - Reclass AI Sports advance to owners equity per attached sch | | | -SPLIT- | 50,000.00 | | -14,827,281.51 |
| Check | 07/11/2013 | ACH | White Sands Rehab Svcs. (A) | | | | 10870 · Fifth Third AI Operating #9929 | 120,913.48 | | -14,948,194.99 |
| Credit Card Charge | 07/17/2013 | | Publix | | | | 8864 Fifth Third MC - MH | 40,000.00 | | -14,988,194.99 |
| General Journal | 07/31/2013 | 12198 | | LM - Reclass AI Sports to owners equity per attached schedule - 8( | | | -SPLIT- | 99.98 | | -14,988,294.97 |
| General Journal | 08/08/2013 | 20065 | | LM - Funds sent to BMO GJHolding pertaining to White Sands Reh | | | 10400 · BOM 401664653-235 US | 310,702.69 | | -15,298,997.66 |
| General Journal | 08/31/2013 | 12210 | | LM - Reclass AI Sports to owners equity per attached schedule - 8( | | | -SPLIT- | 115,000.00 | | -15,413,997.66 |
| Check | 09/03/2013 | WIRE | White Sands Rehab Svcs. (A) | Please advance $25,000 by wire - Hatton will pay it back tomorrow | | | 10870 · Fifth Third AI Operating #9929 | 381,630.22 | | -15,795,627.88 |
| Deposit | 09/04/2013 | 1070 | | White Sands /David Hatton | | | 10870 · Fifth Third AI Operating #9929 | 25,000.00 | | -15,820,627.88 |
| General Journal | 09/10/2013 | FA004 | Apl ITunes | CC - 5th 3rd 8427 Garry Jonas Card - Sept Stmt | | | 8427 Fifth Third MC - GJ | | 25,000.00 | -15,795,627.88 |
| General Journal | 09/30/2013 | 12281 | | LM - Reclass AI Sports to owners equity per attached schedule - 8( | | | -SPLIT- | 76.76 | | -15,795,704.64 |
| General Journal | 10/31/2013 | 12316 | | LM - Reclass AI Sports to owners equity per attached schedule - 8( | | | -SPLIT- | 241,827.32 | | -16,037,531.96 |
| Credit | 11/01/2013 | Refund Garry deposit | Time Warner NYC (CC) | Refund deposited by Garry into personal | | | 20103 · A/P-CC | 315,246.88 | | -16,352,778.84 |
| Credit Card Charge | 11/08/2013 | | Paypal Spacemanjon | | | | 20395 · AMEX - 51009 - Acquinity | | 223.90 | -16,352,554.94 |
| Credit Card Charge | 11/10/2013 | | Paypal Spacemanjon | | | | 20395 · AMEX - 51009 - Acquinity | 600.00 | | -16,353,154.94 |
| Credit Card Charge | 11/12/2013 | | Paypal Spacemanjon | | | | 20395 · AMEX - 51009 - Acquinity | 300.00 | | -16,353,454.94 |
| Credit Card Charge | 11/15/2013 | | Paypal Spacemanjon | | | | 20395 · AMEX - 51009 - Acquinity | 500.00 | | -16,353,954.94 |
| Bill | 11/18/2013 | 11/18/2013 - Mike | Petty Cash | Cash from Jordan Soblick non Kare related | | | 20395 · AMEX - 51009 - Acquinity | 500.00 | | -16,354,454.94 |
| Credit Card Charge | 11/18/2013 | | Paypal Spacemanjon | | | | 20101 · A/P-Other | 400.00 | | -16,354,854.94 |
| Credit Card Charge | 11/19/2013 | | Paypal Spacemanjon | | | | 20395 · AMEX - 51009 - Acquinity | 500.00 | | -16,355,354.94 |
| Credit Card Charge | 11/22/2013 | | Arborne Internationalie | Irene - skin products | | | 20395 · AMEX - 51009 - Acquinity | 600.00 | | -16,355,954.94 |
| Bill | 12/17/2013 | Additional Advance | GJ Holdings & Investments, Inc (A) | Additional Advance | | | 20395 · AMEX - 51009 - Acquinity | 316.77 | | -16,356,271.71 |
| | | | | | | | 20102 · A/P-ACH | 15,000.00 | | -16,371,271.71 |
| **Total 31501 · Owners Distribution-Garry Jonas** | | | | | | | | **16,943,545.81** | **572,274.10** | **-16,371,271.71** |

**31502 · Owners Distribution-Greg Van Ho**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0.00 |
| General Journal | 12/31/2011 | RJE#202 | | MEL RJE per MBAF reclass owners distribution | | | 31501 · Owners Distribution-Garry Jonas | 385,006.96 | | -385,006.96 |
| General Journal | 12/31/2012 | 506 | | MEL- reclass for EOY | | ✓ | 14504 · 3Sixty3 | 0.00 | | -385,006.96 |
| General Journal | 12/31/2012 | 576 | | MEL-reclass to equity deemed owners contribution with full de | | ✓ | 14502 · Greg Van Horn | 0.00 | | -385,006.96 |
| General Journal | 12/31/2012 | 618 | | MEL-reclass to owners equity from owners advance per attached d | | | 14502 · Greg Van Horn | 960,392.56 | | -1,345,399.52 |
| General Journal | 12/31/2012 | 620 | | MEL-reclass owners advance to owners equity per attached sched | | | 14504 · 3Sixty3 | 633,431.00 | | -1,978,830.52 |
| General Journal | 12/31/2012 | 622 | | MEL-reclass owners advance to owners equity per attached sched | | | 11601 · Acquinity Sports | 321,338.68 | | -2,300,169.20 |
| General Journal | 12/31/2012 | RJE-203 | | MEL-distribute to Owners | | | 12022 · DME | 69,104.21 | | -2,369,273.41 |
| General Journal | 12/31/2012 | aje TB | | MEL-adj to record 2011 owner distribution for close of books per au | | | 32000 · Retained Earnings | | 385,006.96 | -1,984,266.45 |
| General Journal | 01/01/2013 | 507 | | MEL-reclass distribution for EOY | | | 13009 · Prepaid Other | 27,500.00 | | -2,011,766.45 |
| General Journal | 01/01/2013 | 507Adj | | RM - Owner's Gauranteed Payments | | | 60138 · Monthly Guaranteed Payments | | 27,500.00 | -1,984,266.45 |
| Bill | 01/10/2013 | Distributions | 3Sixty3 (A) | Distributions  from SM email 1/10 to invoices. | | | 20102 · A/P-ACH | 35,000.00 | | -2,019,266.45 |
| General Journal | 02/01/2013 | 12113 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | | 27,500.00 | -1,991,766.45 |
| Credit Card Charge | 02/06/2013 | | Uline Ship Supplies | I attached the email I sent to Patrick asking him to confirm. | | | 8864 Fifth Third MC - MH | 328.07 | | -1,992,094.52 |
| Bill | 02/28/2013 | February 2013 | 3Sixty3 (A) | February 2013  330,000/12 = 27,500 | | | 20102 · A/P-ACH | 27,500.00 | | -2,019,594.52 |
| General Journal | 02/28/2013 | 20055 | | LM - Reclass owners advance to owners equity per attached sched | | | 31501 · Owners Distribution-Garry Jonas | 30,096.57 | | -2,049,691.09 |

6:51 PM
12/20/13
Accrual Basis

**Acquinity Interactive LLC**
**Transactions by Account**
**As of December 31, 2013**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| General Journal | 03/01/2013 | 12114 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | | 27,500.00 | -2,022,191.09 |
| General Journal | 03/14/2013 | 678 | 3Sixty3 (A) | LM - transfer to A Sports as an owners distribution to cover TV Proc | | | 31501 · Owners Distribution-Garry Jonas | 10,000.00 | | -2,032,191.09 |
| Check | 03/27/2013 | WIRE | 3Sixty3 (A) | 2012 tax estimates | | | 10870 · Fifth Third AI Operating #9929 | 325,000.00 | | -2,357,191.09 |
| Bill | 03/31/2013 | March 2013 | 3Sixty3 (A) | March 2013  330,000/12 = 27,500 | | | 20102 · A/P-ACH | 27,500.00 | | -2,384,691.09 |
| General Journal | 03/31/2013 | 12042 | | RM - Reclass AI Sports advance to owners equity per attached sch | | | 31501 · Owners Distribution-Garry Jonas | 16,614.97 | | -2,401,306.06 |
| General Journal | 04/01/2013 | 12115 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | | 27,500.00 | -2,373,806.06 |
| General Journal | 04/03/2013 | 20054 | | LM - transfer to Sports for operating funds | | | 31501 · Owners Distribution-Garry Jonas | 5,000.00 | | -2,378,806.06 |
| Bill | 04/30/2013 | April 2013 | 3Sixty3 (A) | April 2013  330,000/12 = 27,500 | | | 20102 · A/P-ACH | 27,500.00 | | -2,406,306.06 |
| General Journal | 04/30/2013 | 12076 | | LM - Reclass AI Sports advance to owners equity per attached sche | | | 31501 · Owners Distribution-Garry Jonas | 14,625.30 | | -2,420,931.36 |
| General Journal | 05/01/2013 | 12116 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | | 27,500.00 | -2,393,431.36 |
| Bill | 05/31/2013 | May 2013 | 3Sixty3 (A) | May 2013  330,000/12 = 27,500 | | | 20102 · A/P-ACH | 27,500.00 | | -2,420,931.36 |
| General Journal | 05/31/2013 | 12085 | | LM - Reclass AI Sports advance to owners equity per attached sch | | | 31501 · Owners Distribution-Garry Jonas | 22,238.90 | | -2,443,170.26 |
| Credit Card Charge | 06/06/2013 | | VZWRLSS | | | | 8484 · Fifth Third MC - GVH | 635.99 | | -2,443,806.25 |
| General Journal | 06/30/2013 | 12118 | | RM - Reclass AI Sports advance to owners equity per attached sch | | | 31501 · Owners Distribution-Garry Jonas | 15,114.19 | | -2,458,920.44 |
| General Journal | 07/31/2013 | 12198 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 38,837.84 | | -2,497,758.28 |
| General Journal | 08/31/2013 | 12210 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 47,703.78 | | -2,545,462.06 |
| General Journal | 09/30/2013 | 12281 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 30,228.42 | | -2,575,690.48 |
| General Journal | 10/31/2013 | 12316 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 39,405.86 | | -2,615,096.34 |
| **Total 31502 · Owners Distribution-Greg Van Ho** | | | | | | | | **3,137,603.30** | **522,506.96** | **-2,615,096.34** |
| **31503 · Owners Distribution-Megalo Medi** | | | | | | | | | | |
| General Journal | 12/31/2011 | RJE#202 | | MEL RJE per MBAF reclass owners distribution | | | 31501 · Owners Distribution-Garry Jonas | 203,759.48 | | 0.00 |
| General Journal | 12/31/2012 | 505 | | MEL-reclass to equity for EOY | | | 14503 · Megalo Media | | 203,759.48 | -203,759.48 |
| General Journal | 12/31/2012 | 619 | | MEL-reclass owners advance to owners equity per attached detail | | ✦ | 14503 · Megalo Media | 0.00 | | -203,759.48 |
| General Journal | 12/31/2012 | 622 | | MEL-reclass owners advance to owners equity per attached sched | | | 11601 · Acquinity Sports | 1,318,430.92 | | -1,522,190.40 |
| General Journal | 12/31/2012 | RJE-203 | | MEL-distribute to Owners | | | 12022 · DME | 321,338.68 | | -1,843,529.08 |
| General Journal | 12/31/2012 | aje TB | | MEL-adj to record 2011 owner distribution for close of books per au | | | 32000 · Retained Earnings | 69,104.21 | | -1,912,633.29 |
| General Journal | 01/01/2013 | 509 | | MEL- Reclass Megalo for EOY | | | 13009 · Prepaid Other | | 203,759.48 | -1,708,873.81 |
| General Journal | 01/01/2013 | 509Adj | | RM - Owner's Gauranteed Payments | | | 60138 · Monthly Guaranteed Payments | 21,667.00 | | -1,730,540.81 |
| Bill | 01/10/2013 | Distributions | Megalo Media, Inc (A) | Distributions  see attached | | | 20102 · A/P-ACH | | 21,667.00 | -1,708,873.81 |
| General Journal | 02/01/2013 | 12113 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 35,000.00 | | -1,743,873.81 |
| Credit Card Charge | 02/06/2013 | | Uline Ship Supplies | Fans for gym being built at 2200 | | | 8864 · Fifth Third MC - MH | | 21,667.00 | -1,722,206.81 |
| Bill | 02/28/2013 | February 2013 | Megalo Media, Inc (A) | February 2013  260K / 12 = 21,667 | | | 20102 · A/P-ACH | 328.06 | | -1,722,534.87 |
| General Journal | 02/28/2013 | 20055 | | LM - Reclass owners advance to owners equity per attached sched | | | 31501 · Owners Distribution-Garry Jonas | 21,667.00 | | -1,744,201.87 |
| General Journal | 03/01/2013 | 12114 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 30,096.57 | | -1,774,298.44 |
| Credit Card Charge | 03/12/13 | | Minecraft | Personal | | | 8849 · Fifth Third MC - JG | | 21,667.00 | -1,752,631.44 |
| General Journal | 03/14/2013 | 678 | Megalo Media, Inc (A) | LM - transfer to A Sports as an owners distribution to cover TV Proc | | | 31501 · Owners Distribution-Garry Jonas | 26.95 | | -1,752,658.39 |
| Check | 03/27/2013 | WIRE | Megalo Media, Inc (A) | 2012 tax estimates | | | 10870 · Fifth Third AI Operating #9929 | 10,000.00 | | -1,762,658.39 |
| Bill | 03/31/2013 | March 2013 | Megalo Media, Inc (A) | March 2013  260K / 12 = 21,667 | | | 20102 · A/P-ACH | 255,000.00 | | -2,017,658.39 |
| General Journal | 03/31/2013 | 12042 | | RM - Reclass AI Sports advance to owners equity per attached sch | | | 31501 · Owners Distribution-Garry Jonas | 21,667.00 | | -2,039,325.39 |
| General Journal | 04/01/2013 | 12115 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 16,614.97 | | -2,055,940.36 |
| General Journal | 04/03/2013 | 20054 | | LM - transfer to Sports for operating funds | | | 31501 · Owners Distribution-Garry Jonas | | 21,667.00 | -2,034,273.36 |
| Bill | 04/30/2013 | April 2013 | Megalo Media, Inc (A) | April 2013  260K / 12 = 21,667 | | | 20102 · A/P-ACH | 5,000.00 | | -2,039,273.36 |
| General Journal | 04/30/2013 | 12076 | | LM - Reclass AI Sports advance to owners equity per attached sch | | | 31501 · Owners Distribution-Garry Jonas | 21,667.00 | | -2,060,940.36 |
| General Journal | 05/01/2013 | 12116 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 14,625.30 | | -2,075,565.66 |
| Bill | 05/31/2013 | May 2013 | Megalo Media, Inc (A) | May 2013  260K / 12 = 21,667 | | | 20102 · A/P-ACH | | 21,667.00 | -2,053,898.66 |
| General Journal | 05/31/2013 | 12085 | | LM - Reclass AI Sports advance to owners equity per attached sch | | | 31501 · Owners Distribution-Garry Jonas | 21,667.00 | | -2,075,565.66 |
| General Journal | 06/01/2013 | 12116 | | RM - Guaranteed Payments to Owners from Equity | | | 60138 · Monthly Guaranteed Payments | 22,238.90 | | -2,097,804.56 |
| Bill | 06/30/2013 | June 2013 | Megalo Media, Inc (A) | June 2013  260K / 12 = 21,667 | | | 20102 · A/P-ACH | | 21,667.00 | -2,076,137.56 |
| General Journal | 06/30/2013 | 12118 | | RM - Reclass AI Sports advance to owners equity per attached sch | | | 31501 · Owners Distribution-Garry Jonas | 21,667.00 | | -2,097,804.56 |
| General Journal | 07/31/2013 | 12198 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 15,114.18 | | -2,112,918.74 |
| General Journal | 08/31/2013 | 12210 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 38,837.84 | | -2,151,756.58 |
| General Journal | 09/30/2013 | 12281 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 47,703.78 | | -2,199,460.36 |
| Credit Card Charge | 10/01/2013 | | Hilton Hotel | | | | 8849 · Fifth Third MC - JG | 30,228.42 | | -2,229,688.78 |
| General Journal | 10/31/2013 | 12316 | | LM - Reclass AI Sports to owners equity per attached schedule - 8C | | | 31501 · Owners Distribution-Garry Jonas | 489.39 | | -2,230,178.17 |
| | | | | | | | | 39,405.86 | | -2,269,584.03 |
| **Total 31503 · Owners Distribution-Megalo Medi** | | | | | | | | **2,603,345.51** | **333,761.48** | **-2,269,584.03** |
| **31505 · Other Distributions-Owners** | | | | | | | | | | |
| General Journal | 11/30/2012 | 490 | | MEL- reclass - deemed owners distribution | | ✦ | 14507 · Jonas-Sports | 0.00 | 0.00 | 0.00 |
| General Journal | 11/30/2012 | 492 | | MEL- reclass deemed equity | | ✦ | 11601 · Acquinity Sports | 0.00 | | 0.00 |
| General Journal | 12/31/2012 | 4930 | | MEL-reclass deemed owners distribution | | ✦ | 11601 · Acquinity Sports | 0.00 | | 0.00 |
| **Total 31505 · Other Distributions-Owners** | | | | | | | | **0.00** | **0.00** | **0.00** |
| **Total 31500 · Owners Distribution** | | | | | | | | **22,684,494.62** | **1,428,542.54** | **-21,255,952.08** |
| **TOTAL** | | | | | | | | **22,684,494.62** | **1,428,542.54** | **-21,255,952.08** |