# Exhibit 12



Division of Corporations                                                        https://...sunbiz.org...ts/efilc...r.exe

# Florida Department of State
## Division of Corporations
### Electronic Filing Cover Sheet

---

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H13000189323 3)))

H130001893233ABCJ

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

---

To:
      Division of Corporations
      Fax Number    : (850)617-6383

From:
      Account Name   : CORPORATE CREATIONS INTERNATIONAL INC.
      Account Number : 110432003053
      Phone          : (561)694-8107
      Fax Number     : (561)694-1639

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: _____

---

### Foreign Limited Liability Company
### INBOX EXPRESS, LLC

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $130.00 |

RECEIVED 13 AUG 26 AM 11:07
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

AUG 2 7 2013
A. LUNT

FILED 2013 AUG 26 AM 11:38
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. **INBOX EXPRESS, LLC**
   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

   (If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida and attach a copy of the written consent of the managers or managing members adopting the alternate name. The alternate name must include "Limited Liability Company," "L.L.C.," "LLC.")

2. **Delaware**
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. _____
   (FEI number, if applicable)

4. **11/05/2012**
   (Date of Organization)

5. **Perpetual**
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. **08/26/2013**
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. **265 S. Federal Highway, Suite 260**
   **Deerfield Beach, FL 33441**
   (Street Address of Principal Office)

   FILED 2013 AUG 26 AM 11:39

8. If limited liability company is a manager-managed company, check here ■

9. The name and usual business addresses of the managing members or managers are as follows:

   IEP PARTNERS, LLC - 265 S. Federal Highway, Suite 260 Deerfield Beach, FL 33441

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: **Any and all lawful purposes**

    _____
    Signature of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.)

    **IEP PARTNERS, LLC - Managing Manager by: Kristine Roy, Special Manager**
    Typed or printed name of signee

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the Limited Liability Company is:

**INBOX EXPRESS, LLC**

If unavailable, the alternate to be used in the state of Florida is:

2. The name and the Florida street address of the registered agent and office are:

**Corporate Creations Network Inc.**
(Name)

**11380 Prosperity Farms Road #221E**
Florida Street Address (P.O. Box NOT ACCEPTABLE)

**Palm Beach Gardens** FL **33410**
City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

_____
(Signature)

**Kristine Roy, Special Secretary**

$ 100.00   Filing Fee for Application
$  25.00   Designation of Registered Agent
$  30.00   Certified Copy (optional)
$   5.00   Certificate of Status (optional)

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "INBOX EXPRESS, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-SIXTH DAY OF AUGUST, A.D. 2013.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "INBOX EXPRESS, LLC" WAS FORMED ON THE FIFTH DAY OF NOVEMBER, A.D. 2012.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

5236842  8300

131022955

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 0689591

DATE: 08-26-13