UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,                                                      CASE NO.: 0:13-CV-61448

        v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA LLC;
WARREN RUSTIN, an individual,
8333947 CANADA INC; and JOHN DOES 1-100,

    Defendants.
_____/

### CERTIFICATION OF COUNSEL PURSUANT TO L.R. 7.1(A)(3) REGARDING PLAINTIFF'S MOTION TO ENFORCE THIS COURT'S ORDER

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel hereby certifies that he conferred with all parties or non-parties who may be affected by the relief sought in Plaintiff's Motion to Enforce this Court's Order and Motion for Sanctions [DE 98] (the "Motion") in a good faith effort to resolve the issues, but has been unable to do so. Specifically, on January 30, 2014, counsel for all parties engaged in a telephone conference call pursuant to the Court's scheduling order. Prior to that call, counsel for Plaintiff circulated a draft scheduling report that noted Defendants' production mostly included documents that appeared to be selectively printed from electronic QuickBooks records, but that the electronic records were not produced. On that call, counsel for Plaintiff reiterated the affirmative obligation for Defendants to produce said QuickBooks records and Defendants' counsel agreed to consult with their clients concerning the feasibility of producing such electronic records.

By letter dated February 14, 2014 (a copy of which is annexed to the Motion as Exhibit B),

1

counsel for Plaintiff contacted counsel for Defendants, seeking resolution of certain discovery deficiencies and production of missing documents, including, but not limited to, company books, ledgers, financial statements and electronic QuickBooks files.  Counsel for Defendants responded by letter dated February 18, 2014 (a copy of which is annexed to the Motion as Exhibit C), refusing to reimburse costs regarding Bates numbering, refusing to provide written responses to the First Request for all Defendants but Warren Rustin, and refusing to otherwise supplement the production according to the deficiencies outlined on the January 30 conference call or February 14 letter.

*DATED* this 24th day of February 2014.

**HARTLEY LAW OFFICES, PLC**
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By:  /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066

**LEWIS & LIN, LLC**
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By:  /s/ Brett E. Lewis
BRETT E. LEWIS
JUSTIN MERCER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on all counsel or parties of record identified on the attached service list below via email and/or U.S. Mail.

/s/ Timothy M. Hartley
Timothy M. Hartley, Esq.
Hartley@hartleylaw.net
HARTLEY LAW OFFICES, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, Florida 33316
Tel. 954-357-9973
Fax: 954-357-2275
Attorney for Plaintiff

## SERVICE LIST

*Onier Llopiz, Esq.* (FBN 579475)
Email: ol@lydeckerdiaz.com
*Joan Carlos Wizel, Esq.* (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com
*Roland Potts, Esq.* (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com
LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190
Attorneys for Defendants