UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 13-61448-CIV-Marra/Matthewman

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

vs.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA,
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.,

    Defendants.
_____/



## ORDER SETTING HEARING

THIS CAUSE is before the Court upon Defendant 8333947 Canada, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint or Alternatively Motion for More Definite Statement [DE 81] and Plaintiff, Pulsepoint, Inc., f/k/a Datran Media Corp.'s Motion to Enforce This Court's Order and Motion for Sanctions [DE 98]. These matters were referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DEs 40, 85.

It is hereby **ORDERED** that a hearing on the motions shall be held as follows:

1

```
DATE:    Tuesday, March 18, 2014
TIME:    1:30 P.M.
PLACE:   United States District Court
         701 Clematis Street
         West Palm Beach, Florida
         Fourth Floor, Courtroom 2;
```

**DONE and ORDERED** in Chambers this 24th day of February, 2014, at West Palm Beach, Palm Beach County in the Southern District of Florida.

*/s/ William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE