**Joan Carlos Wizel**

| | |
|---|---|
| **From:** | Joan Carlos Wizel |
| **Sent:** | Tuesday, February 11, 2014 12:41 PM |
| **To:** | Tim Hartley; Alex Pastukh |
| **Cc:** | Brett Lewis; Onier Llopiz; Justin Mercer |
| **Subject:** | RE: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al. |
| **Attachments:** | Proposed Joint Scheduling Rep and Discovery Plan (Edits Per Rule 26 Conference).doc; Pulsepoint - Proposed Scheduling Order (LL + LD edits after Rule 26 Conference).docx |

All:

I just spoke with Alex about this. Please find attached:

(a) the revised Joint Scheduling Report and Joint Discovery Plan updated based on the discussion at the Rule 26 Conference. Please note we made final or additional revisions to the sections of the report noted below.

(b) The revised/re-lined, proposed Scheduling Order based on the draft received from Justin after the Rule 26 Conference.

---

### REPORT OF THE PARTIES' CONFERENCE PURSUANT TO LOCAL RULE 16.1(b)

**(C)** **Proposed limits on the time to:**

| | |
|---|---|
| Mandatory Rule 26(a) Initial Disclosures (including production of hard documents). Production of electronically-stored information shall occur one week after production of the hard documents. | February 14, 2014 [changed from February 12] |

### JOINT PROPOSED SCHEDULING REPORT
### ELEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26(f)

**(C)** **Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:**

The parties agree to comply with Federal Rules of Civil Procedure 26(a)(A)(ii), 34(b)(1)(C) and 34(b)(2) in connection with the disclosure and discovery of electronically stored information. Documents, including electronic discovery, will be produced in the form as they are kept in the usual course of business or in a form in which it is ordinarily maintained, pursuant to Federal Rules of Civil Procedure 34(b)(2).

[Note: Please note that, upon receipt of a discovery request for it, ModernAd Media, LLC will agree to produce, at Plaintiff's expense, the Quickbook files of its company books, ledgers, and financial records in electronic form. Requests from other Defendants will be evaluated on a case-by-case basis.]

**(D)** **Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order:**

A party may seek a court order should it claim a privilege or seek protection of documents [deleted: "as trial-preparation materials"].

**(E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:**

Plaintiff submits that the overwhelming majority of documents in this case originated from Defendants and are in Defendants' possession or control. As such, Plaintiff believes that only very limited discovery from Defendants would be appropriate. Plaintiff reserves the right to move for a protective order in the event that Defendant serves unduly burdensome or vexatious discovery requests. Defendants, on the other hand, submit that discovery will be conducted equally on both sides, not only on the claims asserted by Plaintiff, but also on the defenses raised and available to each Defendant. [Inserted Defendants' position.] Except as stated herein or set forth in the parties' Joint Proposed Scheduling Order attached hereto, which accounts for discovery anticipated and conducted to date, the parties do not recommend or seek changes to the limitations on discovery imposed by the Federal Rules of Civil Procedure and the Local Rules.

**(I) Preliminary estimate of the time required for trial:**

The parties estimate that twelve (12) days [this was not discussed during the conference] will be required for the jury trial, including jury selection.

---

Please advise on the drafts so we can finalize and file.

Thank you,

Joan Carlos.

**Joan Carlos Wizel** | Partner
**T** 305 416 3180   **D** 305 415 6276   **W** www.lydeckerdiaz.com
Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131



Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

---

**From:** Joan Carlos Wizel
**Sent:** Tuesday, February 11, 2014 11:43 AM
**To:** Tim Hartley; Alex Pastukh
**Cc:** Brett Lewis; Onier Llopiz; Justin Mercer
**Subject:** RE: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al.

Tim:

I prepared a revised Joint Scheduling Report and Joint Discovery Plan based on the discussion at the Rule 26 Conference, and also reviewed and made edits to the proposed Scheduling Order received from Justin. I have provided those to Alex for his input so we can circulate a fully

annotated draft, hopefully today. I would suggest you don't file a premature proposed order (I believe that under Local Rules, Federal Rules of Civil Procedure, and the Court's Order on the issue, the report and proposed scheduling order are not yet due—they're due 14 days after the conference), as I think we can and should file the joint report and joint proposed scheduling order as required.

Best regards,

Joan Carlos.

**Joan Carlos Wizel** | Partner
**T** 305 416 3180   **D** 305 415 6276   **W** www.lydeckerdiaz.com
Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131



 Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

**From:** Tim Hartley [mailto:hartley@hartleylaw.net]
**Sent:** Monday, February 10, 2014 4:14 PM
**To:** Joan Carlos Wizel; Alex Pastukh
**Cc:** Brett Lewis; Onier Llopiz; Justin Mercer
**Subject:** RE: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al.

Gentlemen –

Counsel for the plaintiff has been attempting to obtain your comments/approval on the joint scheduling report and proposed scheduling order since January 30.

Please be advised that unless we receive the requested comments by the close of business tomorrow, we will have no alternative but to unilaterally file the Plaintiff's version of the Joint Scheduling Report and Proposed Scheduling Order. We await your compliance.

Timothy M. Hartley, Esq.
# Hartley Law Offices, PLC
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
t: 954.357.9973
f: 954.357.2275
www.hartleylaw.net



The information in this message and any attachments are intended only for the person to which this message is addressed, and it may include confidential, proprietary and/or privileged material. Any review, reproduction, transmission, dissemination or other use of this information by persons other than the intended recipient is prohibited. If you have received this message in error, please contact the sender and delete the information from all computers. Thank you.

 Please consider the environment before printing this e-mail

**From:** Joan Carlos Wizel [mailto:jcw@lydeckerdiaz.com]
**Sent:** Monday, February 10, 2014 3:52 PM
**To:** Justin Mercer; Alex Pastukh
**Cc:** Brett Lewis; Onier Llopiz; Tim Hartley
**Subject:** RE: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al.

Justin:

Our client is considering the costs/difficulty involved in your request so we can give you a definitive answer upfront. As soon as we get that information I'll circulate our draft of the report.

Regards,

Joan Carlos.

**Joan Carlos Wizel** | Partner
**T** 305 416 3180   **D** 305 415 6276   **W** www.lydeckerdiaz.com
Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131



Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

**From:** Justin Mercer [mailto:justin@ilawco.com]
**Sent:** Monday, February 10, 2014 11:25 AM
**To:** Alex Pastukh; Joan Carlos Wizel
**Cc:** Brett Lewis; Onier Llopiz; Tim Hartley
**Subject:** Re: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al.

Counsel:

We're still awaiting your responses on the drafts. Please advise as to the status.

Regards,


**Justin Mercer**
Associate
Lewis & Lin, LLC
45 Main Street, Suite 608

Brooklyn, NY 11201
tel. (718) 243-9323 Ext. 6
fax. (718) 243-9326
justin@iLawco.com
iLawco.com | TrademarkAttorneys.com

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Wed, Feb 5, 2014 at 2:01 PM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:
Justin:

I'm not ini the office today, but I'll circulate our draft tomorrow.

Regards.

Sent from my iPad

On Feb 4, 2014, at 4:15 PM, "Justin Mercer" <justin@ilawco.com> wrote:

> Counsel:
>
> To follow-up on our conversation, let us know if you have any comments with the draft scheduling order.  We were awaiting confirmation from you after you had an opportunity to speak with your respective clients.  Both the proposed scheduling order and joint scheduling report were due to be filed last Thursday, Jan. 30, 2014.  Please advise on the status as soon as possible.
>
> Regards,
>
>
> **Justin Mercer**
> Associate
> Lewis & Lin, LLC
> 45 Main Street, Suite 608
> Brooklyn, NY 11201
> tel. (718) 243-9323 Ext. 6
> fax. (718) 243-9326
> justin@iLawco.com
> iLawco.com | TrademarkAttorneys.com
>
> This electronic message transmission contains information from this law firm which may
> be confidential or privileged. The information is intended to be for the use of the
> individual or entity named above. If you are not the intended recipient, be aware
> that any disclosure, copying, distribution or use of the contents of this information
> is prohibited.

On Thu, Jan 30, 2014 at 2:11 PM, Justin Mercer <justin@ilawco.com> wrote:

> Counsel:
>
> Per our conversation, please see revised scheduling order, with our changes tracked from the original draft.  Hopefully, we can agree to a single version to submit.  Please advise if you have any comments.  We look forward to your clients' responses concerning electronic discovery as reflected in the joint scheduling report and discovery plan.
>
> Regards,
>
>
> **Justin Mercer**
> Associate
> Lewis & Lin, LLC
> 45 Main Street, Suite 608
> Brooklyn, NY 11201
> tel. (718) 243-9323 Ext. 6
> fax. (718) 243-9326
> justin@iLawco.com
> iLawco.com | TrademarkAttorneys.com
>
> This electronic message transmission contains information from this law firm
> which may be confidential or privileged. The information is intended to be for the use
> of the individual or entity named above. If you are not the intended recipient, be aware
> that any disclosure, copying, distribution or use of the contents of this information
> is prohibited.
>
>
> On Thu, Jan 30, 2014 at 11:31 AM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:
>
>> Here is the dial-in information:
>>
>>
>> Dial Toll Free Number: 18005480170
>>
>> Dial matter code first: (11000)
>>
>> Enter participant code:  0138236
>>
>>
>>
>> Joan Carlos Wizel | Partner
>>
>> T 305 416 3180   D 305 415 6276   W www.lydeckerdiaz.com
>>
>> Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131

<image001.png>

<image002.jpg>Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

**From:** Joan Carlos Wizel
**Sent:** Thursday, January 30, 2014 11:19 AM
**To:** Justin Mercer
**Cc:** Alex Pastukh; Brett Lewis; Onier Llopiz; Tim Hartley
**Subject:** RE: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al.

Setting one up. We'll send the call in shortly.

**Joan Carlos Wizel** | Partner

T 305 416 3180    D 305 415 6276    W www.lydeckerdiaz.com

Lydecker │ Diaz │ 1221 Brickell Avenue, 19th Floor │ Miami, FL 33131

<image001.png>

<image002.jpg>Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

**From:** Justin Mercer [mailto:justin@ilawco.com]
**Sent:** Thursday, January 30, 2014 11:06 AM
**To:** Joan Carlos Wizel
**Cc:** Alex Pastukh; Brett Lewis; Onier Llopiz; Tim Hartley
**Subject:** Re: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al.

There are at least 4 firms on this call.  Lydecker Diaz, Lewis & Lin, Hartley & Pastukh.

**Justin Mercer**

Associate
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
tel. (718) 243-9323 Ext. 6
fax. (718) 243-9326
justin@iLawco.com

iLawco.com | TrademarkAttorneys.com

This electronic message transmission contains information from this law firm
which may be confidential or privileged. The information is intended to be for the use
of the individual or entity named above. If you are not the intended recipient, be aware
that any disclosure, copying, distribution or use of the contents of this information
is prohibited.

On Thu, Jan 30, 2014 at 10:58 AM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:

Justin:

No; I thought there were only 3 parties to this conference call—if that's the case we don't need one. Are we anticipating to use more lines?

**Joan Carlos Wizel** | Partner

T 305 416 3180    D 305 415 6276    W www.lydeckerdiaz.com

Lydecker | Diaz | 1221 Brickell Avenue, 19th Floor | Miami, FL 33131

<image001.png>

<image002.jpg>Please consider the environment before printing this email.

The information contained in this electronic mail transmission is intended by Lydecker | Diaz for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Lydecker | Diaz at (305) 416-3180, so that our address record can be corrected.

**From:** Justin Mercer [mailto:justin@ilawco.com]
**Sent:** Thursday, January 30, 2014 10:44 AM
**To:** Joan Carlos Wizel
**Cc:** Alex Pastukh; Brett Lewis; Onier Llopiz; Tim Hartley

**Subject:** Re: Pulsepoint, Inc. v. 7657030 Canada, Inc. et al.

Joan Carlos:

Do you have a conference call dial-in?

Thanks,

Justin

**Justin Mercer**

Associate
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
tel. (718) 243-9323 Ext. 6
fax. (718) 243-9326
justin@iLawco.com

iLawco.com | TrademarkAttorneys.com

9

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Thu, Jan 30, 2014 at 8:35 AM, Tim Hartley <hartley@hartleylaw.net> wrote:

Good for me

Timothy M. Hartley, Esq.

Hartley Law Offices, PLC

800 Southeast Third Avenue

Fourth Floor

Fort Lauderdale, Florida 33316

t: 954.357.9973

f: 954.357.2275

www.hartleylaw.net

sent from my handheld please pardon any typos

On Jan 30, 2014, at 8:14 AM, Justin Mercer <justin@ilawco.com> wrote:

> Works for us.
>
> On Thursday, January 30, 2014, Alex Pastukh <apastukh@appalaw.com> wrote:
>
> Sounds good.
>
> Alexander Pastukh, Esq.
>
> Law Office of Alexander Pastukh, P.A.
>
> 1395 Brickell Avenue, Suite 800

> > Miami, FL 33131
> >
> > Tel: (305) 502-5715
>
>
> Sent from my iPhone
>
>
> On Jan 30, 2014, at 8:10 AM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:
>
> > Let's schedule for 11:30 am.
> >
> >
> > On Jan 29, 2014, at 6:20 PM, "Justin Mercer" <justin@ilawco.com> wrote:
> >
> > > We are available between 9am and 1pm tomorrow.  To facilitate our discussion, please see attached draft documents with our comments.
> > >
> > >
> > >
> > > **Justin Mercer**
> > >
> > > Associate
> > > Lewis & Lin, LLC
> > > 45 Main Street, Suite 608
> > > Brooklyn, NY 11201
> > > tel. (718) 243-9323 Ext. 6
> > > fax. (718) 243-9326
> > > justin@iLawco.com
> > >
> > > iLawco.com | TrademarkAttorneys.com
> > >
> > >
> > > This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Wed, Jan 29, 2014 at 5:29 PM, Alex Pastukh <apastukh@appalaw.com> wrote:

I am available tomorrow up until 3:00 pm.

Alexander Pastukh, Esq.

Law Office of Alexander Pastukh, P.A.

1395 Brickell Avenue, Suite 800

Miami, FL 33131

Tel: (305) 502-5715

Sent from my iPhone

On Jan 29, 2014, at 2:20 PM, Joan Carlos Wizel <jcw@lydeckerdiaz.com> wrote:

> Gentlemen:
>
> I am sorry but something has come up and I won't be able to make it to the conference call today. Please let me know if you are available tomorrow. My schedule is flexible all day. My apologies for any inconvenience.
>
> Joan Carlos.
>
> **Joan Carlos Wizel** | Partner
>
> T 305 416 3180   D 305 415 6276   W www.lydeckerdiaz.com

12

--
Sent from my iPad

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3681/7039 - Release Date: 01/28/14

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3681/7039 - Release Date: 01/28/14

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3681/7039 - Release Date: 01/28/14

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3684/7058 - Release Date: 02/03/14

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3684/7058 - Release Date: 02/03/14

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3684/7058 - Release Date: 02/03/14

No virus found in this message.
Checked by AVG - www.avg.com

Version: 2013.0.3462 / Virus Database: 3684/7058 - Release Date: 02/03/14
Internal Virus Database is out of date.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3462 / Virus Database: 3684/7058 - Release Date: 02/03/14
Internal Virus Database is out of date.