# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### HONORABLE WILLIAM MATTHEWMAN

===========================================================

CASE NO. 13-61448-CV-Marra/Matthewman   DATE 03/18/2014 @ 1:30 P.M.

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,

             Plaintiff,

vs.

7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA INC.,

             Defendants.
_____/



FILED by K_ D.C.
MAR 1 8 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

For Plaintiff: TIMOTHY HARTLEY, BRETT LEWIS
For Defendant: JOAN CARLOS WIZEL, ALEXANDER PASTUKH

**TYPE OF HEARING: HEARING on on 81 Defendant's MOTION TO DISMISS 28 Amended Complaint FOR FAILURE TO STATE A CLAIM Or Alternatively For More Definite Statement and 98 MOTION to enforce discovery order and Motion for Sanctions**

Counsel present. Argument held.
Defense counsel for 8333947 Canada Inc. gave argument regarding motion to dismiss.
Plaintiff's counsel conceded that Amended Complaint could be better pled as to Defendant 8333947 Canada Inc. - recommended that Court deny motion to dismiss as moot - no objection to Court recommending that the motion to dismiss be granted and Plaintiff be given leave to re-file new complaint.
Argument regarding discovery motion held.
Motion is granted in part and denied in part.
Plaintiff's request for sanctions was also denied. Written order to be issued.

TIME IN COURT: 1:40-2:56 PM   DAR: 13:40.00
(1 HOUR 16 MINS)