UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,

    Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a PUREADS, et. al.

    Defendants.

Case No. 13-61448-CIV
MARRA/MATTHEWMAN

**AFFIDAVIT OF BRETT E. LEWIS**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF KINGS      )

BRETT E. LEWIS, being duly sworn, deposes and states as follows:

    1.    I am an attorney duly admitted to practice in the State of New York and admitted *pro hac vice* before this Court. I am a partner at the law firm of Lewis & Lin, LLC ("Lewis & Lin"), which represents the plaintiff PULSEPOINT, INC., in this action. I submit this affidavit in support of Plaintiff's Motion to Compel *In Camera* Inspection of Defendants' Privilege Log Documents.

    2.    I have personal knowledge of all matters stated herein, or I am familiar with the facts and circumstances of the instant action based upon records and files maintained by this office, upon records produced by Defendants in this action, 7657030 Candada Inc., d/b/a

Acquinity Interactive, LLC, f/k/a Pureads, et. al. (hereinafter, "Defendants"), upon Plaintiff's statements and all pleadings previously filed herein.

3. Attached hereto as "**Exhibit 1**" are true and correct copies of correspondence between the parties regarding the disputed privilege claims to 42 documents.

4. Attached hereto as "**Exhibit 2**" is a true and correct copy of Defendants Second Amended Privilege log.

5. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant excerpts of the October 28, 2013 Deposition Transcript of Warren Rustin.

6. Attached hereto as "**Exhibit 4**" is a true and correct copy of the email dated November 4, 2010 between Garry Jonas and Warren Rustin.

7. Attached hereto as "**Exhibit 5**" is a true and correct copy of a December 17, 2010 email from Defendant's document production from Phil Jenkins to, *inter-alia,* Scott Modist, regarding the roughly $500,000 ModernAd spent in 2010 on setting up the office for Revenue Path and Indicus in Pune India.

8. Attached hereto as "**Exhibit 6**" are true and correct copies of Warren Rustin's 2011 tax returns.

9. Attached hereto as "**Exhibit 7**" are true and correct copies of correspondence revealing that the same lawyers who represented ModernAd and Acquinity also represented Indicus and the Revenue Path companies.

10. Attached hereto as "**Exhibit 8**" are true and correct copies of Defendant's Termination Agreements of ModernAd's revenue sharing with the Revenue Path companies and Indicus.

11. Attached hereto as "**Exhibit 9**" is a true and correct copy of the purported services agreement between Indicus and 7653070, Canada, Inc.

12. Attached hereto as "**Exhibit 10**" are true and correct copies of email correspondence between Acquinity's lawyer, Bradley A. Walker from Buchanan Ingersoll and David Hatton, another Acquinity-ModernAd lawyer.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
April 7, 2014

_____
BRETT E. LEWIS

Sworn to before me this
7th day of April, 2014

_____
Notary Public

JUSTIN H. R. MERCER
Notary Public, State of New York
No. 02ME6278715
Qualified in New York County
Commission Expires March 25, 2017

3