EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61448-CIV-MARRA

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

       Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

       Defendants.

_____/

**DEFENDANTS, 7657030 CANADA INC., ACQUINITY INTERACTIVE, LLC,
MODERNAD MEDIA LLC, AND WARREN RUSTIN'S
<u>SECOND AMENDED PRIVILEGE LOG</u>**

      Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC,

and Warren Rustin (collectively "Defendants"), by and through undersigned counsel, and pursuant

to Federal Rule of Civil Procedure 26 (b)(5) and Southern District Local Rule 26.1(g)(3)(C),

hereby provide notice of their expressed claim that the documents listed herein are privileged or

otherwise subject to protection as trial preparation material.

1

## SECOND AMENDED PRIVILEGE LOG

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 1. | 2/12/2010 | Email | Tammy Knight[1] | Jesse Tomalty[2] Rodney Bell[3] | Communication regarding draft of contemplated asset purchase agreement. | Attorney client communication |
| 2. | | Attachment – Word Document | | | Draft of contemplated asset purchase agreement prepared by counsel. | Attorney client communication |
| 3. | 11/4/2010 | Email | Scott Modist[4] | Garry Jonas[5] Warren Rustin[6] Jesse Tomalty | Communication regarding information required for preparation of agreements with one (1) attachment. | Attorney client communication |
| 4. | | Attachment - Spreadsheet | | | Notes to counsel regarding information required for preparation of agreements. | Attorney client communication |
| 5. | | Attachment – Excel spreadsheet | | | Spread regarding assets, liabilities, action items, and vendors; each tab within spreadsheet lists various information regarding each of the above referenced topics. | Attorney client communication |

[1] Attorney (Holland & Knight) representing ModernAd Media, LLC and Acquinity Interactive, LLC
[2] General Counsel for Acquinity Interactive, LLC
[3] Attorney (Holland & Knight) representing ModernAd Media, LLC and Acquinity Interactive, LLC
[4] Employee of Acquinity Interactive, LLC (Chief Financial Officer)
[5] Owner of Acquinity Interactive, LLC
[6] Owner of ModernAd Media, LLC

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 6. | 12/6/2010 | Email | Steven Kravitz[7] | Jesse Tomalty Howard Greenspoon[8] | Communication regarding draft of contemplated asset purchase agreement with twenty (20) attachments. | Attorney client communication |
| 7. | 12/9/2010 | Email | Rodney Bell | Jesse Tomalty | Communication regarding drafts of documents contemplated for purchase of limited liability company interest with three (3) attachments. | Attorney client communication |
| 8. | 12/13/2010 | Email | Jesse Tomalty | Leon Krantzberg[9] Steve Moses[10] Scott Modist Howard Greenspoon | Communication reflecting advice of counsel regarding authorized share capital for member of 7657030 Canada, Inc. | Attorney client communication |
| 9. | 12/14/2010 | Email | Leon Krantzberg | Jesse Tomalty Scott Modist Howard Greenspoon Steve Moses | Communication reflecting advice of counsel regarding authorized share capital for member of 7657030 Canada, Inc. | Attorney client communication |
| 10. | 12/14/2010 | Email | Jesse Tomalty | Howard Greenspoon Lina Dimaio[11] | Communication regarding advice regarding authorized share capital for member of 7657030 Canada, Inc. | Attorney client communication |

[7] Attorney (Greenspoon Perrault, LLP) representing ModernAd Media, LLC and Acquinity Interactive, LLC
[8] Attorney (Greenspoon Perrault, LLP) representing ModernAd Media, LLC and Acquinity Interactive, LLC
[9] Accountant – PSB Boisjoli
[10] Accountant – PSB Boisjoli

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 11. | 12/14/2010 | Email | Jesse Tomalty | Lina DiMaio | Communication regarding advice regarding authorized share capital for member of 7657030 Canada, Inc. | Attorney client communication |
| 12. | 12/15/2010 | Email | Lina DiMaio | Howard Greenspoon | Communication regarding advice regarding authorized share capital for member of 7657030 Canada, Inc. | Attorney client communication |
| 13. | 12/15/2010 | Email | Howard Greenspoon | Lina DiMaio | Communication regarding advice regarding authorized share capital for member of 7657030 Canada, Inc. | Attorney client communication |
| 14. | 12/15/2010 | Email | Lina DiMaio | Jesse Tomalty | Communication regarding documents required for registration in Florida. | Attorney client communication |
| 15. | 12/15/2010 | Email | Jesse Tomalty | Lina DiMaio | Communication regarding documents required for registration in Florida. | Attorney client communication |
| 16. | 12/15/2010 | Email | Lina DiMaio | Jesse Tomalty | Communication regarding documents required for registration in Florida. | Attorney client communication |
| 17. | 12/15/2010 | Email | Lina DiMaio | Jesse Tomalty | Communication regarding documents required for registration in Florida with two (2) attachments. | Attorney client communication |

4

11 Paralegal (Greenspoon Perreault, LLP) representing ModernAd Media, LLC and Acquinity Interactive, LLC

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 18. | 12/17/2010 | Email | David Hatton | Jesse Tomalty | Communication regarding draft of contemplated amended and restated services agreement and contemplated ancillary agreements. | Attorney client communication |
| 19. | 1/5/2011 | Email | Jesse Tomalty | David Hatton | Communication regarding advice concerning issuance of share certificates and shareholders agreement. | Attorney client communication |
| 20. | 1/5/2011 | Email | David Hatton | Jesse Tomalty | Communication regarding advice concerning issuance of share certificates and shareholders agreement. | Attorney client communication |
| 21. | 1/5/2011 | Email | Jesse Tomalty | David Hatton | Communication regarding advice for revisions to draft of contemplated agreements to terminate services agreements and ancillary agreements. | Attorney client communication |
| 22. | 1/13/2011 | Email | Lina DiMaio | Jesse Tomalty Emily Goldsmith[12] | Communication regarding corporate documents for 7657030 Canada Inc. | Attorney client communication |
| 23. | 1/13/2011 | Email | Lina Dimaio | Jesse Tomalty Emily Goldsmith Leon Krantzberg | Communication reflecting advice of counsel regarding authorized share capital with four (4) attachments. | Attorney client communication |

[12] Employee of Acquinity Interactive, LLC (Legal Assistant)

5

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 24. | 1/24/2011 | Email | Jesse Tomalty | Lina DiMaio Howard Greenspoon | Communication regarding contemplated d/b/a and subsidiary of 7657030 Canada Inc. | Attorney client communication |
| 25. | 1/26/2011 | Email | Lina DiMaio | Jesse Tomalty | Communication regarding contemplated draft of organizational minutes, subscription agreement, book register, and amended declaration of correction with four (4) attachments. | Attorney client communication |
| 26. | 5/27/2011 | Email | Jesse Tomalty | Patrick Devine[13] | Communication regarding Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc. with three (3) attachments (Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc. in 3 parts). | Attorney client communication |
| 27. | 5/31/2011 | Email | Jesse Tomalty | Joaquin Alemany[14] Shannon Gierasch[15] | Communication regarding Asset Purchase Agreement between ModernAd Media, LLC and Acquinity Interactive with three (3) attachments (Asset Purchase Agreement in 3 parts). | Attorney client communication |

[13] Employee (Corp. Controller) of Acquinity Interactive, LLC
[14] Attorney (Holland & Knight) representing ModernAd Media, LLC and Acquinity Interactive, LLC

6

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 28. | 6/16/2011 | Email | Jesse Tomalty | Stephen Gierasch[16] | Communication regarding information related to potential liability claims with (3) attachments (Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc. dated January 1, 2011 in 3 parts). | Attorney client communication  Work product |
| 29. | 6/29/2011 | Email | Shannon Gierasch | Garry Jonas Warren Rustin Jesse Tomalty | Communication regarding legal advice regarding potential liability claim. | Attorney client communication  Work product |
| 30. | 10/7/2011 | Email | Jesse Tomalty | Stephen Gierasch | Communication regarding information related to potential liability claim with one (1) attachment (Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication  Work product |
| 31. | 11/4/2011 | Email | Jesse Tomalty | Andrew B. Lustigman[17] | Communication concerning information relevant to ongoing litigation. | Attorney client communication |
| 32. | 11/8/2011 | Email | Shannon Gierasch | Jesse Tomalty | Communication regarding legal advice concerning potential liability claim with one (1) attachment. | Attorney client communication  Work product |

[15] Attorney (Gierasch Group, LC) representing ModernAd Media, LLC and Acquinity Interactive, LLC
[16] Attorney (Buchanan Ingersoll Rooney) representing ModernAd Media, LLC and Acquinity Interactive, LLC
[17] Attorney (Olshan Law) representing ModernAd Media, LLC and Acquinity Interactive, LLC

7

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 33. | | Attachment – Word document | | | Memorandum of law regarding legal advice concerning potential liability claim. | Attorney client communication Work product |
| 34. | 11/8/2011 | Email | Michael Rothenberg[18] | Shannon Gierasch Alex Gonzalez[19] | Communication regarding legal advice concerning potential liability claim. | Attorney client communication Work product |
| 35. | 11/28/2011 | Email | Valerie Hawk | Jesse Tomalty | Communication regarding advice filed amendments in Delaware with one (1) attachment (State of Delaware Certificate of Amendment amending the name of Service Group LLC to Acquinity Interactive, LLC dated 11/22/2011 and State of Delaware Certificate of Amendment of Certificate of Incorporation amending the name of USA Trading Services Ltd. To GJ Holdings & Investments Inc. dated 11/22/2011). | Attorney client communication |

[18] Attorney (Holland & Knight) representing ModernAd Media, LLC and Acquinity Interactive, LLC
[19] Attorney (Holland & Knight) representing ModernAd Media, LLC and Acquinity Interactive, LLC

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 36. | 1/2/2012 | Email | Shannon Gierasch | Jesse Tomalty | Communication regarding legal advice obtained from various legal counsel regarding potential counter-claims in pending arbitration with Datran and potential liability claim with three (3) attachments. | Attorney client communication Work product |
| 37. | | Attachment – Email | Thomas Collins[20] | Shannon Gierasch | Legal advice regarding potential counter-claims in pending arbitration with Datran. | Attorney client communication Work product |
| 38. | | Attachment – Email | Stephen Gierasch | Shannon Gierasch Jesse Tomality Thomas Collins | Legal advice regarding potential liability claim. | Attorney client communication Work product |

9

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 39. | | Attachment – Email | Michael Rothenberg | Shannon Gierasch Alex Gonzalez | Legal advice regarding potential liability claim with attached memorandum of counsel regarding same. | Attorney client communication Work product |
| 40. | 1/3/2012 | Email | Jesse Tomalty | Onier Llopiz[21] | Communication regarding legal advice from by Buchanan Ingersoll and Holland & Knight concerning potential counter-claims in pending arbitration with Datran and potential liability claim with three (3) attachments. | Attorney client communication Work product |
| 41. | | Attachment – Email | Thomas Collins | Shannon Gierasch | Legal advice regarding potential counter-claims in pending arbitration with Datran. | Attorney client communication Work product |
| 42. | | Attachment – Email | Stephen Gierasch | Shannon Gierasch Jesse Tomalty Thomas Collins | Legal advice regarding potential liability claim. | Attorney client communication Work product |
| 43. | | Attachment – Email | Michael Rothenberg | Shannon Gierasch Alex Gonzalez | Legal advice regarding potential liability claim with attached memorandum of counsel regarding same. | Attorney client communication Work product |

[21] Attorney (Lydecker Diaz) representing ModernAd Media, LLC and Acquinity Interactive, LLC

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 44. | 1/4/2012 | Email | Tom Hawk[22] | Jesse Tomalty<br>Seth Lundy[23]<br>Terrence Burek [24] | Communication regarding legal advice concerning corporate structure for GJ Holdings & Investments, Inc.; 3Sixty3, Inc.; Megalo Media, Inc. and 3Sixty3, Inc. | Attorney client communication |
| 45. | 1/5/2012 | Email | Jesse Tomalty | Tom Hawk<br>Seth Lundy<br>Terrence Burek | Communication regarding legal advice concerning corporate structure for GJ Holdings & Investments, Inc.; 3Sixty3, Inc.; Megalo Media, Inc. and 3Sixty3, Inc. | Attorney client communication |
| 46. | 1/5/2012 | Email | Tom Hawk | Jesse Tomalty<br>Seth Lundy<br>Terrence Burek | Communication regarding legal advice concerning corporate structure for GJ Holdings & Investments, Inc.; 3Sixty3, Inc.; Megalo Media, Inc. and 3Sixty3, Inc. | Attorney client communication |
| 47. | 1/5/2012 | Email | Jesse Tomalty | Tom Hawk<br>Seth Lundy<br>Terrence Burek | Communication regarding legal advice concerning corporate structure for GJ Holdings & Investments, Inc.; 3Sixty3, Inc.; Megalo Media, Inc. and 3Sixty3, Inc. | Attorney client communication |

11

[22] Attorney (King & Spalding) representing Acquinity Interactive, LLC
[23] Attorney (King & Spalding) representing Acquinity Interactive, LLC
[24] Attorney (King & Spalding) representing Acquinity Interactive, LLC

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 48. | 1/5/2012 | Email | Tom Hawk | Jesse Tomalty<br>Seth Lundy<br>Terrence Burek | Communication regarding legal advice concerning corporate structure for GJ Holdings & Investments, Inc.; 3Sixty3. Inc.; Megalo Media, Inc. and 3Sixty3, Inc. | Attorney client communication |
| 49. | 1/5/2012 | Email | Jesse Tomalty | Tom Hawk<br>Seth Lundy<br>Terrence Burek | Communication regarding legal advice concerning corporate structure for GJ Holdings & Investments, Inc.; 3Sixty3, Inc.; Megalo Media, Inc. and 3Sixty3, Inc. | Attorney client communication |
| 50. | 1/6/2012 | Email | Sandy King[25] | Jesse Tomalty | Communication regarding Nominee Agreement between Acquinity Interactive, LLC f/k/a Service Group, LLC and 7657030 Canada Inc. executed on 12/31/2011 with one (1) attachment (Nominee Agreement referenced). | Attorney client communication |

---

[25] Employee of Acquinity Interactive, LLC

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 51. | 1/6/2012 | Email | Sandy King | Jesse Tomalty | Communication regarding Nominee Agreement between Service Group, LLC and 7657030 Canada Inc. on 12/31/2010 with one (1) attachment (Nominee Agreement referenced). | Attorney client communication |
| 52. | 1/12/2012 | Email | Tom Hawk | Jesse Tomalty Seth Lundy Terrence Burek | Communication regarding legal advice concerning corporate structure for GJ Holdings & Investments, Inc.; 3Sixty3, Inc..; Megalo Media, Inc. and 3Sixty3, Inc. | Attorney client communication |
| 53. | 1/18/2012 | Email | Tom Hawk | Jesse Tomalty Seth Lundry Terrence Burek | Communication regarding legal advice from outside counsel regarding corporate structure and draft organization documents for Megalo Media, Inc... 3Sixty3, Inc., and GJ Holdings and Investments, Inc. | Attorney-client communication |

13

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 54. | 2/6/2012 | Email | Jesse Tomalty | Carla Barrow[26] Onier Llopiz | Communication regarding information relevant to pending litigation with one (1) attachment (part 1 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |
| 55. | 2/6/2012 | Email | Jesse Tomalty | Carla Barrow Onier Llopiz | Communication regarding information relevant to pending litigation with one (1) attachment (part 2 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |
| 56. | 2/6/2012 | Email | Jesse Tomalty | Carla Barrow Onier Llopiz | Communication regarding information relevant to pending litigation with one (1) attachment (part 3 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |
| 57. | 2/6/2012 | Email | Carla Barrow | Jesse Tomalty Onier Llopiz | Communication regarding information relevant to pending litigation. | Attorney client communication |
| 58. | 2/6/2012 | Email | Jesse Tomalty | Carla Barrow Onier Llopiz | Communication regarding information relevant to pending litigation. | Attorney client communication |

[26] Attorney (Lydecker Diaz) representing Acquinity Interactive, LLC

14

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 59. | 3/12/2012 | Email | Jesse Tomalty | Onier Llopiz | Communication regarding information relevant to ongoing litigation with one (1) attachment (part 1 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |
| 60. | 3/12/2012 | Email | Jesse Tomalty | Onier Llopiz | Communication regarding information relevant to ongoing litigation with one (1) attachment (part 2 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |
| 61. | 3/12/2012 | Email | Jesse Tomalty | Onier Llopiz | Communication regarding information relevant to ongoing litigation with one (1) attachment (part 3 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |

| | Date | Document Type | Authors | Recipients | Description | Privilege |
|---|---|---|---|---|---|---|
| 62. | 3/26/2012 | Email | Jesse Tomalty | Scott Modist | Communication regarding Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc. with one (1) attachment (part 1 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |
| 63. | 3/26/2012 | Email | Jesse Tomalty | Scott Modist | Communication regarding Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc. with one (1) attachment (part 2 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |
| 64. | 3/26/2012 | Email | Jesse Tomalty | Scott Modist | Communication regarding Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc. with one (1) attachment (part 3 of Asset Purchase Agreement between ModernAd Media, LLC and 7657030 Canada Inc.). | Attorney client communication |

Dated: March 31, 2014.

s/ Joan Carlos Wizel
Onier Llopiz (FBN 579475)
ol@lydeckerdiaz.com
Joan Carlos Wizel (FBN 37903)
jcw@lydeckerdiaz.com
Rachel A. Lyons (FBN 105347)
rlyons@lydeckerdiaz.com
LYDECKER │ DIAZ
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile:  (305) 416-3190

*Attorneys for Defendants 7657030 Canada Inc.,
Acquinity Interactive, LLC, ModernAd Media
LLC, and Warren Rustin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2014, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), the foregoing document was served via E-mail on all counsel or parties of record on the Service List below.

s/ Joan Carlos Wizel
Joan Carlos Wizel (FBN 37903)

## SERVICE LIST

**Timothy M. Hartley**
Hartley Law Offices, PLC
800 SE third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973
E-mail:Hartley@hartleylaw.net

**Brett E. Lewis**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
E-mail:brett@iLawco.com

17