# EXHIBIT 4

## Warren Rustin

**From:** Warren Rustin
**Sent:** Thursday, November 04, 2010 4:35 PM
**To:** Garry Jonas
**Subject:** Re:

Ok, so I've been giving your email and our discussions a lot of thought and here is what I think. I basically agree with you and I'm completely fed up with all the negative noise surrounding the business since we got killed by the AG fine and unwanted attention it brought us. Even my wife has been affected by it because some asshole wrote her on her facebook page that we weren't adhering to the AG's AVC and we'd probably have to get a smaller house because he's going to report me to the AG. She was freaked out about it. I agree we cannot even police our pubs properly enough to comply with the AVC. That being said, I cannot afford to go through that shit again nor be hit with any charges because our pubs continue to fuck us over. So yes, you have my blessing to go out on your own and do your own thing. I'm happy for you that things are going so well with you and Irene and totally understand your desire to get out of dodge and start over fresh back home. We've had some differing philosophies over the last couple of years regarding the growth of the biz and while I'd prefer the simple life, I know you want to go full bore ahead, so have at it. I also realize that Greg and Josh will want to go work with you but I will need everyone's help, especially yours to work through all the details. Specifically are all my liabilities, I can't monetize this business properly without you so I propose that you take over my liabilities and you can have most of my assets. Obviously it's not as simple as that but I'm sure we can work out the logistics together. The biggest issue is what do I do about Indicus? I'd like to keep the P1 investment. for myself and I also want to stay in the B2B telemarketing game so I'd also like to keep Digiprod. I can make a comfortable living running those two businesses and go back to living a more normal simplified life that I'd prefer. I'd like to sit down with you this afternoon and go over in detail all of the liabilities and assets so that we can come to an amicable agreement. Let me know what time we can meet up.

----- Original Message -----
From: Garry Jonas
To: Warren Rustin
Sent: Fri Oct 29 08:05:16 2010
Subject: Re:

Yes, you are in ny with me all week. Me you jesse and scott have a war room to sit and tackle every single detail. I'll break away for a meeting here and there. Otherwise, we really need to discuss the future of MAM. As per our previous discussions, my mind is made up, I'm going to resign. I can no longer be in a business that is in this free gift space. I am moving back to montreal, and I have other internet opportunities that I'd like to explore. I don't want to leave you hanging though, so there are a number of ideas that I have. It all comes down to whether or not you are going to give it a go without me, greg and josh as they feel the same way I do, and if you are comfortable being in defiance of the AVC that you signed and fending off the ftc, other ags and the class action suits that are clearly coming your way. I'm tired of it, and I can't afford to have my name or reputation as an internet ceo dragged through the mud. Our numbers have been tanking since the avc just like the usefuls and value clicks did. I don't see the point of going down with the ship. I think I can get you out clean now, but if you wait, you are taking many risks, financially and legally. In my opinion walmart and dell are coming any day now, you have recd many C+Ds, they know its you behind it as they have stated, to continue...you are playing with fire.
Anyway, that's the theme of spending a week with you so we can make some decisions, I value our working relationship, want your blessing and of course want to assist you in getting out efficiently if that's what you want to do. Have a variety of ideas to share with you on just how to do that.

----- Original Message -----
From: Warren Rustin

1

To: Garry Jonas
Sent: Fri Oct 29 07:49:33 2010
Subject: Re:

I do, and the parking passes as well. We have two of them, does Brett need one? Also, did you need me in NY next week?

----- Original Message -----
From: Garry Jonas
To: Warren Rustin
Sent: Fri Oct 29 07:45:52 2010
Subject:

You got a handle on the tickets?