# EXHIBIT 5

## Kathleen McEntee

**From:** Phil Jenkins
**Sent:** Friday, December 17, 2010 12:53 PM
**To:** Scott Modist; Patrick Devine; Kathleen McEntee
**Cc:** Garry Jonas
**Subject:** please send this to vector instead of the normal ammount on the 21st ... 365k

| Expenses | Amount |
|---|---|
| **Procurement & Facilities** | |
| Micro-waves | 3,500 |
| mirors+sup+dishes | 2,260 |
| alum(roof) | 21,000 |
| Plane tickets(phil) | 110,000 |
| Cash (Oubay) | 20,000 |
| tel+adsl+liaison | 40,000 |
| transport | 30,000 |
| amendis | 25,000 |
| New toilets | 30,000 |
| New kitchen | 15,000 |
| Meditel | 25,000 |
| **Total Amount** | **321,760** |
| **Human Resources** | |
| December Gross salary | 794,296 |
| 13th month | 423,218 |
| Bonus | 150,000 |
| Employer social security insurance | 261,102 |
| Company Benefits taxes (4th quarter) | 20,238 |
| Payroll personnel tax | 103,071 |
| Loan from Phil | 500,000 |
| Buffer | 500,000 |
| **Total Amount** | **2,751,924** |
| **Procurement & HR Total amount** | **3,073,684** |
| **Exchange rate (December 17, 2010)** | **8** |
| **Total Amount (US Dollar)** | **364,245** |

Phil Jenkins 

2200 SW 10th St
Deerfield Beach, FL 33442
ph. 954-312-4748
fx. 954-312-4848
mo. 219-793-3663

1

## Kathleen McEntee

| | |
|---|---|
| **Subject:** | ELYSIUM - India / Morroco Payments On the 21st of each month |
| **Start:** | Mon 12/20/2010 12:00 AM |
| **End:** | Tue 12/21/2010 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | Monthly |
| **Recurrence Pattern:** | day 20 of every 1 month |
| **Organizer:** | Kathleen McEntee |
| **Categories:** | Purple Category |
| **Importance:** | High |

I reviewed the current operating costs with Phil. Please set up recurring monthly payments to be sent on the 21st of each month –beginning August 21:

Morocco Payroll (about 12 employees) get breakdown from Phil   WIRE
Morocco - $~~125,000~~ – Vector Consulting     WIRE
India -       $50,000  - Faraji E Consulting               WIRE

Same day as we pay the consulting fees – (1.2M, $30k and 30k)
$1,200,000.00 – Indicus Services, Ltd               WIRE
$    30,000.00  - Phil Jenkins                              ACH

1

Wire Summary Report

Page 1 of 1

**iTreasury**
**Customer Name: Media Group**

**Report Date:** 12/21/2010
**Report Time:** 11:23:29 AM

Wire Summary Report

**User: KMCENTEE**

**Single Wire Transactions**

| App | Beneficiary Name | Beneficiary Account # | ABA | Debit Account # | Amount | Value Date | Reference | Status | Wire # | Crea |
|---|---|---|---|---|---|---|---|---|---|---|
| SEF | Coleadium Inc. dba Ads4dough | 2198870052 | 063210112 | 0102300311 | $4,615.65 | 12/21/2010 | 2221 | ENTERED | 1205050 | KMC |

| App | Beneficiary Name | Beneficiary Account # | ABA | Debit Account # | Amount | Value Date | Reference | Status | Wire # | Crea |
|---|---|---|---|---|---|---|---|---|---|---|
| SUS | Oubay Dkhechi | 022640000203000910456121 | 063210112 | 0102300311 | $1,836.00 | 12/21/2010 | | ENTERED | 1205093 | KMC |
| SUS | El Yaroubi Salaheeddine | 022640000203000912832621 | 063210112 | 0102300311 | $2,158.00 | 12/21/2010 | | ENTERED | 1205083 | KMC |
| SUS | ZAIDI YOUNESS | 022640000203000910533721 | 063210112 | 0102300311 | $2,329.00 | 12/21/2010 | | ENTERED | 1205091 | KMC |
| SUS | Bouatia Naji Badr Eddine | 022640000203000910572521 | 063210112 | 0102300311 | $2,577.00 | 12/21/2010 | | ENTERED | 1205087 | KMC |
| SUS | Mohammed Zoubairi | 022640000203000912813221 | 063210112 | 0102300311 | $2,743.00 | 12/21/2010 | | ENTERED | 1205078 | KMC |
| SUS | HAMDAOUI MUSTAPHA | 022640000203000910514321 | 063210112 | 0102300311 | $3,112.00 | 12/21/2010 | | ENTERED | 1205073 | KMC |
| SUS | HICHAN BENAISSA | 022640000203000910494921 | 063210112 | 0102300311 | $3,348.00 | 12/21/2010 | | ENTERED | 1205101 | KMC |
| SUS | Salaheddine CHAFI | 022640000185000949780821 | 063210112 | 0102300311 | $4,298.00 | 12/21/2010 | | ENTERED | 1205094 | KMC |
| SUS | NOUAMAN KHALIL | 022640000203000911649221 | 063210112 | 0102300311 | $5,577.00 | 12/21/2010 | | ENTERED | 1205063 | KMC |
| SUS | RIM CONSULTING | 011640000013210000101238 | 063210112 | 0102300311 | $10,226.00 | 12/21/2010 | | ENTERED | 1205068 | KMC |
| SUS | Abdelhadi Fennan | 164640211111861823000929 | 063210112 | 0102300311 | $13,393.00 | 12/21/2010 | | ENTERED | 1205103 | KMC |
| SUS | Faraji E-Consulting Pvt Ltd | 0450096709 | 063210112 | 0102300311 | $50,000.00 | 12/21/2010 | | ENTERED | 1205057 | KMC |
| SUS | Vector Consulting | 022640000203000503056121 | 063210112 | 0102300311 | $364,245.00 | 12/21/2010 | | ENTERED | 1205053 | KMC |
| SUS | INDICUS SERVICES LIMITED | 16832001396 | 063210112 | 0102300311 | $1,200,000.00 | 12/21/2010 | | ENTERED | 1205059 | KMC |

Total Amount in Single Wires: $1,670,457.65        Total Count in Single Wires: 15

Grand Total Amount: $1,670,457.65        Grand Total Count: 15

https://itreasury.regions.com/wcmpr/rptgenviewform.jsp?        12/21/2010