# EXHIBIT 8

| | |
|---|---|
| **From:** | Walker, Bradley A. <bradley.walker@bipc.com> |
| **Sent:** | Friday, January 14, 2011 3:12 PM |
| **To:** | dhatton@hattonlaw.com; Jesse Tomalty |
| **Cc:** | pwj920@gmail.com; Gierasch, Stephen |
| **Subject:** | Termination Documents |
| **Attachments:** | HBG1_GENERAL-#1362644-v2-INDICUS-Faraji-Termination_of_Stock_Purchase_Agreement.pdf; HBG1_GENERAL-#1361582-v3-INDICUS-Belhaj-ModernAd-Termination_of_Consulting_Agreement.pdf; HBG1_GENERAL-#1361249-v4-INDICUS_-_Mailbox_-_Termination_of_Services_Agreement.pdf; HBG1_GENERAL-#1362618-v2-INDICUS-Vector-Termination_of_Stock_Purchase_Agreement.pdf; HBG1_GENERAL-#1361526-v3-INDICUS-Jenkins-ModernAd-Termination_of_Consulting_Agreement.pdf |
| **Follow Up Flag:** | Flagged |
| **Flag Status:** | Flagged |
| **Categories:** | Privileged Communications |

Attached are the final drafts of the documents for the termination of the Indicus - Mailbox/ModernAd Services Agreement.

I will send a separate email with a pdf of all of the signature pages for these documents. Again, we will hold all signatures in escrow pending the parties final review of these documents.

**Bradley A. Walker, Esq.**
Buchanan Ingersoll & Rooney PC
213 Market Street, 3rd Fl
Harrisburg, PA 17101
P: 717-237-4828
F: 717-233-0852
bradley.walker@bipc.com

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.

If you are not the intended recipient, please advise the sender immediately.

Unauthorized use or distribution is prohibited and may be unlawful.

## AGREEMENT TO TERMINATE AMENDED AND RESTATED SERVICES AGREEMENT AND ANCILLARY AGREEMENTS

THIS AGREEMENT TO TERMINATE AMENDED AND RESTATED SERVICES AGREEMENT AND ANCILLARY AGREEMENTS (the "Agreement") is entered into as of the 1st day of January, 2011 (the "Effective Date"), between **MAILBOX BRANDS LLC**, a Delaware limited liability company ("Mailbox"), **INDICUS SERVICES LTD.**, a company formed under the laws of BVI ( "Service Provider").

### RECITALS

WHEREAS, Mailbox is a wholly-owned subsidiary of ModernAd Media, LLC, a Florida limited liability company ("ModernAd");

WHEREAS, the parties entered into that Services Agreement dated March 12, 2010 (the "Services Agreement") pursuant to which Mailbox engaged Service Provider on an exclusive basis to provide the Services (as defined therein) during the Service Term (as defined therein) to Mailbox and its Affiliates;

WHEREAS, ModernAd and Service Provider entered into a Security Agreement dated March 12, 2010 (the "Security Agreement") and Nicemove Holdings, Ltd., Online Groove Holdings, LLC, and Service Provider entered into the Pledge and Security Agreement dated March 12, 2010 (the "Pledge Agreement," and collectively with the Security Agreement, the "Ancillary Agreements");

WHEREAS, the parties further entered into that Amended and Restated Services Agreement dated June 1, 2010 (the "Amended Services Agreement"), which amended, restated, and replaced the Services Agreement; and

WHEREAS, subject to the terms and conditions hereof, Mailbox and Service Provider wish to terminate the Amended Services Agreement and the Ancillary Agreements.

NOW, THEREFORE, in consideration of the promises set forth herein and the benefits to be derived herefrom, the parties hereby agree as follows:

### ARTICLE I

### TERMINATION OF AMENDED SERVICES AGREEMENT

### AND ANCILLARY AGREEMENTS

1.1.   Defined Terms. Except as otherwise specifically defined herein, capitalized terms shall have the meanings given to them in the Amended Services Agreement or the Ancillary Agreements, as applicable.

1.2. <u>Service Term</u>. The Service Term shall terminate as of the date hereof and Service Provider shall not be obligated to perform any further Services following the execution hereof.

1.3. <u>Service Fees</u>.

No further Service Fees shall be payable to Service Provider, with the exception that Mailbox shall continue to make three (3) final monthly payments to Service Provider in the amount of US$1,250,000 each (each a "Termination Payment" and collectively the "Termination Payments") on January 31, 2011, February 28, 2011, and March 31, 2011. Any other Service Fees or payments provided for in the Amended Services Agreement are hereby waived, discharged, and shall not be payable by Mailbox or any of its Affiliates to Service Provider.

1.4 <u>Guaranties by ModernAd, Nicemove and Online Groove</u>. The guarantees provided by the Guarantors pursuant to <u>Section 1.2(b)</u> of the Amended Services Agreement shall remain in force until Service Provider receives all of the Termination Payments. Upon payment in full to Service Provider of the Termination Payments, the guarantees of each Guarantor shall be automatically terminated, released and discharged, and shall be of no further force or effect.

1.5 <u>Ancillary Agreements</u>. Upon payment in full of the Termination Payments, the Ancillary Agreements shall also automatically terminate and be of no further force and effect. All Pledged Shares provided to Service Provider shall thereafter be immediately released and returned to the applicable Pledgor.

1.6 <u>Assignment of Rights to Co-Reg Path.</u> As further consideration for the termination of the Amended Services Agreement and any remaining obligations contained therein, ModernAd hereby agrees to assign, transfer and release to RevenuePath, Ltd., a company formed under the laws of Cyprus ("RevenuePath"), any and all rights in and to its Co-Reg Path including, without limitation, all of its Intellectual Property related thereto.

1.7 <u>Waiver of Termination Rights</u>. Upon payment in full to Service Provider of the Termination Payments, Service Provider hereby waives any termination rights contained within <u>Article IV</u> of the Amended Services Agreement, including without limitation Section <u>4.1(a)(i-vi)</u>.

1.8 <u>Survival of Provisions</u>. Notwithstanding any language to the contrary contained herein, <u>Sections 5.1 (Confidentiality), 5.2 (Disclosure and Assignment of Work resulting from Services), 5.4 (Nonsolicitation) and 5.5 (No Interference with the Mailbox Group's Business), and Articles VI and VIII</u> of the Amended Services Agreement shall survive and continue to be binding on each of the parties.

ARTICLE II

**REPRESENTATIONS AND WARRANTIES OF SERVICE PROVIDER**

Service Provider represents and warrants to Mailbox as of the date hereof as follows:

2.1. <u>Authority to Execute and Perform the Agreement</u>. Service Provider has the full right and power and all authority and approvals (including without limitation board and

2

SUPP000223

shareholder approval) required to enter into, execute and deliver this Agreement and to perform fully its obligations hereunder. This Agreement has been duly executed and delivered by Service Provider. This Agreement will be a valid and binding obligation of Service Provider in accordance with its terms, except that such enforceability may be subject to (i) bankruptcy, insolvency, reorganization or other similar laws affecting or relating to enforcement of creditors' rights generally, and (ii) general equitable principles.

2.2. <u>Non-Contravention</u>. The execution and delivery of this Agreement by Service Provider, the consummation by Service Provider of the transactions contemplated hereby and the performance by Service Provider of this Agreement in accordance with its terms will not (i) violate any provision of the articles of incorporation, bylaws, shareholders agreement, or other organizational documents of Service Provider, (ii) violate, conflict with or result in the breach of any provision of, or result in a modification of or otherwise entitle any party to terminate, or constitute (whether after the filing of notice or lapse of time or both) a default (by way of substitution, novation or otherwise) under, any Contract, or (iii) otherwise require the consent of or notice to any third party.

## ARTICLE III

## REPRESENTATIONS AND WARRANTIES BY MAILBOX AND THE GUARANTORS

Mailbox and the Guarantors represent and warrant to Service Provider as of the date hereof as follows:

3.1. <u>Authority to Execute and Perform the Agreement</u>. Mailbox and each Guarantor has the full right and power and all authority and approvals (including without limitation board and shareholder or member approval) required to enter into, execute and deliver this Agreement and to perform fully its obligations hereunder. This Agreement has been duly executed and delivered by Mailbox and each Guarantor. This Agreement will be a valid and binding obligation of the parties thereto in accordance with its terms, except that such enforceability may be subject to (i) bankruptcy, insolvency, reorganization or other similar laws affecting or relating to enforcement of creditors' rights generally, and (ii) general equitable principles.

3.2. <u>Non-Contravention</u>. The execution and delivery of this Agreement by Mailbox and each Guarantor, the consummation of the transactions contemplated hereby and the performance by Mailbox and each Guarantor of this Agreement, in accordance with its terms will not (i) violate any provision of the articles of incorporation, bylaws, shareholders agreement, operating agreement or other organizational documents of Mailbox or any Guarantor, (ii) violate, conflict with or result in the breach of any provision of, or result in a modification of or otherwise entitle any party to terminate, or constitute (whether after the filing of notice or lapse of time or both) a default (by way of substitution, novation or otherwise) under, any Contract, or (iii) otherwise require the consent of or notice to any third party.

SUPP000224

## ARTICLE IV

## MISCELLANEOUS

    4.1.    <u>Assignment</u>.  Service Provider may not transfer or assign this Agreement or any of their obligations or rights herein without the consent of Mailbox.  Any attempted assignment without such consent shall be void.

    4.2.    <u>Notices</u>.  All notices, consents and other communications under this Agreement shall be in writing and may be given by personal delivery, by registered or certified mail (with proof of receipt, postage and expenses prepaid, return receipt requested), by a nationally recognized overnight courier service or facsimile.  All such notices shall be deemed to have been received as follows: (a) if delivered personally, when received, (b) if mailed, four (4) days after being mailed, (c) if sent by a nationally recognized courier service, when signed for, and (d) if sent by facsimile, when the facsimile has transmitted over the telephone lines, as evidenced by the confirmation report generated by the transmitting machine, in each case to the appropriate address or facsimile number set forth below:

| | |
|---|---|
| <u>Service Provider</u>: | Indicus Services, Ltd.<br>Trident Trust Company (BVI) Limited<br>Road Tower, Tortola<br>British Virgin Islands VG1110 |
| *with a copy to:* | Buchanan Ingersoll & Rooney PC<br>213 Market Street, 3rd Floor<br>Harrisburg, PA  17101<br>Attn:  Stephen C. Gierasch, Esq.<br>Facsimile:  717-233-0852 |
| <u>Mailbox</u>: | Mailbox Brands, LLC<br>2200 S.W. 10th Street<br>Deerfield Beach, Florida 33442<br>Attn: Jesse Tomalty, Esq.<br>Facsimile:  954-312-4853 |
| *with a copy to:* | Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3000<br>Miami, Florida 33131<br>Attn: Rodney H. Bell, Esq.<br>Facsimile: 305-789-7799 |

    Any party may change its address for notice by giving notice to the other parties as hereinabove provided.

4

4.3. <u>Choice of Law; Jurisdiction</u>. This Agreement is to be construed and governed by the laws of the State of Florida (without giving effect to principles of conflicts of laws). The parties irrevocably agree that any legal action or proceeding arising out of or in connection with this Agreement may be brought in any state or federal court located in Broward County, Florida (or in any court in which appeal from such courts may be taken), and each party agrees not to assert, by way of motion, as a defense, or otherwise, in any such action, suit or proceeding, any claim that it is not subject personally to the jurisdiction of any such court, that the action, suit or proceeding is brought in an inconvenient forum, that the venue of the action, suit or proceeding is improper or that this Agreement or the subject matter hereof may not be enforced in or by such court, and hereby agrees not to challenge such jurisdiction or venue by reason of any offsets or counterclaims in any such action, suit or proceeding.

4.4. <u>Service of Process</u>. The Parties hereby agree that service of process on any party to this Agreement may be effectuated and shall be accepted by each party by registered mail, return receipt requested, or by any other manner provided for by applicable law and rules. The Parties acknowledge that service may be effectuated by mailing to each respective party's notice address identified above in Section 4.2.

4.5. <u>Headings</u>. The headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

4.6. <u>No Third Party Beneficiaries</u>. Except as expressly provided herein, nothing in this Agreement shall entitle any person other than Service Provider or Mailbox Group or their respective successors and assigns permitted hereby to any claim, cause of action, remedy or right of any kind.

4.7. <u>Counterparts; Facsimile</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but which together shall constitute one and the same instrument. Any signature page of any such counterpart, or any electronic facsimile thereof, may be attached or appended to any other counterpart to complete a fully executed counterpart of this Agreement, and any telecopy or other facsimile transmission of any signature shall be deemed an original and shall bind such party.

4.8. <u>Attorneys Fees</u>. Should any litigation, action, or suit or other proceeding be commenced between the Parties hereto and their representatives or should any party institute any proceeding in a bankruptcy or similar court which has jurisdiction over any other Party hereto or any or all of its property or assets concerning any provisions of this Agreement or the rights and duties of any person or entity in relation thereto, the Party or Parties prevailing in such litigation shall be entitled, in addition to such other relief as may be granted, to a reasonable sum for attorney's fees including an appeal or enforcement of any judgment which shall be determined by the court in such litigation or in a separate action brought for that purpose.

4.9. <u>Amendment</u>. No modification or amendment of this Agreement shall be binding upon either party unless in writing and signed by the parties hereto.

SUPP000226

4.10.   <u>Entire Agreement</u>.  This Agreement constitutes the entire agreement between the parties pertaining to the subject matter hereof, and supersedes all prior agreements, understandings, negotiations and discussions, whether oral or written, of the parties hereto regarding the subject matter hereof.

[signatures on immediately following page(s)]

6

SUPP000227

Signature Page of Agreement to Terminate
Amended and Restated Services Agreement And Ancillary Agreements

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date first written above.

**MAILBOX BRANDS, LLC**

By:_____
Name: Warren Rustin
Title: President


**SERVICE PROVIDER - INDICUS SERVICES LTD.**

By:_____
Name: Noureddine Belhaj
Title: President


**GUARANTORS:**

**MODERNAD MEDIA, LLC**

By:_____
Name: Garry Jonas
Title: CEO


**NICEMOVE HOLDINGS, LTD.**

By:_____
Name: Sheldon Grekin
Title: Manager


**ONLINE GROOVE HOLDINGS, LLC**

By:_____
Name: Sheldon Grekin
Title: Manager

SUPP000228