# EXHIBIT 10

| | |
|---|---|
| **From:** | Walker, Bradley A. <bradley.walker@bipc.com> |
| **Sent:** | Wednesday, January 05, 2011 6:20 PM |
| **To:** | dhatton@hattonlaw.com |
| **Cc:** | Jesse Tomalty; Gierasch, Stephen |
| **Subject:** | RE: Termination Documents |
| | |
| **Follow Up Flag:** | Flagged |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | Privileged Communications |

I'll give you a call tomorrow and we can discuss. At the end of the day, whatever puts our client in essentially the same position with respect to rights, security, etc., is all that we need. If Acquinity is essentially a combination of what ModernAd and Mailbox were, then certainly we can remove the parent from the equation.

Importantly, are you or Jesse creating / providing the documents evidencing and governing Phil's and Nouredine's equity interest in the parent? Those need to be part of all of this. We have removed all of the Profit Sharing Payments and Change of Control Payments with the understanding that they will have a true equity ownership interest going forward. Please let us know what those documents will be and who will be preparing them. Thanks.

**Bradley A. Walker, Esq.**
Buchanan Ingersoll & Rooney PC
213 Market Street, 3rd Fl
Harrisburg, PA 17101
P: 717-237-4828
F: 717-233-0852
bradley.walker@bipc.com

---

**From:** David Hatton [mailto:dhatton@hattonlaw.com]
**Sent:** Wednesday, January 05, 2011 5:50 PM
**To:** Walker, Bradley A.
**Cc:** 'Jesse Tomalty'; Gierasch, Stephen
**Subject:** RE: Termination Documents
**Importance:** High

Brad,

Yes, we will attempt to execute all documents simultaneously (or at least make them effective as of the same date), but in the event we are unable to do so, then I would like it understood that all documents are to be held in escrow until all documents have been properly executed.

As to Acquinity Parent, I believe we may need a discussion on this. I spoke with Jesse at length yesterday and both of us are of the opinion that Acquinity Parent is irrelevant to the contemplated transactions. Acquinity Parent does not take the place of ModernAd in its relationship with Mailbox Brands. Acquinity is actually identical to ModernAd in the fact that it will hold title to all relevant assets. Acquinity Parent is merely the shareholder of Acquinity (as Warren Rustin was to ModernAd). I plan on revising all documents which reference Acquinity Parent and removing reference to same. If you would like to discuss further, let me know.

Regards,

David Hatton

1

Orshan, Lithman, Seiden, Ramos, Hatton, Huesmann & Fajardo, LLLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

150 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134
Tel. 305-858-0220
Fax. 305-854-6810
Email. dhatton@hattonlaw.com

This e-mail message from David L. Hatton, P.A. is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

Disclosure Under IRS Circular 230: We inform you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any tax related matters addressed herein.

---

**From:** Walker, Bradley A. [mailto:bradley.walker@bipc.com]
**Sent:** Wednesday, January 05, 2011 5:24 PM
**To:** dhatton@hattonlaw.com; Jesse Tomalty
**Cc:** Gierasch, Stephen
**Subject:** RE: Termination Documents

Thanks Dave. We will finalize these. I've really been operating under the assumption that we would just execute all of the documents simultaneously (Acquinity docs and termination docs). If you don't think this is feasible, let us know, and we can get the termination docs signed and keep them in escrow as you suggest.

Also, please provide us with the complete, correct legal name (including any dba) for "Acquinity Parent." Unless I missed it, I think we only have the full name/number/dba for Acquinity, the operating company.

Thanks.

**Bradley A. Walker, Esq.**
Buchanan Ingersoll & Rooney PC
213 Market Street, 3rd Fl
Harrisburg, PA 17101
P: 717-237-4828
F: 717-233-0852
bradley.walker@bipc.com

---

**From:** David Hatton [mailto:dhatton@hattonlaw.com]
**Sent:** Wednesday, January 05, 2011 3:54 PM
**To:** Walker, Bradley A.; 'Jesse Tomalty'
**Cc:** Gierasch, Stephen
**Subject:** RE: Termination Documents
**Importance:** High

Brad,

I have accepted all of the revised termination documents.

(i) Termination of Services Agreement (revised based on our conversation) – Accepted in its present format.
(ii) Termination of Consulting Agreement (Belhaj) (revised based on our conversation); – Accepted in its present format.
(iii) Termination of Consulting Agreement (Jenkins) (revised based on our conversation); – Accepted in its present format.

2

SUPP000356

(iv) Termination of Stock Purchase Agreement (Faraji) (1st draft); and – Accepted in its present format
(v) Termination of Stock Purchase Agreement (Vector) (1st draft). – Accepted in its present format

We need to have a written understanding relative to the above-referenced documents. Once executed, they shall all be held in escrow pending full execution and delivery of all Acquinity and Revenue Path transaction documents.

Please see attached revised agreements (with changes accepted). Please put in a final format for execution.

David Hatton

**Orshan, Lithman, Seiden, Ramos, Hatton, Huesmann & Fajardo, LLP**
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

150 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134
Tel. 305-858-0220
Fax. 305-854-6810
Email. dhatton@hattonlaw.com

This e-mail message from David L. Hatton, P.A. is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

Disclosure Under IRS Circular 230: We inform you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any tax related matters addressed herein.

---

**From:** Walker, Bradley A. [mailto:bradley.walker@bipc.com]
**Sent:** Thursday, December 30, 2010 12:06 PM
**To:** dhatton@hattonlaw.com; Jesse Tomalty
**Cc:** Gierasch, Stephen
**Subject:** Termination Documents

David - Attached are:

(i) Termination of Services Agreement (revised based on our conversation);
(ii) Termination of Consulting Agreement (Belhaj) (revised based on our conversation);
(iii) Termination of Consulting Agreement (Jenkins) (revised based on our conversation);
(iv) Termination of Stock Purchase Agreement (Faraji) (1st draft); and
(v) Termination of Stock Purchase Agreement (Vector) (1st draft).

These should be all that is necessary to terminate the Indicus/Mailbox/ModernAd transaction. In reviewing the Termination of Services Agreement and Termination of Consulting Agreement (in particular the termination of restrictive covenants thereunder), keep in mind that we will now do new, somewhat generic, Consulting Agreements for Phil and Noureddine in order to capture the tie between their individual restrictive covenants and a potential default by Acquinity under the new Services Agreement.

**Bradley A. Walker, Esq.**
Buchanan Ingersoll & Rooney PC
213 Market Street, 3rd Fl
Harrisburg, PA 17101
P: 717-237-4828
F: 717-233-0852
bradley.walker@bipc.com

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.

If you are not the intended recipient, please advise the sender immediately.

Unauthorized use or distribution is prohibited and may be unlawful.

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.

If you are not the intended recipient, please advise the sender immediately.

Unauthorized use or distribution is prohibited and may be unlawful.

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.

If you are not the intended recipient, please advise the sender immediately.

Unauthorized use or distribution is prohibited and may be unlawful.

SUPP000358