UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN MEDIA CORP.,

Plaintiff,

vs.

7657030 CANADA, INC., et al,

Defendant.
_____/

**ORDER**

This cause is before the Court upon Defendant's Motion to Dismiss (81).

This matter was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated March 20, 2014, has been filed, recommending that the district court grant Defendants' Motion and provide Plaintiff with leave to file a second amended complaint.

The Court has conducted a *de novo* review of the entire file, the record herein and no objections have been filed. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1)  United States Magistrate Judge Matthewman's Report and Recommendation be, and the same is **RATIFIED, AFFIRMED and APPROVED** in its entirety.

2)  Defendant's Motion to Dismiss (81) is **GRANTED**.  The Complaint is dismissed

and Plaintiff is granted leave to file a second amended complaint **within 14 days of entry of this Order.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of April, 2014.

_____
KENNETH A. MARRA
United States District Judge