

To: appealstranscripts@flsd.uscourts.gov, Joseph_Millikan@flsd.uscourts.gov,
Cc:
Bcc:
Subject: Simultaneous Transcript Access Designation Form
From: "Jerald M. Meyers" <crjm@aol.com> - Thursday 04/24/2014 05:05 PM

```
[attachment "pulpnt.pdf" deleted by Alisha Beasley-Martin/FLSD/11/USCOURTS]
From: Jerald M. Meyers <crjm@aol.com>


New Simultaneous Transcript Access Designation Form

Submitters Name:  Jerald M. Meyers

Submitters Email:  crjm@aol.com
Case Number:  13-CV-61448-MARRA
Case Style:  Pulsepoint, Inc. vs. 7657030 Canada, Inc., et al

Access rights are granted to the following attorney(s) of record: TIMOTHY M.
HARTLEY, ESQ.
BRETT LEWIS, ESQ.
JUSTIN MERCER, ESQ.

Signature of court reporter:  S/Jerald M. Meyers
Date: April 24, 2014
Uploaded Transcript:  pulpnt.pdf
```