UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT LAUDERDALE DIVISION

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,                                         CASE NO.: 0:13-CV-61448-KAM

          v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS;

ACQUINITY INTERACTIVE, LLC;

MODERNAD MEDIA LLC;

WARREN RUSTIN, an individual,

 8333947 CANADA, INC., d/b/a INBOX DIRECT,
d/b/a INBOX EXPRESS, f/k/a ACQUINITY INTERACTIVE,
f/k/a MODERNAD MEDIA LLC f/k/a PUREADS;

GARRY JONAS, an individual;

GREG VAN HORN, an individual;

JOSH GREENBERG, an individual;

IRENE MARCIANO, an individual;

CLAUDE MARCIANO, an individual;

ACQUINITY SPORTS, LLC, d/b/a IRON MIKE PRODUCTIONS;

FIRST ROUND KO, LLC, d/b/a ACQUINITY SPORTS,
a/k/a IRON MIKE PRODUCTIONS;

INBOX EXPRESS LLC d/b/a INBOX EXPRESS;

THE GARRY JONAS FAMILY TRUST;

THE IRENE MARCIANO FAMILY TRUST; and

JOHN DOES 1-100;

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

*COMES NOW*, Plaintiff, PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP., (hereinafter "PULSEPOINT," "DATRAN" or "CREDITOR") by and through its undersigned counsel, and hereby files this Notice of Entry of Parties. The undersigned hereby adds the following Defendants:

8333947 CANADA, INC., d/b/a INBOX DIRECT,
d/b/a INBOX EXPRESS, f/k/a ACQUINITY INTERACTIVE,
f/k/a MODERNAD MEDIA LLC f/k/a PUREADS;

GARRY JONAS, an individual;

GREG VAN HORN, an individual;

JOSH GREENBERG, an individual;

IRENE MARCIANO, an individual;

CLAUDE MARCIANO, an individual;

ACQUINITY SPORTS, LLC, d/b/a IRON MIKE PRODUCTIONS;

FIRST ROUND KO, LLC, d/b/a ACQUINITY SPORTS,
a/k/a IRON MIKE PRODUCTIONS;

INBOX EXPRESS LLC d/b/a INBOX EXPRESS;

THE GARRY JONAS FAMILY TRUST;

THE IRENE MARCIANO FAMILY TRUST; and
JOHN DOES 1-100;

*DATED* this 29th day of April, 2014.

***HARTLEY LAW OFFICES, PLC***
Attorneys for Plaintiff
800 Southeast Third Avenue
Fourth Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 357-9973
Facsimile: (954) 357-2275
Email: hartley@hartleylaw.net

By: /s/ Timothy M. Hartley
TIMOTHY M. HARTLEY
FL BAR NO. 979066


***LEWIS & LIN, LLC***
Attorneys for Plaintiff
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Email: brett@iLawco.com

By: /s/ Brett E. Lewis
BRETT E. LEWIS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on all counsel or parties of record identified on the attached service list below via email and/or U.S. Mail.

> /s/Timothy M. Hartley
> Timothy M. Hartley, Esq.
> Hartley@hartleylaw.net
> HARTLEY LAW OFFICES, PLC
> 800 SE Third Avenue, Fourth Floor
> Fort Lauderdale, Florida 33316
> Tel. 954-357-9973
> Fax: 954-357-2275
> Attorney for Plaintiff

## SERVICE LIST

*Onier Llopiz, Esq.* (FBN 579475)
Email: ol@lydeckerdiaz.com
*Joan Carlos Wizel, Esq.* (FBN 37903)
Email: jcw@lydeckerdiaz.com
Email: rb@lydeckerdiaz.com
*Roland Potts, Esq.* (FBN 087072)
Email: rp@lydeckerdiaz.com
Email: ag@lydeckerdiaz.com
LYDECKER DIAZ
1221 Brickell Avenue 19th Floor
Miami, Florida 33131
Tel. 305-416-3180
Fax: 305-416-3190
Attorneys for Defendants

*Alexander Pastukh, Esq.* (FBN 809551)
Email: apastukh@appalaw.com
Alexander Pastukh P.A.
1395 Brickell Avenue, Ste. 800
Miami, Florida 33131
Tel: (305) 502-5715
Counsel for Defendant 8333947 Canada, Inc.