# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| **PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,** | CASE NO. 13—CIV-61448 -MARRA |
| Plaintiff, | |
| vs. | |
| **7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC, f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA, INC.** | |
| Defendants. | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant, 8333947Canada, Inc., (hereinafter "Defendant"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1 (a)(1)(J), hereby moves this Court to enter an Order granting this motion and allowing Defendant an enlargement of time until and including Friday, May 23, 2014, within which to file its response to Plaintiff's Second Amended Complaint. The grounds supporting this motion are as follows:

1. On April 24, 2014, Plaintiff filed a nine-count Second Amended Complaint against Defendant and others [D.E. 115]. Plaintiff specifically sought claims against Defendant for de facto merger under Florida common law, Fraudulent Conveyance under Fla. Stat. § 726.105 (1)(a), (b), and Fraudulent Conveyance under Fla. Stat. § 726.108.

2. By filing this unopposed Motion for Enlargement of Time, Defendant does not waive any of its respective defenses. This Motion for Enlargement of Time is being sought to evaluate the substantial amendments in the allegations presented in Plaintiff's Second Amended Complaint.

3. The undersigned counsel for Defendant requires additional time to file an appropriate responsive pleading and/or motions on behalf of its client. Defendant submits that these reasons constitute good cause for the requested extension.

4. Accordingly, Defendant respectfully requests that this Court grant it an extension of time until and including May 23, 2014 to file an answer or motion directed at the Plaintiff's Second Amended Complaint.

5. This motion is submitted in good faith and not for the purpose of unnecessary delay. Granting the instant motion will not cause prejudice to the Court or to any party, but denying the motion will cause significant prejudice to the Defendant.

6. Pursuant to :Local Rule 7.1 (a)(3), undersigned counsel certifies that counsel for Defendant and Plaintiff have conferred on this matter, and counsel for the Plaintiff has agreed to the relief sought herein.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting this motion and extending the time for Defendant to respond to Plaintiff's Second Amended Complaint until and including May 23, 2014. Pursuant to Local Rule 7.1 (a)(2), a proposed Order granting this motion is attached hereto.

## CERTIFICATION UNDER L.R. 7.1.A.3

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel hereby certifies that he conferred with Plaintiff's counsel in a good faith effort to resolve the issues, and Plaintiff's counsel has no objection to the relief sought herein.

Dated: May 12, 2014                               Respectfully submitted,

> s/**Alexander Pastukh**
> Alexander Pastukh (Fla. Bar No. 809551)
> Alexander Pastukh, P.A.
> E-mail:  apastukh@appalaw.com
> 1395 Brickell Avenue, Ste. 800
> Miami, FL 33131
> Tel: (305) 502-5715
> Counsel for Defendant 8333947 Canada, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of May 2014 a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the Service list below.

> /s/ __Alexander Pastukh__

## SERVICE LIST

**Onier Llopiz, Esq.**
**Joan Carlos Wizel, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Telephone:  (305) 416-3180
E-mail:  ol@lydeckerdiaz.com
            jcw@lydeckerdiaz.com
*Counsel for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media, LLC, and Warren Rustin*

**Timothy M. Harley, Esq.**
Hartley Law Offices, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone:  (954) 357-9973
E-mail:  Hartley@hartleylaw.net
*Counsel for Plaintiff*

**Brett E. Lewis, Esq.**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone:  (718) 243-9323
E-mail:  brett@iLawco.com
*Counsel for Plaintiff*