UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,**

        Plaintiff,

vs.

**7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC, f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA, INC.**

        Defendants.

CASE NO. 13—CIV-61448 -MARRA

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

THIS CAUSE is before this Court upon Defendant 8333947 Canada, Inc.'s (hereinafter "Defendant") Unopposed Motion for Enlargement of Time to File a Response to Plaintiff's Second Amended Complaint. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant shall have until and including Friday, May 23, 2014 to file an answer or motion in response to Plaintiff's Second Amended Complaint.

DONE AND ORDERED this ____ day of _____ 2014.

                                              KENNETH A. MARRA
                                              United States District Judge

Copies to Counsel of Record