UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,

v.

7657030 CANADA INC., et al.,

    Defendants.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR CLARIFICATION OF ORDER REQUIRING DEFENDANTS TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW**

THIS CAUSE is before the Court upon Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin's (collectively "Defendants") Unopposed Motion for Clarification of the Order dated May 6, 2014 [DE 118], requiring Defendants to submit documents for *in camera* review. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall submit to this Court, for *in camera* inspection, only the disputed documents that the parties previously agreed are the subject of the Plaintiff's Motion for *in camera* review of documents [DE 110].

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this _____ day of May, 2014.

                                                                                       _____
                                                                                       WILLIAM MATTHEWMAN
                                                                                       UNITED STATES MAGISTRATE JUDGE