UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61448-CIV-Marra/Matthewman

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS, et al.,

Defendants.
_____/

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
### FOR CLARIFICATION [DE 121]

THIS CAUSE is before the Court upon Defendants, 7657030 Canada, Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin (collectively, "Defendants") Unopposed Motion for Clarification of Order Requiring Defendants to Submit Documents for in Camera Review and Request for Expedited Ruling ("Motion") [DE 121]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 97.

The Court previously ordered that Defendants submit to this Court, for *in camera* inspection, all of the documents withheld on the basis of attorney-client privilege that are listed in Defendants' Second Amended Privilege Log by 5:00 p.m. on Tuesday, May 13, 2014. *See* DE 118. Defendants seek an additional Order clarifying that they are only required to submit the 42 privileged documents that remain in dispute since the parties were able to confer and come to an agreement regarding the remaining documents. [DE 121]. Defendants also represent that Plaintiff, Pulsepoint, Inc. f/k/a Datran Media Corp., does not object to the requested relief. *Id.*

1

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Unopposed Motion for Clarification of Order Requiring Defendants to Submit Documents for in Camera Review and Request for Expedited Ruling [DE 121] is **GRANTED**.

2. Defendants are **ORDERED** to submit to this Court, for *in camera* inspection, only the 42 documents withheld on the basis of attorney-client privilege that are still in dispute between the parties. These documents must be submitted to the chambers of the undersigned, located at 701 Clematis Street, #221, West Palm Beach, Florida 33401, no later than **5:00 p.m.** on **Tuesday, May 13, 2014**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 13th day of May, 2014.

*William Matthewman*
_____
WILLIAM MATTHEWMAN
United States Magistrate Judge