**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

      Plaintiff,

v.

7657030 CANADA INC., et al.,

      Defendants.

_____/

**UNOPPOSED MOTION FOR CLARIFICATION OF ORDER REQUIRING**
**DEFENDANTS TO SUBMIT DOCUMENTS FOR IN CAMERA**
**REVIEW AND REQUEST FOR EXPEDITED RULING**

Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin (collectively "Defendants"), respectfully move the Court to enter an Order granting this motion and allowing Defendants an enlargement of time until and including June 6, 2014, within which to serve objections and answers to the Plaintiff's Second Request for Production. In support thereof, Defendants state as follows:

1.    Plaintiff served an extensive Second Request for Production, including 50 numbered Requests, on or about April 8, 2014.

2.    On April 28, 2014, pursuant to this Court's Order [DE 108] and agreement of counsel as to the responses due at that time, Defendants served responses to Requests for Production numbers 13 and 14 regarding bank account records and produced the documents called for in said requests.

3.    The parties thereafter agreed to a short, 2-week extension of time, through May 22, 2014, for the responses to the remaining Requests.

4.       Since around that time, the parties have been engaged in substantive settlement discussions and have postponed discovery matters in an effort to avoid unnecessary expenditure of resources.

5.       Defendants seek the short extension of time, through June 6, 2014, to respond to the remaining Requests contained in the Second Request for Production to allow for the furtherance of the settlement negotiations and, if necessary, to allow for reasonable inquiry and search as to the extensive nature of the Requests so as to allow Defendants to formulate proper objections and responses

6.       This motion is submitted in good faith and not for the purpose of unnecessary delay. Granting the instant motion will not cause prejudice to the Court or to any party, but denying the motion will cause prejudice to Defendants

7.       Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants has made reasonable efforts to confer with opposing counsel, as certified below, but has been unable to do so. However, the undersigned will undergo continued efforts to confer with Plaintiff's counsel and file a certificate of conference upon ascertaining Plaintiff's position

**WHEREFORE**, Defendants respectfully requests that this Court enter an Order granting this motion and extending the time for Defendants to respond to Plaintiff's Second Request for Production until and including June 6, 2014.

<u>**CERTIFICATION UNDER L.R. 7.1.A.3.**</u>

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel hereby certifies that he made reasonable efforts to confer with opposing counsel Justin Mercer and Brett Lewis, specifically, sending this day a request in writing to each asking for their agreement to the short enlargement of time, but has but has been unable to do so, as no response has been received. The undersigned, however, will continue to seek consent from Plaintiff's attorneys on the relief sought and supplement or amend this Certification as necessary.

Dated: May 22, 2014.

Respectfully submitted,

s/ Joan Carlos Wizel
Onier Llopiz (FBN 579475)
ol@lydeckerdiaz.com
Joan Carlos Wizel (FBN 37903)
jcw@lydeckerdiaz.com
LYDECKER│DIAZ
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile:  (305) 416-3190

*Attorneys for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

s/ Joan Carlos Wizel
Joan Carlos Wizel (FBN 37903)

## SERVICE LIST

**Timothy M. Hartley**
Hartley Law Offices, PLC
800 SE third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
E-mail:Hartley@hartleylaw.net
*Attorneys for Plaintiff*

**Brett E. Lewis**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
E-mail:brett@iLawco.com
*Attorneys for Plaintiff*

**Alexander Pastukh**
Alexander Pastukh, P.A.
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
E-mail: apastukh@appalaw.com
*Attorney for Defendant 8333947 Canada, Inc.*

3