UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,
v.

7657030 CANADA INC., et al.,

    Defendants.
_____/

**NOTICE OF WITHDRAWAL OF MOTION
AND NOTICE OF STRIKING DOCKET ENTRY**

Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin, hereby withdraw their motion seeking an enlargement of time to serve objections and answers to the Plaintiff's Second Request for Production [DE 125] and give notice of striking docket entry 125.

Dated: May 23, 2014.          Respectfully submitted,

        s/ Joan Carlos Wizel
        Onier Llopiz (FBN 579475)
        ol@lydeckerdiaz.com
        Joan Carlos Wizel (FBN 37903)
        jcw@lydeckerdiaz.com
        LYDECKER│DIAZ
        1221 Brickell Avenue, 19th Floor
        Miami, Florida 33131
        Telephone: (305) 416-3180
        Facsimile:  (305) 416-3190

*Attorneys for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

s/ Joan Carlos Wizel
Joan Carlos Wizel (FBN 37903)

## SERVICE LIST

**Timothy M. Hartley**
Hartley Law Offices, PLC
800 SE third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
E-mail:Hartley@hartleylaw.net
*Attorneys for Plaintiff*

**Brett E. Lewis**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
E-mail:brett@iLawco.com
*Attorneys for Plaintiff*

**Alexander Pastukh**
Alexander Pastukh, P.A.
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
E-mail: apastukh@appalaw.com
*Attorney for Defendant 8333947 Canada, Inc.*