UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

      Plaintiff,

v.

7657030 CANADA INC., et al.,

      Defendants.

_____/



FILED by _____ D.C.

**MAY 2 3 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

    THIS CAUSE is before the Court upon the Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin's "Unopposed Motion for Clarification of Order Requiring Defendants to Submit Documents for In Camera Review and Request for Expedited Hearing"[1] [DE 125].   This matter was referred to the undersigned United States District Judge Kenneth A. Marra upon an Order referring all discovery to the undersigned for final disposition.   *See* DE 8.

    The Court hereby **DIRECTS** the parties to meet and confer about this matter **on or before Tuesday, May 27, 2014**.   If the parties are able to come to agreement, Defendants shall withdraw their motion.   If the parties are not able to come to an agreement, the Court **DIRECTS** Plaintiff, Pulsepoint, Inc. f/k/a Datran Media Corp., to file a short written response to Defendants' motion **by 5:00 p.m. on Wednesday, May 28, 2014.**

_____

[1] This motion is not unopposed at this point in time and actually seeks an extension of time to respond Plaintiff's Second Request for Production.   The title of the motion is incorrect, as has been noted by the Clerk of Court [DE 127].

1

**ORDERED AND ADJUDGED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this _23rd_ day of May, 2014.

WILLIAM MATTHEWMAN
United States Magistrate Judge