UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,
v.

7657030 CANADA INC., et al.,

    Defendants.
_____/

**UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME TO
FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

    Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin (collectively "Defendants"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1.(a)(1)(J), hereby move the Court to enter an Order granting this motion and allowing Defendants a further enlargement of time of thirty one days, until and including July 7, 2014, within which to file its response to Plaintiff's First Amended Complaint. The grounds supporting this motion are as follows:

    1.    On April 25, 2014, Plaintiff filed a nine-count Second Amended Complaint [DE 115] against Defendants for fraudulent conveyance under § 726.105 (1)(a), (b), Fla. Stat.; fraudulent conveyance under § 726.106(1), Fla. Stat.; de facto merger under Florida common law; and fraudulent conveyance under § 726.108, Fla. Stat.

    2.    On May 23, 2014, the Court entered an Order granting the Defendants' Unopposed Second Motion for Enlargement of Time to file their response to Plaintiff's Second Amended Complaint [DE 132], extending the time to file a response until June 6, 2014.

    3.    The parties have continued to engage in substantive settlement discussions and have utilized their resources to explore the potential resolution of this case.

4.	In light of the circumstances, Defendants now seek an additional enlargement of time until and including July 7, 2014, to respond to Plaintiff's Second Amended Complaint.

5.	By filing this second unopposed Motion for Enlargement of Time, Defendants do not waive any of their respective defenses. This Motion for Enlargement of Time is being sought to allow the parties to further active negotiations and to further evaluate the substantial amendments in the allegations presented in Plaintiff's Second Amended Complaint.

6.	The undersigned counsel for Defendants requires additional time to file appropriate responsive pleadings and/or motions on their clients' behalf. Defendants submit that these reasons constitute good cause for the requested extension.

7.	Accordingly, Defendants respectfully request that this Court grant it an extension until and including July 7, 2014 to file an answer or motion directed at the Plaintiff's Second Amended Complaint.

8.	This motion is submitted in good faith and not for the purpose of unnecessary delay. Granting the instant motion will not cause prejudice to the Court or to any party, but denying the motion will cause prejudice to Defendants.

9.	Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that counsel for Defendants and Plaintiff have conferred on this matter, and counsel for the Plaintiff has agreed to the relief sought here.

**WHEREFORE**, Defendants respectfully requests that this Court enter an Order granting this motion and extending the time for Defendants to respond to Plaintiff's Second Amended Complaint until and including July 7, 2014. Pursuant to Local Rule 7.1(a)(2), a proposed Order granting this motion is attached hereto.

### CERTIFICATION UNDER L.R. 7.1.A.3.

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel hereby certifies that he conferred with Plaintiff's counsel in a good faith effort to resolve the issues, and Plaintiff's counsel has no objection to the relief sought herein.

2

Dated: June 6, 2014.                           Respectfully submitted,

                                               s/ Joan Carlos Wizel
                                               Onier Llopiz (FBN 579475)
                                               ol@lydeckerdiaz.com
                                               Joan Carlos Wizel (FBN 37903)
                                               jcw@lydeckerdiaz.com
                                               LYDECKER│DIAZ
                                               1221 Brickell Avenue, 19th Floor
                                               Miami, Florida 33131
                                               Telephone: (305) 416-3180
                                               Facsimile:  (305) 416-3190

                                               *Attorneys for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

                                               s/ Joan Carlos Wizel
                                               Joan Carlos Wizel (FBN 37903)

### SERVICE LIST

**Timothy M. Hartley**
Hartley Law Offices, PLC
800 SE third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973
E-mail:Hartley@hartleylaw.net
*Attorneys for Plaintiff*

**Brett E. Lewis**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
E-mail:brett@iLawco.com
*Attorneys for Plaintiff*

**Alexander Pastukh**
Alexander Pastukh, P.A.
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Telephone: (305) 502-5715
E-mail: apastukh@appalaw.com
*Attorney for Defendant 8333947 Canada, Inc.*