UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61448-CIV-MARRA/MATTHEWMAN

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,
v.

7657030 CANADA INC., et al.,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

THIS CAUSE is before the Court upon Defendants, 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin's (collectively "Defendants") Unopposed Second Motion for Enlargement of Time to File a Response to Plaintiff's Second Amended Complaint. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall have until and including July 7, 2014, to file an answer or motion in response to Plaintiff's Second Amended Complaint.

DONE AND ORDERED this _____ day of _____, 2014.

                                                      _____
                                                      KENNETH A. MARRA
                                                      United States District Judge

Copies to Counsel of Record