**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| **PULSEPOINT, INC., f/k/a DATRAN MEDIA CORP.,** | : | CASE NO. 13—CIV-61448 -MARRA |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **7657030 CANADA INC., d/b/a ACQUINITY INTERACTIVE, LLC, f/k/a MODERNAD MEDIA LLC, f/k/a PUREADS; ACQUINITY INTERACTIVE, LLC; MODERNAD MEDIA LLC; WARREN RUSTIN, an individual, JOHN DOES 1-100 and 8333947 CANADA, INC.** | : : : : : : : | |
| | | |
| Defendants. | | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, 8333947Canada, Inc., (hereinafter "Defendant"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1 (a)(1)(J), hereby moves this Court to enter an Order granting this motion and allowing Defendant an enlargement of time until and including Monday, July 7, 2014, within which to file its response to Plaintiff's Second Amended Complaint.  The grounds supporting this motion are as follows:

1.      On April 24, 2014, Plaintiff filed a nine-count Second Amended Complaint against Defendant and others [D.E. 115].  Plaintiff specifically sought claims against Defendant for de facto merger under Florida common law, Fraudulent Conveyance under Fla. Stat. § 726.105 (1)(a), (b), and Fraudulent Conveyance under Fla. Stat. § 726.108.

2.      On May 12, 2014 Defendant filed an Unopposed Motion for Enlargement of Time to file its response to Plaintiff's Second Amended Complaint [DE 120].  This Court granted the Unopposed Motion on May 13, 2014 [DE 123] providing Defendant until May 23, 2014 to file its response.

3.      On May 23, 2014, the Court entered an Order granting the Defendant's Unopposed Second Motion for Enlargement of Time to file its response to Plaintiff's Second Amended Complaint [DE 128], extending the time to file a response until June 6, 2014.

4.      Since that time, the parties have continued to engage in substantive settlement discussions and have utilized their resources in an effort to amicably resolve this matter.

5.      In light of the circumstances, Defendant now seeks an additional enlargement of time until and including July 7, 2014 to respond to Plaintiff's Second Amended Complaint.

6.      By filing this Unopposed Motion for Enlargement of Time, Defendant does not waive any of its respective defenses.  This Motion for Enlargement of Time is being sought to further evaluate the substantial amendments in the allegations presented in Plaintiff's Second Amended Complaint.

7.      The undersigned counsel for Defendant requires additional time to file an appropriate responsive pleading and/or motions on behalf of its client.  Defendant submits that these reasons constitute good cause for the requested extension.

8.      Accordingly, Defendant respectfully requests that this Court grant it an extension of time until and including July 7, 2014 to file an answer or motion directed at the Plaintiff's Second Amended Complaint.

9.      This motion is submitted in good faith and not for the purpose of unnecessary delay.  Granting the instant motion will not cause prejudice to the Court or to any party, but denying the motion will cause significant prejudice to the Defendant.

10.     Pursuant to Local Rule 7.1 (a)(3), undersigned counsel certifies that counsel for Defendant and counsel for Plaintiff have conferred on this matter, and while Plaintiff's counsel would not consent to the relief sought, Plaintiff's counsel did not oppose the filing of the instant motion.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting this motion and extending the time for Defendant to respond to Plaintiff's Second Amended Complaint until and including July 7, 2014.  Pursuant to Local Rule 7.1 (a)(2), a proposed Order granting this motion is attached hereto.

### CERTIFICATION UNDER L.R. 7.1.A.3

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel hereby certifies that he conferred with Plaintiff's counsel in a good faith effort to resolve the issues, and while Plaintiff's counsel would not consent to the relief sought herein, Plaintiff's counsel did not oppose the filing of the instant motion.

Dated: June 6, 2014                                  Respectfully submitted,

s/**Alexander Pastukh**
Alexander Pastukh (Fla. Bar No. 809551)
Alexander Pastukh, P.A.
E-mail:  apastukh@appalaw.com
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Tel: (305) 502-5715
Counsel for Defendant 8333947 Canada, Inc.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 6th day of June 2014 a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the Service list below.

/s/ __Alexander Pastukh__

## SERVICE LIST

**Onier Llopiz, Esq.**
**Joan Carlos Wizel, Esq.**
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Telephone: (305) 416-3180
E-mail: ol@lydeckerdiaz.com
   jcw@lydeckerdiaz.com
*Counsel for Defendants 7657030*
*Canada Inc., Acquinity Interactive, LLC,*
*ModernAd Media, LLC, and Warren*
*Rustin*

**Timothy M. Harley, Esq.**
Hartley Law Offices, PLC
800 SE Third Avenue, Fourth Floor
Fort Lauderdale, FL 33316
Telephone: (954) 357-9973
E-mail: Hartley@hartleylaw.net
*Counsel for Plaintiff*

**Brett E. Lewis, Esq.**
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
E-mail: brett@iLawco.com
*Counsel for Plaintiff*