UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Beth Bloom**

| | |
|---|---|
| Pulsepoint Inc. v. 7657030 Canada, Inc. et al | Case No: 13-cv-61448 |
| Zamor v. Dept. of Corrections | Case No: 13-cv-61806 |
| Reed v. Delray Motors | Case No: 13-cv-81216 |
| Cohan v. Georgia Ave., LLC et al. | Case No: 14-cv-80208 |

**ORDER OF REASSIGNMENT**

The above-styled case has been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed District Judge Beth Bloom.

Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 - 2.05.04). It is hereby

**ORDERED** that the above-styled action is hereby **REASSIGNED** to the calendar of the **Honorable Beth Bloom** as of **June 30, 2014** for all further proceedings. It is further **ORDERED** that all pleadings hereafter filed shall bear the assigned case number followed by the initials **BB** in lieu of the present initials.

**DONE and ORDERED** at West Palm Beach, Palm Beach County, Florida, in Chambers this 27 day of June, 2014.

KENNETH A. MARRA
United States District Judge

cc: All counsel of record/<u>pro se</u> parties
    Assigned Magistrate Judge(s)