**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 13-61448-CIV-BLOOM

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

     Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

     Defendants.

_____/

**AGREED ORDER STRIKING THE SECOND AMENDED COMPLAINT**
**AND REMOVING FROM THE COURT'S DOCKET**

This cause came before the Court upon the Plaintiff, Pulsepoint, Inc., and Defendants

7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, Warren Rustin, and

8333947 Canada, Inc.'s Joint Stipulation Striking the Second Amended Complaint and seeking

the removal of said pleading from this Court's docket.  The Court having reviewed the joint

stipulation, noting the parties' agreement on the relief sought, having reviewed the record in the

case, and otherwise fully apprised, it is hereby

ORDERED AND ADJUDGED that:

1.     The parties' Joint Stipulation is noted and accepted by the Court;

2.     The Second Amended Complaint [DE 115] is hereby stricken;

3.     Additionally, the Court notes the parties' agreement on the need for protection of

confidential information contained in the stricken pleading, and noting that the parties have

2

reached a settlement of the case, thereby being no reason to require the filing under seal, the Court directs the Clerk to remove the Second Amended Complaint from the docket and destroy any copies and links to DE 115 from the PACER (Public Access to Court Electronic Records) system.

DONE AND SIGNED in Chambers at West Palm Beach, Florida, this ___ day of July, 2014.

_____
BETH BLOOM
United States District Judge

Copies furnished to:

All counsel.