UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61448-CIV-Bloom/Valle

PULSEPOINT, INC., f/k/a DATRAN
MEDIA CORP.,

Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS, et al.,

Defendants.
_____/



## NOTICE TO PARTIES

In light of the recent Orders granting Plaintiff's Motion to Compel in Camera Inspection of Defendants' Privilege Log Documents [DE 138] and referring all discovery matters in this case to United States Magistrate Judge Alicia O. Valle [DE 140], the undersigned hereby notifies the parties that the documents previously submitted by Defendants to the undersigned for *in camera* review are being forwarded to the Honorable Alicia O. Valle, United States Magistrate Judge, for her *in camera* review.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 28th day of July, 2014.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE