UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61448-CIV-BLOOM/VALLE

**PULSEPOINT, INC. f/k/a
DATRAN MEDIA CORP**,

    Plaintiff,

vs.

**7657030 CANADA, INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.  On July 16, 2014, the Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation **on or before August 1, 2014**. *See* ECF No. [140].  The time for compliance has passed and, to date, the parties have not selected a mediator, scheduled a time, date and place for mediation, or filed an order scheduling mediation.  It is therefore

**ORDERED AND ADJUDGED** that on or before **September 1, 2014**, the parties shall comply with the requirements of the Order, ECF No. [140].  Failure to comply may result in dismissal without prejudice without further notice.  The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is be emailed to bloom@flsd.uscourts.gov in Word format.  The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this 20th day of August, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record