UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61448-CIV-BLOOM/VALLE

**PULSEPOINT, INC.**
*f/k/a Datran Media Corp.*,

      Plaintiff,

v.

**7657030 CANADA, INC.**,
*d/b/a Acquinity Interactive, LLC*
*f/k/a Modernad Media LLC*
*f/k/a* Pureads, *et al.*,

      Defendants.
_____/

## ORDER DENYING MOTION TO STRIKE

**THIS CAUSE** came before the Court on the parties' Joint Motion to Strike Amended Complaint, ECF No. [143], filed on August 29, 2014.  The Court has carefully considered the Motion, the record, and applicable law.

"The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."  Fed. R. Civ. P. 12(f).  Granting motions to strike are generally disfavored.  *Lake Lucerne Ass'n v. Dolphin Stadium Corp.*, 801 F. Supp. 684, 694 (S.D. Fla. 1992) (citing *Kaiser Aluminium & Chem. Sales, Inc. v. Avondale Shipyards, Inc.*, 677 F.2d 1045, 1057 (5th Cir. 1982)).

Here, the parties explain that they have reached a settlement and that the Second Amended Complaint, ECF No. [115], should be stricken because it contains confidential information, including some related to settlement negotiations.  The Court finds this is an insufficient basis upon which to strike the Amended Complaint.  *See, e.g.*, *Evonik Degussa Corp. v. Quality Carriers, Inc.*, Civil Action No. 07-0833-WS-B, 2007 WL 4358260, at *1 (S.D. Ala.

Dec. 13, 2007). Accordingly, the parties' Motion must be denied. Because the parties have indicated a settlement, they shall file a notice of settlement. To preserve the parties' confidentiality concerns, the parties may stipulate that the Amended Complaint be sealed.

Being fully advised, it is

.**ORDERED AND ADJUDGED** that:

1. The Joint Motion to Strike Amended Complaint, **ECF No. [143]**, is **DENIED.**

2. The parties are **ORDERED** to file a notice of settlement by **September 12, 2014.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 3rd day of September, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2