UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61448-CIV-BLOOM

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

    Plaintiff,
v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

    Defendants.
_____/

## ORDER SEALING THE SECOND AMENDED COMPLAINT [DE 115]

This cause came before the Court upon the Plaintiff, Pulsepoint, Inc., and Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, Warren Rustin, and 8333947 Canada, Inc.'s Stipulation That The Second Amended Complaint [De 115] Be Sealed And Joint Motion To Seal Pursuant To The Parties' Stipulation. The Court having reviewed the filing, noting the parties' agreement on the relief sought, having reviewed the record in the case, and otherwise fully apprised, it is hereby

ORDERED AND ADJUDGED that:

1.    The parties' Stipulation is noted and accepted by the Court, and the Joint Motion to Seal docket entry 115 is GRANTED;

2.    The Clerk of the Court for the United States District Court for the Southern District of Florida be and the same is hereby DIRECTED to file and maintain under seal Docket

Entry 115 and to so maintain said document under seal until one (1) year after the conclusion of the above-styled cause. Upon the expiration of the one (1) year from the conclusion of the above-styled cause, the Clerk of the Court shall unseal and destroy said document without further notice or hearing.

DONE AND SIGNED in Chambers at Fort Lauderdale, Florida, this ___ day of September, 2014.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:   counsel of record