**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 13-61448-CIV-BLOOM

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

      Plaintiff,
v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

      Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

      Plaintiff Pulsepoint, Inc., and Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, Warren Rustin, and 8333947 Canada, Inc., (collectively, the "Parties") respectfully submit this Notice of Settlement, and inform the Court as follows:

      1.    Plaintiff has reached an agreement with Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, Warren Rustin, and 8333947 Canada, Inc., to resolve the claims against all defendants.

      2.    The Parties have finalized a confidential settlement agreement, subject only to the relief requested in the parties' Joint Motion to Seal [DE 145] (below).

      3.    In furtherance thereof, the Parties have stipulated that the Second Amended Complaint [DE 115] be sealed (the "Stipulation") and have filed a Joint Motion to Seal Pursuant to the Parties' Stipulation [DE 145] with the Court.

1

4. Immediately after the Court rules on the Parties' joint motion mentioned above, the Parties will file a Notice of Dismissal with the Court.

Dated: September 12, 2014.

| | |
|---|---|
| *s/ Brett E. Lewis* | *s/ Joan Carlos Wizel* |
| Brett E. Lewis (*pro hac vice*) | Onier Llopiz (FBN 579475) |
| E-mail: brett@iLawco.com | E-mail: ol@lydeckerdiaz.com |
| Lewis & Lin, LLC | Joan Carlos Wizel (FBN 37903) |
| 45 Main Street, Suite 608 | E-mail: jcw@lydeckerdiaz.com |
| Brooklyn, NY 11201 | Lydecker│Diaz |
| Telephone: (718) 243-9323 | 1221 Brickell Avenue, 19th Floor |
| | Miami, FL 33131 |
| *Attorneys for Plaintiff Pulsepoint, Inc.* | Telephone: (305) 416-3180 |
| *f/k/a Datran Media Corp.* | |
| | *Attorneys for Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin* |

*s/ Alexander Pastukh*
Alexander Pastukh (FBN 809551)
E-mail: apastukh@appalaw.com
Alexander Pastukh, P.A.
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Telephone: (305) 502-5715

*Attorney for Defendant 8333947 Canada, Inc.*

Pursuant to CM/ECF Admin. Pro. Rule 3J(3), counsel for Plaintiff and Defendant 8333947 provided consent to the electronic execution of his signature by Joan Carlos Wizel.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on September 12, 2014, by filing a copy using the ECF System, which constitutes service on all counsel having appeared as record.

s/ Joan Carlos Wizel
Joan Carlos Wizel (FBN 37903)
