Case No.  11-x-CIV-Altonaga

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  13-61448-CIV-BLOOM/Valle**

**PULSEPOINT, INC**,
*f/k/a* DATRAN MEDIA CORP.,,

      Plaintiff,

v.

**7657030 CANADA, INC.**, *et al*.,

      Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

      **THIS CAUSE** is before the Court upon the parties' Notice of Settlement, ECF No. [146],

filed on September 12, 2014.  The Court having carefully reviewed the file, and being otherwise

fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.  The above-styled action is administratively **CLOSED** without prejudice to the parties

to file a Stipulation for Final Order of Dismissal within **thirty (30) days** of the date of this Order.

      2.  If the parties fail to complete the expected settlement, either party may request the

Court to reopen the case.

      3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending

motions are **DENIED AS MOOT**.

      **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 15th day of

September, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

1

CASE NO.  13-X-CIV-ALTONAGA

cc: Counsel of record