UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61448-CIV-BLOOM/VALLE

**PULSEPOINT, INC**,
*f/k/a* DATRAN MEDIA CORP.,,

    Plaintiff,

v.

**7657030 CANADA, INC.**, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the parties' Joint Motion to Seal, ECF No. [145], Plaintiff's Second Amended Complaint, ECF No. [115], because it contains confidential information, including some related to settlement negotiations.

Being fully advised, it is **ORDERED AND ADJUDGED** that:

1. The parties' Joint Motion to Seal, **ECF No. [145]** is **GRANTED;**

2. The Clerk is **DIRECTED TO FILE AND MAINTAIN UNDER SEAL** Plaintiff's Second Amended Complaint, **ECF No. [115]**.

3. Upon the expiration of the one (1) year from the conclusion of the above-styled cause, the Clerk shall **UNSEAL AND DESTROY** said document without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 15th day of September, 2014.

                                                                       BETH BLOOM
                                                                       UNITED STATES DISTRICT JUDGE

cc:    counsel of record