**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 13-61448-CIV-BLOOM

PULSEPOINT, INC. f/k/a DATRAN
MEDIA CORP.,

     Plaintiff,

v.

7657030 CANADA INC., d/b/a ACQUINITY
INTERACTIVE, LLC, f/k/a MODERNAD
MEDIA LLC f/k/a PUREADS; ACQUINITY
INTERACTIVE, LLC; MODERNAD MEDIA
LLC; WARREN RUSTIN, an individual, and
JOHN DOES 1-100 and 8333947 CANADA,
INC.

     Defendants.
_____/

## STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

**WHEREAS,** Plaintiff Pulsepoint, Inc. agrees to voluntarily dismiss this action with prejudice; and

**WHEREAS,** Plaintiff Pulsepoint, Inc., and Defendants 7657030 Canada Inc., Acquinity Interactive, LLC, ModernAd Media LLC, Warren Rustin, and 8333947 Canada, Inc., (collectively, the "Parties") stipulate and agree that all parties in this action shall bear their own costs and attorneys' fees;

**IT IS HEREBY STIPULATED AND AGREED** among the Parties that pursuant to Fed. R. Civ. P. 41(a), this action shall be, and is, **DISMISSED** with prejudice, and that all parties in this action shall bear their own attorneys' fees and costs.

Dated: September 22, 2014.

| | |
|---|---|
| *s/ Brett E. Lewis* | *s/ Joan Carlos Wizel* |
| Brett E. Lewis (*pro hac vice*) | Onier Llopiz (FBN 579475) |
| E-mail: brett@iLawco.com | E-mail: ol@lydeckerdiaz.com |
| Justin Mercer (*pro hac vice*) | Joan Carlos Wizel (FBN 37903) |
| E-mail: justin@iLawco.com | E-mail: jcw@lydeckerdiaz.com |
| Lewis & Lin, LLC | Lydecker│Diaz |
| 45 Main Street, Suite 608 | 1221 Brickell Avenue, 19th Floor |
| Brooklyn, NY 11201 | Miami, FL 33131 |
| Telephone: (718) 243-9323 | Telephone: (305) 416-3180 |
| | |
| *Attorneys for Plaintiff Pulsepoint, Inc.* | *Attorneys for Defendants 7657030 Canada* |
| *f/k/a Datran Media Corp.* | *Inc., Acquinity Interactive, LLC, ModernAd Media LLC, and Warren Rustin* |

*s/ Alexander Pastukh*
Alexander Pastukh (FBN 809551)
E-mail: apastukh@appalaw.com
Alexander Pastukh, P.A.
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Telephone: (305) 502-5715

*Attorney for Defendant 8333947 Canada, Inc.*


Pursuant to CM/ECF Admin. Pro. Rule 3J(3), counsel for Plaintiff and Defendant 8333947 provided consent to the electronic execution of their signatures by Joan Carlos Wizel.